## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | RUNNIN L FARMS, LLC | ) | |
| | | ) | Case No.: 19-82716-CRJ-11 |
| | EIN: xx-xxx0864 | ) | |
| | | ) | |
| | Debtor. | ) | CHAPTER 11 |
| | | ) | |

## DEBTOR'S MOTION FOR INTERIM AND FINAL
## AUTHORITY TO USE CASH COLLATERAL

COMES NOW Runnin L Farms, LLC (the "Debtor"), and shows unto this Honorable Court the following:

### Background

1.      On September 9, 2019, the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code.

2.      This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The Debtor is currently unaware of whether any creditors possess valid, perfected security interests in its account receivable; however, the Debtor's experience is in logistics and transportation, not secured transactions and finance. Thus, some of the Debtor's creditors may possess valid security interests in its account receivable.

4.      According to the Alabama Secretary of State's Uniform Commercial Code filing system (the "UCC Registry"), the parties listed on the attached claim some type of security interests in the Debtor's personal property. A true and correct list of the parties listed with the UCC Registry for "Runnin L Farms, LLC" is attached hereto as Exhibit "A."

5.      Because some of the creditors on Ex. A may have lent money to the Debtor on credit, the Debtor suspects that at least one of these parties may claim a lien against the Debtor's accounts receivable.

6.      As of the bankruptcy petition date, the Debtor had accounts receivable totaling $56,000.

7.      As of the filing of this motion, the Debtor has not yet filed its bankruptcy schedules and is currently determining its creditors' various claims and interests, including reviewing the validity of any security interests attached to the Debtor's accounts receivable.

8.      The Debtor brings this motion in an abundance of caution to protect the security interests any creditors possess in the Debtor's accounts receivable and other accounts.

## Relief Requested

9.      Assuming one or more creditors may possess a valid, perfected security interest in the Debtor's accounts receivable, those interests constitute "cash collateral" within the meaning of § 363(a) of the Bankruptcy Code (the "Cash Collateral").

10.     11 U.S.C. § 363(c)(2) prohibits a debtor from using Cash Collateral without the consent of such parties or absent Court approval.

11.     Pursuant to 11 U.S.C. § 363(c)(2)(B), the Debtor seeks authorization from this Court to use the Cash Collateral in its ongoing business operations.

12.     The Cash Collateral constitutes the primary source of funding for the continued operations for the Debtor in this case. If Debtor is not permitted to use the Cash Collateral, it will have to shut down its business, hindering any prospects of future reorganization.

13.     The Debtor presently has 11 employees and also utilizes 11 owner-operator tractor-trailer contractors. Historically, the Debtor paid its principal owner/manager a salary of $2,500.00 a week. However, to preserve resources, the Debtor has suspended its owner/manager's salary since filing this case.

14.     The Debtor has not paid any pre-prepetition debts and will not do so without separate Court authorization.

15.     The Debtor believes that its creditors' interests in the Cash Collateral are adequately protected; the Debtor has prepared a ninety-day budget showing that it expects profitable operations during the next three months. A true and correct copy of the Debtor' ninety-day budget is attached hereto as Exhibit "B."

16.     As additional adequate protection, to the extent that the Debtor's use of Cash Collateral results in a decrease in the value of these creditors' interests in the Cash Collateral, the Debtor proposes to grant all creditors with valid perfected interests in its Cash Collateral replacement liens in the Debtor's post-petition assets, and proceeds of same, to the same extent, priority and validity as those creditors pre-petition liens.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order: permitting the use of cash collateral upon the terms and conditions stated herein; and granting such other and further relief as this Court deems just and proper.

Respectfully submitted this the 11th day of September, 2019.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: 256/512-9924
Fax: 256/512-9837
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that this the 11th day of September, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV

# UCC – Uniform Commercial Code Online System

New Search

**Filings completed through**

| | **View Items in Cart** |
|---|---|

---

RUNNIN L FARMS, L.L.C.                                                    **Add to Cart**

235 MARDIS POINT RD                       COMPLETE BUSINESS SOLUTIONS GROUP, INC.
JOPPA , AL  35087-0000                    BUS 19-7150239    ACT 04/04/2019-04/04/2024

---

RUNNIN L FARMS, LLC                                                       **Add to Cart**

