# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Runnin L Farms, LLC ) | Case No.: 19-82716-CRJ11 | |
| EIN: xx-xxx0864 ) | | |
| ) | | |
| Debtor. ) | CHAPTER 11 | |
| ) | | |

### AMENDED REPORT TO COURT CONCERNING DEBTOR'S
### REVENUE AND EXPENSES DURING THE CASE'S FIRST MONTH

COMES NOW Runnin L Farms, LLC (the "Debtor") and reports to this Honorable Court the following:

1. During the first month of this Chapter 11 bankruptcy case, the Debtor reports net revenue of $306,700.00 and total expenses of $286,308.90, resulting in a net income of $20,391.10 during this period.

2. Thus far, the Debtor is profitable and it generated gross and net revenue slightly greater than the amount it predicted in its budget filed with its original Motion for Use of Cash Collateral.

3. An itemized revenue report is attached hereto as Exhibit "A."

Respectfully submitted this the 7th day of October, 2019.

                                                                          */s/ Tazewell T. Shepard IV*
                                                                          Tazewell T. Shepard III
                                                                          Tazewell T. Shepard IV
                                                                          *Attorneys for the Debtor*

                                                                         **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                                                          P. O. Box 19045
                                                                          Huntsville, AL  35804
                                                                          Tel: 256/512-9924
                                                                          Fax: 256/512-9837
                                                                          ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that this the 7th day of October, 2019, I have served the foregoing report on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV

**Runnin L Farms, LLC - Revenue Report**  Sept. 1 - Sept. 30 2019

| | |
|---|---:|
| **Ordinary Income/Expense** | |
|     **Income** | |
|         5000 · Revenue | 306,700 |
|     **Total Income** | 306,700.00 |
|   **Gross Profit** | 306,700.00 |
|     **Expense** | |
|         7000 · Advertising and Promotion | 500 |
|         7010 · E Bank Fees | 2,950 |
|         7020 · E Payroll Services | 2,000 |
|         7050 · C Computer and Internet | 310 |
|         7070 · Dues and Subscriptions | 850 |
|         7120 · Worker's Compensation | 4900 |
|         7126 · C General Liability and Business Insurance | 600 |
|         7140 · J Contract Labor | 141,600 |
|         7190 · Office Supplies | 450 |
|         7200 · Payroll Expenses | 48,600 |
|         7205 · Postage and Delivery | 100 |
|         7245 · F Vehicle Maintenance | 16,100 |
|         7260 · Telephone Expense | 150 |
|         7310 · C Fuel | 64,250 |
|         Attorney Fees | 2,949 (accrued but unpaid per terms of Court order) |
|     **Total Expense** | 286,308.90 |
|   **Net Ordinary Income** | 20,391.10 |
| **Net Income** | **20,391.10** |