## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In re: RUNNIN L FARMS, LLC | ) | |
| | ) | Case No.: 19-82716-CRJ-11 |
| EIN: xx-xxx0864 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that this the 9th day of October, 2019, I have, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid, served a copy of the Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims on all parties listed on the Clerk's Certified Matrix.

                                                    */s/ Tazewell T. Shepard IV*
                                                    Tazewell T. Shepard IV