# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: Runnin L Farms, LLC ) Case No.: 19-82716-CRJ11
      EIN: xx-xxx0864 )
       )
      Debtor. ) CHAPTER 11
       )

## DEBTOR'S RESPONSE TO MOTION FOR STAY RELIEF

COMES NOW Runnin L Farms, LLC (the "Debtor"), and responds to ENGS Commercial Finance Co.'s ("ENGS") Amended Motion for Stay Relief [Doc. 64] (the "Motion") as follows:

1. The Debtor has determined that the 2016 Peterbilt 389 Gilder Kit Tractor (the "Collateral") upon which ENGS possesses a lien is not necessary for the Debtor's successful reorganization.

2. The Debtor avers that all debts it may owe ENGS are wholly secured for value by ENGS's security interest in the Collateral, but that it possesses little equity beyond this creditor's secured interest to liquidate for the benefit of its bankruptcy estate.

3. The Debtor does not object to this Court granting ENGS stay relief on the condition that as such relief extinguishes all claims ENGS may possess against the Debtor and its bankruptcy estate arising from or in connection to this Chapter 11 case.

4. It would be unjust to the Debtor and its estate for this creditor to receive relief from the § 362 Automatic Stay, fail to liquidate the Collateral in a commercially reasonable manner, and then be entitled to an unsecured deficiency claim arising from its debt related to the Collateral.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests the Bankruptcy Court to enter an Order: approving ENGS's Motion for Stay Relief pursuant to the terms of this Response; and granting such further relief as the Bankruptcy Court may deem just and appropriate.

Respectfully submitted this the 29th day of October, 2019.

>
> */s/ Tazewell T. Shepard IV*
> Tazewell T. Shepard III
> Tazewell T. Shepard IV
> *Attorneys for the Debtor*
>
> **SPARKMAN, SHEPARD & MORRIS, P.C.**
> P. O. Box 19045
> Huntsville, AL 35804
> Tel: 256/512-9924
> Fax: 256/512-9837
> ty@ssmattorneys.com

### CERTIFICATE OF SERVICE

This is to certify that this the 29th day of October, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

>
> */s/ Tazewell T. Shepard IV*
> Tazewell T. Shepard IV