IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-82716-CRJ |
| RUNNIN L FARMS, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## AMENDED CONSOLIDATED MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION BY PEOPLESTRUST BANK

COMES NOW PeoplesTrust Bank (hereinafter "Bank"), a secured creditor in this proceeding, and moves this Court to grant relief from the automatic stay pursuant to 11 U.S.C. §362 to allow Bank to repossess and liquidate personal property owned by Runnin L Farms, LLC (hereinafter "Debtor"), or, in the alternative, to grant adequate protection to Bank under 11 U.S.C. §361. In support of the motion Bank states as follows:

### JURISDICTION

1. This Court has jurisdiction over this proceeding pursuant to Title 28 U.S.C. §157(b)(2)(G), 11 U.S.C. §361 and 11 U.S.C. §362. This is a core proceeding.

2. Bank is an Alabama banking corporation with its principal offices in Hamilton, Alabama.

3. Debtor is an Alabama limited liability company with its principal offices located in Joppa, Alabama.

### PROCEDURAL HISTORY

4. On September 9, 2019, Debtor filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C., §101, et seq.

5. The Debtor is currently managing its affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §1107 and 1108. No Trustee or examiner has been appointed in the Debtor's case at this time.

6. The first meeting of creditors in this case is currently scheduled to be held, pursuant to 11 U.S.C. §341 on October 15, 2019.

## FACTUAL BACKGROUND SUPPORTING RELIEF REQUESTED

### NOTE 1000

7. On or about February 11, 2019, Debtor executed a commercial promissory note (hereinafter "Note 1000") in the original principal amount of $111,064.50 with interest accruing subsequent to said date at a fixed rate of 6.500% per annum with a maturity of February 11, 2024 at which time the outstanding principal amounts, accrued interest, fees, late charges and cost would become due and payable. Note 1000 is evidenced by Proof of Claim 1 of 4 designated as Claim No. 13 in this proceeding in the amount of $106,483.41. Said Proof of Claim and all loan documents attached thereto are incorporated herein by reference.

8. On or about July 22, 2019, Debtor entered into an extension and modification agreement of Note 1000 whereby the maturity date of the note was extended to March 11, 2024.

9. Note 1000 is secured by a first priority purchase money security interest in certain items of equipment described as follows:

    9.1    1998 Freightliner FLD 120, VIN 1FUYDDZB2WL955739

    9.2    2000 International 9900 HI, VIN 2HSFTAERXYCO48096

    9.3    2001 Peterbilt 378, VIN 1XPFD69XX1N555493

  9.4  2009 Timpte Hopper Bottom, VIN 1TDH422209B118021

  9.5  2014 Timpte Hopper Bottom, VIN 1TDH43029EB144698

  9.6  1998 Merritt, VIN 1MT2P4321WH011647

  10. A copy of the commercial security agreement, certificates of title and UCC-1 Financing Statements evidencing the perfected first priority security interest of the Bank in the above referenced items of personal property owned by Debtor are attached to said proof of claim, and incorporated herein by reference.

  11. Debtor has failed to make the required monthly payments under the terms of Note 1000, and as of September 10, 2019, the outstanding payoff amount was $106,483.41.

  12. Note 1000 is cross-collateralized with all other notes and security interests in this matter.

## **NOTE 0500**

  13. On or about June 22, 2018, Debtor executed a commercial promissory note (hereinafter "Note 0500") in the original principal amount of $248,008.28 with interest accruing subsequent to said date at a fixed rate of 6.000% per annum with a maturity of January, 3 2022 at which time the outstanding principal amounts, accrued interest, fees, late charges and cost would become due and payable. Note 0500 is evidenced by Proof of Claim 2 of 4 designated as Claim No. 14 in this proceeding in the amount of $184,562.55. Said Proof of Claim and all loan documents attached thereto are incorporated herein by reference.

