IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-82716-CRJ11 |
| RUNNIN L FARMS, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## MOTION FOR RELIEF FROM STAY, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

Falcon Leasing, a division of Falcon National Bank ("Falcon"), a secured creditor and party-in-interest in the above-styled bankruptcy case of Runnin L Farms, LLC ("Debtor"), moves the Court for relief from the automatic stay pursuant to 11 U.S.C. § 362, or, in the alternative, for an order granting Falcon adequate protection pursuant to 11 U.S.C. § 361. In support of this motion (the "Motion"), Falcon states as follows:

### INTRODUCTION

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this matter is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the requested relief are §§ 361 and 362 of the Bankruptcy Code.

### BACKGROUND

1. Pursuant to an Equipment Finance Agreement dated May 2, 2018 (the "Agreement"), Falcon financed the Debtor's purchase of that certain 2017 Timpte 42"2"x102"x78" Super Hopper Trailer, Vehicle Identification Number 1TDH42225HB157024 (the "Trailer"). A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

1

2. The Agreement provides for, among other things, the Debtor's payment of monthly installments in the amount of $787.02 and the Debtor's maintenance of insurance on the Trailer naming Falcon as the loss payee.

3. As security for the Debtor's obligations under the Agreement, the Debtor granted Falcon a first priority security interest in the Trailer, as evidenced by the certificate of title attached hereto as **Exhibit B**.

4. On September 9, 2019, (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code. Debtor continues to operate its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. The Debtor has failed to make the required monthly payments following the Petition Date, which failure constitutes a default under the terms of the Agreement. The current past due amount is $3,148.08, exclusive of late fees totaling $597.75. The outstanding balance under the Agreement totals $28,143.45, exclusive of attorney's fees associated with this Motion, as allowed under the Agreement.

## ARGUMENT

6. This Court should grant Falcon relief from stay to enforce its rights under applicable law with respect to the Agreement and the Trailer, or, in the alternative, order the Debtor to make adequate protection payments to Falcon.

7. Section 362(d)(1) of the Bankruptcy Code provides that a bankruptcy court shall grant relief from stay "for cause, including the lack of adequate protection of an interest in property." 11 U.S.C. § 362(d)(1).

8. Section 362(d)(2) of the Bankruptcy Code provides that a bankruptcy court shall grant relief from stay of an act against property under Section 362(a) where the debtor does not

2

Case 19-82716-CRJ11    Doc 86    Filed 11/13/19    Entered 11/13/19 11:15:33    Desc Main
Document      Page 2 of 5

have any equity in such property and such property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2).

9. Section 361 of the Bankruptcy Code provides that when adequate protection is required under Section 362, 363, or 364 of an interest of an entity in property, such adequate protection may be provided by, without limitation, periodic cash payments to the extent of the decrease in value of the entity's interest in such property.

10. Cause exists for relief from stay because the Trailer is depreciating and Falcon is not receiving the required monthly payments under the Agreement.

11. Likewise, on information and belief, the Debtor does not have any equity in the Trailer, and the trailer is not necessary for an effective reorganization.

12. Accordingly, Falcon is entitled to relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code or for adequate protection pursuant to Section 361 of the Bankruptcy Code and is further entitled to pursue its various rights and remedies under the Agreement and with respect to the Trailer as provided by applicable law.

13. Falcon further requests that the Court waive the stay provided for under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure so that Falcon may immediately exercise its rights and remedies with respect to the Trailer.

**WHEREFORE**, Falcon respectfully requests that the Court enter an order: a) granting Falcon relief from stay to exercise its rights under the Agreement and with respect to the Trailer, or, in the alternative, requiring periodic adequate protection payments; b) waiving the 14-day stay imposed under Rule 4001(a)(3); and c) granting such other and further relief as the Court deems just and appropriate.

Dated: November 13, 2019     /s/ Christopher L. Hawkins
Christopher L. Hawkins
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
chawkins@bradley.com

*Attorney for Falcon Leasing, a division of Falcon National Bank.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by electronic filing purposes and/or by United States mail, postage prepaid on this the 13th day of November, 2019:

| | |
|---|---|
| Runnin L Farms, LLC<br>231 Mardis Point Road<br>Joppa, Alabama 35087 | Tazewell Shepard<br>Tazewell Shepard, PC<br>P.O. Box 19045<br>Huntsville, Alabama 35804 |
| Tazewell Taylor Shepard, IV<br>Sparkman, Shepard & Morris, PC<br>P.O. Box 19045<br>Huntsville, Alabama 35804 | Richard M. Blythe<br>Assistant U.S. Bankruptcy Administrator<br>Post Office Box 3045<br>Decatur, Alabama 35602 |
| BMO Harris<br>P.O. Box 71951<br>Chicago, IL 60694-1951 | CMCS<br>10192 Grand River Road, Suite 111<br>Brighton, MI 48116 |
| Engs Commercial Finance Co.<br>c/o C. Ellis Brazeal III<br>JONES WALKER LLP<br>420 20th Street North, Suite 1100<br>Birmingham, Alabama 35203 | Engs Commercial Finance<br>1 Pierce Place, Ste. 1100<br>West Itasca, IL 60143 |
| Eva Bank<br>1710 Cherokee Avenue SW<br>Cullman, AL 35055 | Fitzgerald Peterbilt<br>P.O. Box 489<br>Cookeville, TN 38503 |
| Fleet Pride<br>600 E. Las Calinas Boulevard, Suite 400<br>Irving, TX 75039 | Funding Metrics, LLC<br>884 Town Center Drive<br>Langhorne, PA 19047 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | McGriff Tire<br>P.O. Box 1148<br>Cullman, AL 35056 |
| Northland Capital<br>P.O. Box 7278<br>Saint Cloud, MN 56302 | People's Trust Bank<br>1281 Military Street S.<br>Hamilton, AL 35570 |
| People's Trust Bank<br>c/o Justin B. Little<br>Reynolds, Reynolds & Little, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863 | Susquehanna Salt Lake, LLC<br>136 E. S. Temple<br>Salt Lake City, UT 84111 |
| Verizon Wireless<br>PO Box 4001<br>Acworth, GA 30101 | Wes Fleetone<br>3102 West End Avenue<br>Nashville, TN 37203 |
| Wilks Tire & Battery<br>428 N. Broad Street<br>Albertville, AL 35950 | |

/s/ Christopher L. Hawkins
Of Counsel