UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RUNNIN FARMS, LLC | ) CASE NO. 19-82716-CRJ11 |
| | ) CHAPTER 11 |
| Debtor, | ) |
| | ) |

### EVABANK'S OBJECTIONS TO DEBTOR'S DISCLOSURES AND PLAN

Comes now EvaBank and objects to the Debtor's Disclosure Statement and Plan as follows:

1. Debtor did not list EvaBank as a secured or unsecured creditor in the Disclosure Statement or Plan even after it listed EvaBank as a secured creditor in Schedule D, for $81,000.00.
2. EvaBank is a fully secured creditor with a current payoff of $78,396.61 due on the account.

/s/ John R. Lavette
John R. Lavette
Attorney for EvaBank

OF COUNSEL:
MORRIS & LAVETTE, P.C.
2131 Third Avenue North
Birmingham, AL 35203
Telephone: (205) 254-3885

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2020, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures

**By Notice of Electronic Filing to the following:**

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602
Richard_Blythe@alnba.uscourts.gov

Tazewell Shepard
Tazewell Shepard, P.C.
PO BOX 19045
HUNTSVILLE, AL 35804
256 512-9924
taze@ssmattorneys.com

**By U.S. Mail, postage prepaid to:**

Runnin L Farms, LLC
231 Mardis Point Road
Joppa, AL 35087


Attached mailing matrix


/s/ John R. Lavette
John R. Lavette

```
Label Matrix for local noticing          Engs Commercial Finance Co.            PeoplesTrust Bank
1126-8                                   c/o C. Ellis Brazeal III               c/o Justin B. Little
Case 19-82716-CRJ11                      Jones Walker LLP                       REYNOLDS, REYNOLDS & LITTLE, LLC
NORTHERN DISTRICT OF ALABAMA             420 20th Street North                  Post Office Box 2863
Decatur                                  Suite 1100                             Tuscaloosa, AL 35403-2863
Tue Feb  4 10:07:59 CST 2020             Birmingham, AL 35203-5209

Runnin L Farms, LLC                      SUMITOMO MITSUI FINANCE & LEASING CO., LTD.   (p)STEARNS BANK NATIONAL ASSOCIATION
231 Mardis Point Road                    C/O CHAMBLESS MATH & CARR, PC          ATTN LEGAL DEPARTMENT
Joppa, AL 35087-6249                     PO BOX 230759                          4191 2ND STREET SOUTH
                                         MONTGOMERY, AL 36123-0759              ST CLOUD MN 56301-3761


Sumitomo Mitsui Finance and Leasing Co., Ltd   U. S. Bankruptcy Court           *BMO Harris
c/o Kye Law Group, P.C.                  400 Well Street                        P.O. Box 71951
201 Old Country Road                     P. O. Box 2775                         Chicago, IL 60694-1951
Suite 120                                Decatur, AL 35602-2775
Melville, NY 11747-2725


*CMCS                                    *Engs Commercial Finance               *Eva Bank
10192 Grand River Road                   1 Pierce Place, Ste. 1100 West         1710 Cherokee Avenue SW
Suite 111                                Itasca, IL 60143-3149                  Cullman, AL 35055-5333
Brighton, MI 48116-6531


*Falcon Leasing                          *Falcon Leasing A Division of          *Fitzgerald Peterbilt
707 Teaxas Avenue                        Falcon National Bank                   P.O. Box 489
Suite 2000, Dept. E58                    28 11th Ave. S.                        Cookeville, TN 38503-0489
College Station, TX 77840-1967           St. Cloud, MN 56301-6447


*Fleet Pride                             *Funding Metrics, LLC                  *Internal Revenue Service
600 E. Las Calinas Boulevard             884 Town Center Drive                  PO Box 7346
Suite 400                                Langhorne, PA 19047-1748               Philadelphia, PA 19101-7346
Irving, TX 75039-5637


*McGriff Tire                            *Northland Capital                     *Northland Capital Financial
P.O. Box 1148                            P.O. Box 7278                          333 33rd Ave. South
Cullman, AL 35056-1148                   Saint Cloud, MN 56302-7278             Saint Cloud, MN 56301-5495


*People's Trust Bank                     *Richard Blythe                        *Secretary of the Treasury
1281 Military Street S.                  Bankruptcy Administrator               1500 Pennsylvania Ave., NW
Hamilton, AL 35570-5004                  PO Box 3045                            Washington, DC 20220-0001
                                         Decatur, Al 35602-3045


*Susquehanna Salt Lake, LLC              *U.S. Securities and Exchange Commission   *United States Attorney
136 E S Temple                           Regional Director, Branch of Reorganizat   Northern District of Alabama
Salt Lake City, UT 84111-1180            Atlanta Regional Office, Suite 900         1801 Fourth Avenue North
                                         950 East Paces Ferry Road                  Birmingham, AL 35203-2101
                                         Atlanta, GA 30326-1180


*United States Attorney General          *United States Bankruptcy Administrator    *Verizon Wireless
U.S. Department of Justice               Northern District of Alabama               PO Box 4001
950 Pennsylvania Avenue, NW              1800 Fifth Avenue North                    Acworth, GA 30101-9002
Washington DC 20530-0001                 Birmingham, AL 35203-2111
```

*Wes Fleetone
3102 West End Avenue
Nashville, TN 37203-1301

*Wilks Tire & Battery
428 N. Broad Street
Albertville, AL 35950-1761

CBSG
20 N 3rd St.
Philadelphia, PA 19106-2118

Cellco Partnership dba Verizon Wireless
William M Vermette
220001 Loudoun County PKWY
Ashburn, VA 20147

Eagle Capital Corporation
PO Box 4215.
Tupelo, MS 38803-4215

Lendini
884 Town Center Drive
Langhorne, PA 19047-1748

Stephen B. Elggren, Esq.
P.O. Box 709598
Sandy, UT 84070-9598

Sumitomo Mitsui Finance & Leasing Co LTD
666 Third Avenue, 8th Floor
New York, NY 10017-4033

Thomas A. Littrell IV, Esq,
500 Providence Mail Street, #4
Huntsville, AL 35806-4896

Wallace Factoring, LLC
PO Box 988
Fulton, MS 38843-0988

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Tazewell Shepard
Tazewell Shepard, P.C.
PO BOX 19045
HUNTSVILLE, AL 35804-9045

Tazewell Taylor Shepard IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804-9045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Stearns Bank, N.A.
c/o Hannah Gilbert
4140 Thielman Lane
St. Cloud, MN 56301

(d)Engs Commercial Finance Co.
One Pierce Place, Suite 1100 West
Itasca, IL 60143

(d)Stearns Bank
P.O. Box 750
Albany, MN 56307

(d)Stearns Bank National Association
Hannah Gilbert
Paralegal-Bankruptyc
4140 Thielman Lane
St. Cloud, MN 56301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Harris Bank N.A.

(u)Falcon Leasing, a division of Falcon Natio

(d)Engs Commercial Finance
1 Pierce Place, Ste. 1100 West
Itasca, IL 60143-3149

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Northland Capital<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 | (d)People's Trust Bank<br>1281 Military Street S.<br>Hamilton, AL 35570-5004 |
| (d)Sumitomo Mitsui Finance and Leasing Compan<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747-2725 | End of Label Matrix<br>Mailable recipients 42<br>Bypassed recipients 7<br>Total 49 | |