231 MARDISS POINT ROAD                    FUNDING METRICS, LLC
JOPPA , AL  35087-0000                    BUS 19-7149680    ACT 04/04/2019-04/04/2024

---

RUNNIN L FARMS                                                           **Add to Cart**

27 NUNNELLEY RD                           CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
JOPPA , AL  35087-0000                    BUS 14-7931064    ACT 12/16/2014-12/16/2019

---

RUNNIN L FARMS, L.L.C.                                                    **Add to Cart**

27 NUNNELLEY RD                           SUSQUEHANNA SALT LAKE, LLC
JOPPA , AL  35087-0000                    BUS 18-0626052    ACT 10/12/2018-10/12/2023

---

RUNNIN L FARMS, LLC                                                       **Add to Cart**

231 MARDIS PT ROAD                        PEOPLESTRUST BANK
JOPPA , AL  35087-0000                    BUS 18-7306699    ACT 06/26/2018-06/26/2023

---

RUNNIN L FARMS, L.L.C.                                                    **Add to Cart**

231 MARDIS POINT ROAD                     EAGLE CAPITAL CORPORATION
JOPPA , AL  35087-0000                    BUS 16-7553674    ACT 12/14/2016-12/14/2021

---

RUNNIN L FARMS, L.L.C.                                                    **Add to Cart**

231 MARDIS POINT RD                       CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
JOPPA , AL  35087-0000                    BUS 14-7931064    ACT 12/16/2014-12/16/2019

---

RUNNIN L FARMS, LLC                                                       **Add to Cart**

231 MARDIS POINT ROAD                     WALLACE FACTORING, LLC
JOPPA , AL  35087-0000                    BUS 17-7182300    ACT 04/20/2017-04/20/2022

---

| | **View Items in Cart** |
|---|---|

New Search

For more information about UCC Filings please visit the Secretary of State's website.
For policy-related questions please contact: (334)242-5324 or business.services@sos.alabama.gov
For technical assistance please contact: 866-353-3468 or support@alabamainteractive.com
For login assistance please email subscriptions@alabamainteractive.com

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and administered by Alabama's Department of Finance as authorized under contract number MA 999 17000000171.
The online price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop, maintain, enhance and expand offerings of the state's portal.

| Runnin L Farms,LLC Budget | September-19 | October-19 | November-19 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| **Total Income** | 302,000.00 | 302,000.00 | 302,000.00 |
| **Gross Profit** | 302,000.00 | 302,000 | 302,000 |
| Expense | | | |
| 7000 · Advertising and Promotion | 265 | 265 | 265 |
| 7010 · Bank Service Charges | 750 | 125 | 125 |
| 7020 · Billing Service Fees Paid | 2780 | 2780 | 2780 |
| 7050 · Computer and Internet Expenses | 250 | 250 | 250 |
| 7070 · Dues and Subscriptions | 75 | 75 | 75 |
| 7090 - Employee Health Insurance | 3000 | 3000 | 3000 |
| 7110 · N Commercial Insurance | 22500 | 22500 | 22500 |
| 7140 · Janitorial Expense | 25 | 25 | 25 |
| 7182 · N Fuel Taxes | 475 | 475 | 475 |
| 7183 · \ Fuel | 84000 | 84000 | 84000 |
| 7190 · Office Supplies | 589 | 589 | 589 |
| 7200 · Payroll Expenses | 150,800 | 150,800 | 150,800 |
| 7205 · Postage and Delivery | 100 | 100 | 100 |
| 7220 · l Payroll Taxes | 3600 | 3600 | 3600 |
| 7245 · Repairs and Maintenance | 7500 | 7500 | 7500 |
| Adequate Protection Payments to Secured Creditors | 0 | 15,000 | 15,000 |
| 7260 · Telephone Expense | 460 | 460 | 460 |
| 7300 · Utilities | 295 | 295 | 295 |
| BA Quarterly Fees | 0.00 | 1,650 | 0 |
| Estate-employed Professional Fees | 5,000.00 | 5,000.00 | 5,000.00 |
| **Total Expense** | 282,464.00 | 298,489.00 | 296,839.00 |
| **Net Ordinary Income** | 19,536.00 | 3,511.00 | 5,161.00 |
| **Net Income** | **19,536.00** | **3,511.00** | **5,161.00** |