  14. Note 0500 is secured by a first priority purchase money security interest in certain items of equipment described as follows:

    14.1    2007 Peterbilt 386, VIN 1XPHDB9X57N663501

    14.2    2011 Kenworth t660, VIN 1XKAD49X0CJ337402

    14.3    2012 Kenworth T660, VIN 1XKAA49X9BJ287414

    14.4    2011 Utility Reefer, VIN 1UYVS2534BU038813

    14.5    KUBOTA UTV, SN: 24214

    14.6    2007 Pontiac Solstice, VIN 162MG35X37Y118063

    14.7    2006 Freightliner Columbia, VIN 1FUJA6CK16LW51994

    14.8    2006 Freightliner Columbia, VIN 1FUJA6CK96LW52150

    14.9    2007 Freightliner Columbia, VIN 1FUJA6CK27LW52315

    14.10    2015 PJ Trailer 40FT Hydraulic Dovetrail, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto; wherever located

    14.11    5300 John Deere 4X4 Tractor With New Loader, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto; wherever located

    14.12    2003 Toyota Tacoma, VIN 5TEGN92N83Z241287

    14.13    1998 GMC Sierra, VIN 00000000000000000

15.    A copy of the commercial security agreement, certificates of title and UCC-1 Financing Statements evidencing the perfected first priority security interest of the Bank in the

above referenced items of personal property owned by Debtor are attached to said proof of claim, and incorporated herein by reference.

16. Debtor has failed to make the required monthly payments under the terms of Note 0500, and as of September 10, 2019, the outstanding payoff amount was $184,562.55.

17. Note 0500 is cross-collateralized with all other notes and security interests in this matter.

## NOTE 9700

18. On or about July 19, 2019, Debtor executed a commercial line of credit agreement and note renewal agreement (hereinafter "Note 9700") in the original principal amount of $100,000.00 with interest accruing subsequent to said date at a fixed rate of 6.000% per annum with a maturity of January 19, 2020 at which time the outstanding principal amounts, accrued interest, fees, late charges and cost would become due and payable. Note 9700 is evidenced by Proof of Claim 3 of 4 designated as Claim No. 15 in this proceeding in the amount of $99,508.61. Said Proof of Claim and all loan documents attached thereto are incorporated herein by reference.

19. Note 9700 is secured by a first priority purchase money security interest in certain items of equipment described as follows:

> 19.1 1997 Peterbilt 379, VIN 1XP5DB9X0VD424783, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto; wherever located: And, duly recorded with Department of Revenue *Title Section*

on One (1) Title No. 101333285 with lien date of 06/22/2018 issued on 12/28/2018

19.2   1997 Peterbilt 379, VIN D431225GL, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

19.3   2007 Peterbilt 386, VIN 1XPHDB9X97N663503, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

19.4   2007 Peterbilt 386, VIN 1XPHDB9X37N663500, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

20.   A copy of the commercial security agreement, certificates of title and UCC-1 Financing Statements evidencing the perfected first priority security interest of the Bank in the above referenced items of personal property owned by Debtor are attached to said proof of claim, and incorporated herein by reference.

21.   Debtor has failed to make the required monthly payments under the terms of Note 9700, and as of September 10, 2019, the outstanding payoff amount was $99,508.61.

22.   Note 9700 is cross-collateralized with all other notes and security interests in this matter.

**NOTE 1200**

23. On or about March 15, 2019, Debtor executed a commercial promissory note (hereinafter "Note 1200") in the original principal amount of $200,362.00 with interest accruing subsequent to said date at a fixed rate of 6.900% per annum with a maturity of March 15, 2024 at which time the outstanding principal amounts, accrued interest, fees, late charges and cost would become due and payable. Note 1200 is evidenced by Proof of Claim 4 of 4 designated as Claim No. 16 in this proceeding in the amount of $188,505.67. Said Proof of Claim and all loan documents attached thereto are incorporated herein by reference.

24. On or about July 22, 2019, Debtor entered into an extension and modification agreement of Note 1200 whereby the maturity date of the note was extended to March 15, 2024.

25. Note 1200 is secured by a first priority purchase money security interest in certain items of equipment described as follows:

    25.1  2016 Peterbilt Pride & Class 389, VIN 1NPXGGGG80D408687, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

    25.2  2007 Freightliner Columbia, VIN 1FUJA6CK27LW52315, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

    25.3  2006 Freightliner Columbia, VIN 1FUJA6CK16LW51994, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

    25.4    2006 Freightliner Columbia, VIN 1FUJA6CK96LW52150, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

    25.5    2017 Timpte Super Hopper Trailer, VIN 1TDH43024HB156391, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

    25.6    2003 Timpte Super Hopper Trailer, VIN 1TDH422263B103238, together with all parts, attachments, accessories, repairs, improvements, and accessions, owned now or hereafter acquired, now or hereafter affixed thereto.

26.    A copy of the commercial security agreement, certificates of title and UCC-1 Financing Statements evidencing the perfected first priority security interest of the Bank in the above referenced items of personal property owned by Debtor are attached to said proof of claim, and incorporated herein by reference.

27.    Debtor has failed to make the required monthly payments under the terms of Note 1200, and as of September 10, 2019, the outstanding payoff amount was $188,505.67.

28.    Note 1200 is cross-collateralized with all other notes and security interests in this matter.

## **RELIEF REQUESTED**

29. The personal property is not necessary for the successful reorganization of the Debtor.

30. Debtor has defaulted on all payments due Bank under the terms of all notes, and has failed to provide the Bank with adequate protection payments as required by 11 U.S.C. §361.

31. As of September 10, 2019 the combined indebtedness due Bank by Debtor is equal to $579,060.24, interest has continued to accrue on said amount since this date. Accordingly, upon information and belief it does not appear that there is any equity in any of the personal property serving as Bank's collateral.

WHEREFORE, Bank moves this Honorable Court to enter an Order granting to Bank under 11 U.S.C. §362 of the Bankruptcy Code and relief from stay to repossess and liquidate the personal property securing Bank's claims or, in the alternative enter an Order for Adequate Protection pursuant to 11 U.S.C. §361 requiring the Debtor to immediately remit monthly adequate protection payments to the Bank in the amount of $15,000.00 per month and grant such other and further relief to which Bank may be entitled.

                                                       */s/ Justin B. Little*
                                                       Justin B. Little
                                                       Attorney for PeoplesTrust Bank

OF COUNSEL:

REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863
Alabama Bar No. 102038
Telephone: 205-391-0073
Email: jlittle@rrllaw.com
Our File No. 88.0136

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consolidated Motion for Relief from Stay or, in the Alternative, Adequate Protection by PeoplesTrust Bank has been served upon the following electronically on this 7th day of November, 2019:

Tazewell Shepard
Tazewell Shepard, PC
P.O. Box 19045
Huntsville, Alabama 35084
taze@ssmattorneys.com
*Attorney for Debtor*

Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
Decatur, Alabama 35602
bnc_notices_northern@alnb.uscourts.gov
*Administrator*

Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, PC
Huntsville, Alabama 35804
ty@ssmattorneys.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I, Justin B. Little, do hereby certify that I have this date transmitted via U.S. mail and/or Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Consolidated Motion for Relief from Stay or, in the Alternative, Adequate Protection by PeoplesTrust Bank to all creditors listed on the attached master mailing list (Matrix):

On this the 7th day of November, 2019.

/s/ Justin B. Little
Of Counsel for PeoplesTrust Bank

CMFRFS.88.0136

```
Label Matrix for local noticing          Engs Commercial Finance Co.            PeoplesTrust Bank
1126-8                                   c/o C. Ellis Brazeal III                c/o Justin B. Little
Case 19-82716-CRJ11                      Jones Walker LLP                        REYNOLDS, REYNOLDS & LITTLE, LLC
NORTHERN DISTRICT OF ALABAMA             420 20th Street North                   Post Office Box 2863
Decatur                                  Suite 1100                              Tuscaloosa, AL 35403-2863
Thu Nov  7 13:16:14 CST 2019             Birmingham, AL 35203-5209

Runnin L Farms, LLC                      Stearns Bank, N.A.                      Steering Committee
231 Mardis Point Road                    c/o Hannah Gilbert                      c/o Akin Gump Strauss Hauer & Feld LLP
Joppa, AL 35087-6249                     4140 Thielman Lane                      One Bryant Park
                                         St. Cloud, MN 56301-3968                Bank of America Tower
                                                                                 New York, NY 10036-6745

Sumitomo Mitsui Finance and Leasing Co., Ltd   U. S. Bankruptcy Court            *BMO Harris
c/o Kye Law Group, P.C.                  400 Well Street                         P.O. Box 71951
201 Old Country Road                     P. O. Box 2775                          Chicago, IL 60694-1951
Suite 120                                Decatur, AL 35602-2775
Melville, NY 11747-2725

*CMCS                                    *Engs Commercial Finance                *Eva Bank
10192 Grand River Road                   1 Pierce Place, Ste. 1100 West          1710 Cherokee Avenue SW
Suite 111                                Itasca, IL 60143-3149                   Cullman, AL 35055-5333
Brighton, MI 48116-6531

*Falcon Leasing                          *Falcon Leasing A Division of           *Fitzgerald Peterbilt
707 Teaxas Avenue                        Falcon National Bank                    P.O. Box 489
Suite 2000, Dept. E58                    28 11th Ave. S.                         Cookeville, TN 38503-0489
College Station, TX 77840-1967           St. Cloud, MN 56301-6447

*Fleet Pride                             *Funding Metrics, LLC                   *Internal Revenue Service
600 E. Las Calinas Boulevard             884 Town Center Drive                   PO Box 7346
Suite 400                                Langhorne, PA 19047-1748                Philadelphia, PA 19101-7346
Irving, TX 75039-5637

*McGriff Tire                            *Northland Capital                      *Northland Capital Financial
P.O. Box 1148                            P.O. Box 7278                           333 33rd Ave. South
Cullman, AL 35056-1148                   Saint Cloud, MN 56302-7278              Saint Cloud, MN 56301-5495

*People's Trust Bank                     *Richard Blythe                         *Secretary of the Treasury
1281 Military Street S.                  Bankruptcy Administrator                1500 Pennsylvania Ave., NW
Hamilton, AL 35570-5004                  PO Box 3045                             Washington, DC 20220-0001
                                         Decatur, Al 35602-3045

*Susquehanna Salt Lake, LLC              *U.S. Securities and Exchange Commission   *United States Attorney
136 E S Temple                           Regional Director, Branch of Reorganizat   Northern District of Alabama
Salt Lake City, UT 84111-1180            Atlanta Regional Office, Suite 900         1801 Fourth Avenue North
                                         950 East Paces Ferry Road                  Birmingham, AL 35203-2101
                                         Atlanta, GA 30326-1180

*United States Attorney General          *United States Bankruptcy Administrator    *Verizon Wireless
U.S. Department of Justice               Northern District of Alabama               PO Box 4001
950 Pennsylvania Avenue, NW              1800 Fifth Avenue North                    Acworth, GA 30101-9002
Washington DC 20530-0001                 Birmingham, AL 35203-2111
```

| | | |
|---|---|---|
| *Wes Fleetone<br>3102 West End Avenue<br>Nashville, TN 37203-1301 | *Wilks Tire & Battery<br>428 N. Broad Street<br>Albertville, AL 35950-1761 | CBSG<br>20 N 3rd St.<br>Philadelphia, PA 19106-2118 |
| Cellco Partnership dba Verizon Wireless<br>William M Vermette<br>220001 Loudoun County PKWY<br>Ashburn, VA 20147 | Eagle Capital Corporation<br>PO Box 4215.<br>Tupelo, MS 38803-4215 | Lendini<br>884 Town Center Drive<br>Langhorne, PA 19047-1748 |
| Stearns Bank<br>P.O. Box 750<br>Albany, MN 56307-0750 | Stearns Bank National Association<br>Hannah Gilbert<br>Paralegal-Bankruptyc<br>4140 Thielman Lane<br>St. Cloud, MN 56301-7326 | Stephen B. Elggren, Esq.<br>P.O. Box 709598<br>Sandy, UT 84070-9598 |
| Sumitomo Mitsui Finance & Leasing Co LTD<br>666 Third Avenue, 8th Floor<br>New York, NY 10017-4033 | Thomas A. Littrell IV, Esq,<br>500 Providence Mail Street, #4<br>Huntsville, AL 35806-4896 | Wallace Factoring, LLC<br>PO Box 988<br>Fulton, MS 38843-0988 |
| Richard Blythe<br>BA Decatur<br>P O Box 3045<br>Decatur, AL 35602-3045 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Tazewell Shepard<br>Tazewell Shepard, P.C.<br>PO BOX 19045<br>HUNTSVILLE, AL 35804-9045 |
| Tazewell Taylor Shepard IV<br>Sparkman, Shepard & Morris, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804-9045 | | |


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)Engs Commercial Finance Co.
One Pierce Place, Suite 1100 West
Itasca, IL 60143


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Engs Commercial Finance<br>1 Pierce Place, Ste. 1100 West<br>Itasca, IL 60143-3149 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | (d)Northland Capital<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |

(d)People's Trust Bank
1281 Military Street S.
Hamilton, AL 35570-5004

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49