## United States Bankruptcy Court ~ Northern District of Alabama

CASE NAME: _Runnin L Farms LLC_     CASE NO.: _19-82716_     MONTH ENDING: _11/30/19_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _✓_ NO ___ All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES _✓_ NO ___ All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | | AMOUNT |
    |---|---|---|
    | | $ | |
    | | $ | |
    | | $ | |
    | | $ | |

2.  YES _✓_ NO ___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____ not in force.

    TYPE_____ not in force.

3.  YES ___ NO _✓_ New books and records were opened and are being maintained daily.

4.  YES _✓_ NO ___ Copies of all banks statements and reconciliations are attached.

5.  YES _✓_ NO ___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _✓_ NO ___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2/7/2020_

RESPONSIBLE PARTY

Phone No. _256-621-1121_

Bankruptcy Administrator Form ~ Business BA~01

CHAPTER 11 OPERATING ORDER FORM    11/00    BUSINESS BA-02(B)

## United States Bankruptcy Court—Northern District of Alabama

CASE NAME: _Runnin L Farms, LLC_    CASE NO.: _19-82716_    MONTH ENDING: _11/30/19_

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | 181,911.11 |
| INSURANCE (TOTAL) | | 310,610.35 |
|     AUTO | $ | |
|     LIABILITY | | |
|     LIFE | | |
|     MEDICAL | | |
|     CASUALTY | | |
|     FIRE & THEFT | | |
|     WORKMAN'S COMP. | | |
|     OTHER | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 471.00 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | 15,412.49 |
| SALARIES/WAGES PAID | | 91,355.84 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | |
|     OFFICE | $ 5,630.32 | |
|     OPERATING | | |
| TRAVEL & ENTERTAINMENT | | 51.00 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | |
|     ELECTRICITY | $ 1,672.00 | |
|     GAS | | |
|     TELEPHONE | 546.46 | |
|     WATER | | |
|     OTHER | | |

OTHER BUSINESS DISBURSEMENTS (Specify)    Diesel Fuel 51363.97    Towing 100.    $ 51,463.97

TOTAL BUSINESS DISBURSEMENTS .................. $ 293,615.04

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF!

DATE _2/7/2020_        _(signature)_

        RESPONSIBLE PARTY

Bankruptcy Administrator Form — Business BA-02(B)

Case 19-82716-CRJ11    Doc 165    Filed 02/07/20    Entered 02/07/20 12:37:16    Desc
Main Document    Page 2 of 32
Case 19-82716-CRJ11    Doc 168    Filed 02/10/20    Entered 02/10/20 14:36:05    Desc
Main Document    Page 2 of 32

# Total Cost Report

**Nov 1 - Nov 30, 2019**

Rawlin L. Farms, LLC

| Desc | ALL |
|---|---|
| **TOTAL PAY** | |
| Paycheck Wages | |
| Reimbursements | |
| Total | $60,377.24 |
| **COMPANY CONTRIBUTIONS** | $232.62 |
| Total | $232.62 |
| Total | $50,545.86 |
| **EMPLOYER TAXES** | |
| Social Security Employer | |
| Medicare Employer | |
| FUTA Employer | |
| AL SUI Employer | $841.25 |
| AL Employment Security Assessment Tax | $37.89 |
| Total | $37.26 |
| Total | $3.79 |
| | $3,593.03 |
| Total | $0.00 |
| Total | $4,459.26 |
| **Total Cost** | $65,005.12 |

# Tax Payments

**Nov 01 - Nov 30, 2019**

Ramón L. Farms, LLC

| PAYMENT DATE | TAX PAYMENT | AMOUNT | PERIOD START | PERIOD END | NOTES |
|---|---|---|---|---|---|
| 12/16/2019 | All Income Tax | $2,247.18 | 11/01/2019 | 11/30/2019 | |
| 12/04/2019 | Federal Taxes (941,944) | $2,858.60 | 11/27/2019 | 11/29/2019 | |
| 11/27/2019 | Federal Taxes (941,944) | $2,411.35 | 11/20/2019 | 11/22/2019 | |
| 11/20/2019 | Federal Taxes (941,944) | $2,989.49 | 11/13/2019 | 11/15/2019 | |
| 11/14/2019 | Federal Taxes (941,944) | $3,247.00 | 11/06/2019 | 11/08/2019 | |

# United States Bankruptcy Court – Northern District of Alabama

CASE NAME: Rwann L Farms LLC    CASE NO.: 19-82711    MONTH ENDING: 11/30/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|---|
| Falcon Leasing | 2012 Timpte Trailer | | | | 27907.35 |
| Northland Capital | 2012 Timpte Trailer | | | | 26762.20 |
| Northland Capital | 2017 Timpte Trailer | | | | 22213.07 |
| Northland Capital | 2016 Timpte Trailer | | | | 20196.50 |
| Engs Commercial Finance | 2016 Peterbilt 389 | | | | 108629.14 |
| Bmo | 2014 Peterbilt 389 | | | | 66205.10 |
| Bmo | 2015 Peterbilt 389 | | | | 128148.63 |
| Bmo | 2017 Timpte Trailer | | | | 31374.10 |
| Bmo | 2016 Peterbilt 389 | | | | 111812.02 |
| Bmo | 2017 Timpte Trailer | | | | 23929.26 |
| Peoples Trust Bank | 1998 Merritt Trailer | | | | 106483.41 |
| | 2001 Peterbilt 378 | | | | |
| | 1998 Freightliner | | | | |
| | 2000 International | | | | |
| | 2009 Timpte Trailer | | | | |
| | 2014 Timpte Trailer | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-02 (C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Russell Farms LLC_    CASE NO.: _19-82716_    MONTH ENDING: _11/30/19_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Falcon Leasing | 2017 Timpte Trailer | | | | 27907.35 |
| Northland Capital | 2012 Timpte Trailer | | | | 26760.20 |
| Northland Capital | 2017 Timpte Trailer | | | | 22212.07 |
| Northland Capital | 2016 Timpte Trailer | | | | 20196.50 |
| Engs Commercial Finance | 2016 Peterbilt 389 | | | | 108629.14 |
| Bmo | 2014 Peterbilt 389 | | | | 66205.10 |
| Bmo | 2015 Peterbilt 389 | | | | 18848.63 |
| | " " " | | | | |
| Bmo | 2017 Timpte Trailer | | | | 31374.10 |
| Bmo | 2016 Peterbilt 389 | | | | 111812.02 |
| Bmo | 2017 Timpte Trailer | | | | 23929.26 |
| Peoples Trust Bank | 1998 Merrit Trailer | | | | 106483.41 |
| | 2001 Peterbilt 378 | | | | |
| | 1998 Freightliner | | | | |
| | 2000 International | | | | |
| | 2009 Timpte Trailer | | | | |
| | 2014 Timpte Trailer | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2/7/2020_                 RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (C)

Case 19-82716-CRJ11   Doc 165   Filed 02/07/20   Entered 02/07/20 12:37:16   Desc
Main Document    Page 6 of 32
Case 19-82716-CRJ11   Doc 168   Filed 02/10/20   Entered 02/10/20 14:36:05   Desc
Main Document    Page 6 of 32

## United States Bankruptcy Court – Northern District of Alabama

CASE NAME: Rummel Farms, LLC    CASE NO.: 19-82716    MONTH ENDING: 11/30

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples | | 91484.44 | 11/30/19 | pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Barry Lindsey | $ | 11960. |
| Officer #2    (Name) | $ | |
| Other Officer    (Name) N/A | $ | |
| Employees (Number) | $ | |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $ |
| Inventory – Purchased this Month – CASH | $ N/A |
| Inventory – Purchased this Month – CREDIT | $ |
| Inventory – End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
     creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Runnin L Farms_     CASE NO.: _19-82716_     MONTH ENDING: _11/30/15_

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.   ASSETS**

**Current:**

| | | | |
|---|---|---|---|
| Cash | | $ | 91484.44 |
| Inventory | | $ | |
| Accounts Receivable | | $ | |
| Other | | $ | |
| Total Current Assets | (a) | $ | 91484.44 |

**Fixed:**

| | | | |
|---|---|---|---|
| Property & Equipment | | $ | 2451294 |
| Accumulated Depreciation | | $ | <2013866> |
| Other | | | |
| d Assets | (b) | $ | 437428 |
| (a + b) = (c) | | $ | 528912.44 |

I don't Know other info

| | | | |
|---|---|---|---|
| r 11 Payables | | $ | |
| le | | $ | 40,000. |
| essional Fees | | $ | |
| nses | | $ | |
| e | | $ | |
| ion Long Term Debt | | $ | |
| | | $ | |
| t Liabilities | (d) | $ | |

| | | | |
|---|---|---|---|
| L...  1 Payables | | $ | 1,376784.61 |
| Loans Payable | | $ | |
| Less Current Portion | | $ | < > |
| Other | | $ | |
| Total Long Term Debt | (e) | $ | |
| Total Liabilities  (d + e) = (f) | | $ | |

**STOCKHOLDERS EQUITY/ (DEFICIT) OR NET WORTH**

| | | | |
|---|---|---|---|
| Capital Stock | (g) | $ | |
| Retained Earnings (Deficit) | (h) | $ | |
| Current Surplus (Deficit) | (i) | $ | |
| Total Liabilities & Stockholder Equity/Net Worth  (f) + (g) + (h) + (i) | | $ | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2/7/2020_                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Brann & Farms, LLC    **CASE NO.:** 19-82716    **MONTH ENDING:** 11/30/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>–Accrual    (Circle One)    –Cash |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.<br><br>A.   CASH ON HAND (Beginning) 52454.99<br><br>B.   RECEIPTS:<br><br>Accounts Receivable from Form BA-02(A)-Line II(C) 332644.57<br><br>Cash Sales _____<br><br>Loan Proceeds from _____<br><br>Sale of Property (Not in ordinary course of business) _____<br><br>Other _____<br><br>_____<br><br>C.   TOTAL RECEIPTS 332644.57<br>     (Total of B)<br><br>D.   BUSINESS DISBURSEMENTS FROM FORM BA-02 (B) 293015.04<br><br>E.   SURPLUS OR DEFICIT (C minus D)<br><br>F.   CASH ON HAND (End) 91484.46<br>     (A plus E) | 1.   REVENUE FROM TOTAL SALES $332044.57<br><br>2.   LESS COST OF THOSE SALES $293015.04<br>     (Cost of materials, labor, etc.)<br><br>3.   EQUALS GROSS PROFIT (1 minus 2) _____<br><br>4.   LESS OPERATING EXPENSES _____<br><br>5.   EQUALS NET PROFIT OPERATIONS (3 minus 4) _____<br><br>6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)<br><br>_____<br><br>_____<br><br>_____<br><br>7.   EQUALS NET PROFIT OR NET LOSS $39029.47<br>     (5 plus or minus 6)<br><br>* Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020          _(signature)_

RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-02

Case 19-82716-CRJ11   Doc 165   Filed 02/07/20   Entered 02/07/20 12:37:16   Desc
Main Document    Page 9 of 32
Case 19-82716-CRJ11   Doc 168   Filed 02/10/20   Entered 02/10/20 14:36:05   Desc
Main Document    Page 9 of 32

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Rummel Farms LLC        CASE NO.: 19-82716        MONTH ENDING: 11/30/19

### Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.    Amount collected this month on accounts receivable charged and paid this month.     $ 332044.51 ~~205502.11~~

    B.    Amount collected this month on accounts receivable charged in prior months and paid this month.     $

    C.    TOTAL collected this month on accounts receivable.     $ 332044.51 ~~205502.11~~

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| TOTALS | $         |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020                                    RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Ryman L Farms LLC    CASE NO.: 19-82716    MONTH ENDING: 11/30/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | 161,911.11 |
| INSURANCE (TOTAL) | | 20,010.85 |
|   AUTO | $ | |
|   LIABILITY | | |
|   LIFE | | |
|   MEDICAL | | |
|   CASUALTY | | |
|   FIRE & THEFT | | |
|   WORKMAN'S COMP. | | |
|   OTHER | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 471.00 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | 16,912.44 |
| SALARIES/WAGES PAID | | 91,355.84 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02 (C)] | | |
| SUPPLIES (TOTAL) | | |
|   OFFICE | $ 5,200.32 | |
|   OPERATING | | |
| TRAVEL & ENTERTAINMENT | | 51.00 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02 (D)] | | |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | |
|   ELECTRICITY | $ 1,672.00 | |
|   GAS | | |
|   TELEPHONE | 546.46 | |
|   WATER | | |
|   OTHER | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | Diesel Fuel 51,303.97  Towing 600. | $ 51,903.97 |
| TOTAL BUSINESS DISBURSEMENTS | | $ 293,016.04 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (B)

Payroll Summary Report

## Payroll Summary Report

Runnin L Farms, LLC

**Nov 01, 2019**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | EMPLOYER CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2019 | Bohannon, Kevin | $508.63 | 0.00 | $232.25 | $234.70 | $975.58 | $74.64 | $0.00 | $1,050.22 | 7172 |
| 11/01/2019 | Franklin, Jason | $595.81 | 0.00 | $141.02 | $101.50 | $838.33 | $74.62 | $0.00 | $912.95 | 7187 |
| 11/01/2019 | Griffin, Jerry | $996.83 | 0.00 | $263.54 | $219.63 | $1,480.00 | $95.63 | $0.00 | $1,575.63 | DD |
| 11/01/2019 | Hutchins, Jerry E. | $693.64 | 0.00 | $319.69 | $236.67 | $1,250.00 | $95.62 | $0.00 | $1,345.62 | DD |
| 11/01/2019 | Kinley, Jerry | $889.47 | 0.00 | $215.26 | $0.00 | $1,104.73 | $84.52 | $0.00 | $1,189.25 | DD |
| 11/01/2019 | Lindsey, Levi | $320.29 | 40.00 | $79.71 | $0.00 | $400.00 | $30.60 | $0.00 | $430.60 | 7173 |
| 11/01/2019 | Peterson, C J | $1,031.81 | 32.00 | $248.19 | $0.00 | $1,280.00 | $97.92 | $0.00 | $1,377.92 | DD |
| 11/01/2019 | Reliford, Steven | $621.89 | 0.00 | $163.94 | $297.25 | $1,083.08 | $65.26 | $0.00 | $1,148.34 | DD |
| 11/01/2019 | Thomas, Jonathan | $871.43 | 0.00 | $296.93 | $0.00 | $1,168.36 | $89.39 | $0.00 | $1,257.75 | DD |
| 11/01/2019 | Thompson, Jeffery | $994.80 | 0.00 | $235.20 | $0.00 | $1,230.00 | $94.09 | $0.00 | $1,324.09 | DD |
| | **Totals** | **$7,524.60** | **72.00** | **$2,195.73** | **$1,089.75** | **$10,810.08** | **$802.29** | **$0.00** | **$11,612.37** | |

## Payroll Summary Report

Runnin L Farms, LLC

**Nov 08, 2019**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | EMPLOYER CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2019 | Bohannon, Kevin | $554.55 | 0.00 | $211.01 | $205.39 | $970.95 | $69.79 | $0.00 | $1,040.74 | 7195 |
| 11/08/2019 | Franklin, Jason | $714.46 | 0.00 | $178.58 | $101.50 | $994.54 | $88.51 | $0.00 | $1,083.05 | 7196 |
| 11/08/2019 | Griffin, Jerry | $822.15 | 0.00 | $208.22 | $219.63 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 11/08/2019 | Huthcins, Jerry E. | $693.63 | 0.00 | $319.70 | $236.67 | $1,250.00 | $95.63 | $0.00 | $1,345.63 | DD |
| 11/08/2019 | Kinley, Jerry | $1,168.62 | 0.00 | $303.64 | $0.00 | $1,472.26 | $112.62 | $0.00 | $1,584.88 | DD |
| 11/08/2019 | Lindsey, Levi | $320.29 | 40.00 | $79.71 | $0.00 | $400.00 | $30.60 | $0.00 | $430.60 | DD |
| 11/08/2019 | Peterson, C J | $940.67 | 29.00 | $219.33 | $0.00 | $1,160.00 | $88.74 | $0.00 | $1,248.74 | DD |
| 11/08/2019 | Reliford, Steven | $923.34 | 0.00 | $259.41 | $297.25 | $1,480.00 | $95.63 | $0.00 | $1,575.63 | DD |
| 11/08/2019 | Thomas, Jonathan | $996.85 | 0.00 | $360.22 | $0.00 | $1,357.07 | $103.81 | $0.00 | $1,460.88 | DD |
| 11/08/2019 | Thompson, Jeffery | $1,028.38 | 0.00 | $245.85 | $0.00 | $1,274.23 | $97.48 | $0.00 | $1,371.71 | DD |
| | **Totals** | **$8,162.94** | **69.00** | **$2,385.67** | **$1,060.44** | **$11,609.05** | **$860.84** | **$0.00** | **$12,469.89** | |

## Payroll Summary Report

Runnin L Farms, LLC

### Nov 15, 2019

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | EMPLOYER CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2019 | Bohannon, Kevin | $507.83 | 0.00 | $217.03 | $205.39 | $930.25 | $71.17 | $0.00 | $1,001.42 | 7216 |
| 11/15/2019 | Franklin, Jason | $1,019.68 | 0.00 | $243.08 | $0.00 | $1,262.76 | $112.38 | $0.00 | $1,375.14 | DD |
| 11/15/2019 | Griffin, Jerry | $828.42 | 0.00 | $210.20 | $219.63 | $1,258.25 | $78.66 | $0.00 | $1,336.91 | DD |
| 11/15/2019 | Hutchins, Jerry E. | $693.64 | 0.00 | $319.69 | $236.67 | $1,250.00 | $95.62 | $0.00 | $1,345.62 | DD |
| 11/15/2019 | Kinley, Jerry | $1,102.58 | 0.00 | $282.73 | $0.00 | $1,385.31 | $105.98 | $0.00 | $1,491.29 | DD |
| 11/15/2019 | Lindsey, Levi | $320.29 | 40.00 | $79.71 | $0.00 | $400.00 | $30.60 | $0.00 | $430.60 | DD |
| 11/15/2019 | Peterson, C J | $1,092.57 | 34.00 | $267.43 | $0.00 | $1,360.00 | $104.04 | $0.00 | $1,464.04 | DD |
| 11/15/2019 | Rolliford, Steven | $1,053.35 | 0.00 | $259.40 | $297.25 | $1,610.00 | $95.62 | $0.00 | $1,705.62 | DD |
| 11/15/2019 | Thomas, Jonathan | $976.34 | 0.00 | $349.86 | $0.00 | $1,326.20 | $101.45 | $0.00 | $1,427.65 | DD |
| 11/15/2019 | Thompson, Jeffery | $1,262.20 | 0.00 | $319.89 | $0.00 | $1,582.09 | $121.03 | $0.00 | $1,703.12 | DD |
| | Totals | $8,856.90 | 74.00 | $2,549.02 | $958.94 | $12,364.86 | $916.55 | $0.00 | $13,281.41 | |

# Payroll Summary Report

Runnin L Farms, LLC

**Nov 22, 2019**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | EMPLOYER CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2019 | Bohannon, Kevin | $496.83 | 0.00 | $211.47 | $205.39 | $913.69 | $69.89 | $0.00 | $983.58 | 7233 |
| 11/22/2019 | Franklin, Jason | $859.36 | 0.00 | $192.32 | $0.00 | $1,051.68 | $93.60 | $0.00 | $1,145.28 | DD |
| 11/22/2019 | Griffin, Jerry | $822.15 | 0.00 | $208.22 | $219.63 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 11/22/2019 | Huthcins, Jerry E. | $693.63 | 0.00 | $319.70 | $236.67 | $1,250.00 | $95.63 | $0.00 | $1,345.63 | DD |
| 11/22/2019 | Kinley, Jerry | $680.49 | 0.00 | $149.07 | $0.00 | $829.56 | $63.46 | $0.00 | $893.02 | DD |
| 11/22/2019 | Lindsey, Levi | $320.29 | 40.00 | $79.71 | $0.00 | $400.00 | $30.60 | $0.00 | $430.60 | DD |
| 11/22/2019 | Peterson, C J | $1,214.09 | 38.00 | $305.91 | $0.00 | $1,520.00 | $116.28 | $0.00 | $1,636.28 | DD |
| 11/22/2019 | Reliford, Steven | $882.84 | 0.00 | $225.99 | $232.25 | $1,341.08 | $85.00 | $0.00 | $1,426.08 | DD |
| 11/22/2019 | Thomas, Jonathan | $831.18 | 0.00 | $276.57 | $0.00 | $1,107.75 | $84.74 | $0.00 | $1,192.49 | DD |
| 11/22/2019 | Thompson, Jeffery | $1,026.68 | 0.00 | $245.32 | $0.00 | $1,272.00 | $97.32 | $0.00 | $1,369.32 | DD |
| | **Totals** | $7,827.54 | 78.00 | $2,214.28 | $893.94 | $10,935.76 | $814.55 | $0.00 | $11,750.31 | |

Main Document     Page 15 of 32

## Payroll Summary Report

Runnin L Farms, LLC

**Nov 29, 2019**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | EMPLOYER CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2019 | Bohannon, Kevin | $578.24 | 0.00 | $252.58 | $205.39 | $1,036.21 | $79.27 | $0.00 | $1,115.48 | 7250 |
| 11/29/2019 | Franklin, Jason | $949.34 | 0.00 | $220.81 | $0.00 | $1,170.15 | $104.13 | $0.00 | $1,274.28 | DD |
| 11/29/2019 | Griffin, Jerry | $822.15 | 0.00 | $208.22 | $219.63 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 11/29/2019 | Husky, James M. | $552.60 | 0.00 | $150.61 | $335.50 | $1,038.71 | $88.88 | $0.00 | $1,127.59 | 7248 |
| 11/29/2019 | Hutchins, Jerry E. | $693.64 | 0.00 | $319.69 | $236.67 | $1,250.00 | $95.62 | $0.00 | $1,345.62 | DD |
| 11/29/2019 | Kinley, Jerry | $558.04 | 0.00 | $110.59 | $0.00 | $668.63 | $51.14 | $0.00 | $719.77 | DD |
| 11/29/2019 | Lindsey, Levi | $320.29 | 40.00 | $79.71 | $0.00 | $400.00 | $30.60 | $0.00 | $430.60 | DD |
| 11/29/2019 | Peterson, C J | $1,122.95 | 35.00 | $277.05 | $0.00 | $1,400.00 | $107.10 | $0.00 | $1,507.10 | 7251 |
| 11/29/2019 | Reliford, Steven | $988.34 | 0.00 | $269.41 | $232.25 | $1,480.00 | $95.63 | $0.00 | $1,575.63 | DD |
| 11/29/2019 | Thomas, Jonathan | $932.56 | 0.00 | $327.79 | $0.00 | $1,260.35 | $96.42 | $0.00 | $1,356.77 | DD |
| 11/29/2019 | Thompson, Jeffery | $918.91 | 0.00 | $211.17 | $0.00 | $1,130.08 | $86.44 | $0.00 | $1,216.52 | DD |
| | Totals | $8,437.06 | 75.00 | $2,417.63 | $1,229.44 | $12,084.13 | $913.26 | $0.00 | $12,997.39 | |


**PEOPLES BANK**
**of ALABAMA**
**IN GOD WE TRUST**

Date 11/29/19

```
        RUNNIN L FARMS LLC
        231 MARDIS POINT RD
        JOPPA AL 35087-6249
```

PEOPLES BANK OF ALABAMA WILL NEVER CONTACT YOU VIA PHONE OR E-MAIL FOR PERSONAL
OR ACCOUNT INFORMATION. SAFEGUARD YOUR PERSONAL INFORMATION SUCH AS YOUR
ACCOUNT NUMBER, DEBIT CARD NUMBER AND ALL PIN NUMBERS.

#### ---- CHECKING ACCOUNT ----

```
BUSINESS CHECKING                        Number of Enclosures              87
Account Number              4370         Statement Dates  11/01/19 thru 12/01/19
Previous Balance          52,454.99      Days in the statement period      31
   23 Deposits/Credits    332,044.51     Average Ledger              78,539.95
  178 Checks/Debits        293,015.04     Average Collected           77,116.44
Service Charge                  .00
Interest Paid                   .00
Ending Balance            91,484.46
```

-------------------------------------------------------------------------

#### **** DEPOSITS AND ADDITIONS ****

| | | |
|---|---|---|
| 11/01 | AP PAYMENT  DARLING INTERNAT<br>7362495346        19/11/01<br>ID#-1194205<br>TRACE#-111000759276388 | 27,920.07 |
| 11/04 | CORP PMT    GAVILON GRAIN, L<br>2461101181        19/11/04<br>ID#-164293<br>TRACE#-111000028929680 | 1,359.63 |
| 11/05 | CORP PMT    GAVILON GRAIN, L<br>2461101181        19/11/05<br>ID#-164733<br>TRACE#-111000027252500 | 14,225.20 |
| 11/05 | DRAFTS      WALLACE FACTORIN<br>810862306         19/11/05<br>ID#-<br>TRACE#-084201050000369 | 21,772.07 |
| 11/06 | CORP PMT    GAVILON GRAIN, L<br>2461101181        19/11/06<br>ID#-165045<br>TRACE#-111000023670156 | 26,509.07 |
| 11/06 | REGULAR DEPOSIT | 9,135.51 |
| 11/08 | CORP PMT    GAVILON GRAIN, L<br>2461101181        19/11/08<br>ID#-166202<br>TRACE#-111000026383480 | 12,970.59 |
| 11/08 | AP PAYMENT  DARLING INTERNAT<br>7362495346        19/11/08<br>ID#-1206889<br>TRACE#-111000755670429 | 27,176.10 |
| 11/12 | CORP PMT    GAVILON GRAIN, L<br>2461101181        19/11/12 | 865.20 |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEPOSITS AND ADDITIONS ****

| Date | Description | | Amount |
|------|-------------|--|--------|
| | ID#-166672 | | |
| | TRACE#-111000028309262 | | |
| 11/12 | DRAFTS        WALLACE FACTORIN | | 7,407.27 |
| | 810862306           19/11/12 | | |
| | ID#- | | |
| | TRACE#-084201050000422 | | |
| 11/12 | REGULAR DEPOSIT | | 8,469.08 |
| 11/13 | CORP PMT    GAVILON GRAIN, L | | 9,213.01 |
| | 2461101181          19/11/13 | | |
| | ID#-167200 | | |
| | TRACE#-111000028690628 | | |
| 11/13 | DRAFTS        WALLACE FACTORIN | | 12,949.04 |
| | 810862306           19/11/13 | | |
| | ID#- | | |
| | TRACE#-084201050000431 | | |
| 11/15 | AP PAYMENT DARLING INTERNAT | | 30,294.31 |
| | 7362495346          19/11/15 | | |
| | ID#-1210229 | | |
| | TRACE#-111000750435276 | | |
| 11/15 | CORP PMT    GAVILON GRAIN, L | | 5,463.64 |
| | 2461101181          19/11/15 | | |
| | ID#-168815 | | |
| | TRACE#-111000025596656 | | |
| 11/18 | CORP PMT    GAVILON GRAIN, L | | 17,700.85 |
| | 2461101181          19/11/18 | | |
| | ID#-169122 | | |
| | TRACE#-111000028795103 | | |
| 11/19 | CORP PMT    GAVILON GRAIN, L | | 637.26 |
| | 2461101181          19/11/19 | | |
| | ID#-169572 | | |
| | TRACE#-111000023250991 | | |
| 11/19 | DRAFTS        WALLACE FACTORIN | | 17,029.20 |
| | 810862306           19/11/19 | | |
| | ID#- | | |
| | TRACE#-084201050000478 | | |
| 11/19 | REGULAR DEPOSIT | | 10,296.91 |
| 11/22 | AP PAYMENT DARLING INTERNAT | | 25,224.43 |
| | 7362495346          19/11/22 | | |
| | ID#-1215187 | | |
| | TRACE#-111000756629889 | | |
| 11/26 | CORP PMT    GAVILON GRAIN, L | | 10,753.84 |
| | 2461101181          19/11/26 | | |
| | ID#-172083 | | |
| | TRACE#-111000027093790 | | |
| 11/27 | REGULAR DEPOSIT | | 8,613.69 |
| 11/29 | AP PAYMENT DARLING INTERNAT | | 26,058.54 |
| | 7362495346          19/11/29 | | |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEPOSITS AND ADDITIONS ****

ID#-1217527
TRACE#-111000757695111

---------------------------------------------------------------------------------

**** DEBITS AND WITHDRAWALS ****

| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759786 | 621.89- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759787 | 693.64- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759788 | 808.06- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759789 | 871.43- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759790 | 889.47- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759791 | 994.80- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759792 | 996.83- |
| 11/01 | PAYROLL     PAYROLL<br>4462800242        19/11/01<br>ID#-8357022<br>TRACE#-111000021759793 | 1,031.81- |
| 11/01 | State of A State of Alabama<br>1522077581        19/11/01<br>ID#-844-800-3404<br>TRACE#-096016933378236 | 1,164.64- |
| 11/01 | DIRECT DBT    AL-DEPT OF REV<br>ADORCCD000        19/11/01<br>ID#-    2109956480<br>TRACE#-062001180262585 | 1,683.97- |
| 11/01 | POS DEB 0844 11/01/19 00670628<br>CRACKER BARREL # | 15.00- |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                     ████4370   (Continued)

**** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---:|
| | WHITE HOUSE   TN | |
| | Card# 1211 | |
| 11/01 | DBT CRD 1347 11/01/19 59116501 | 1,227.61- |
| | WILKS TRUCK CENTER #6 A | |
| | ALBERTVILLE   AL | |
| | Card# 1211 | |
| 11/04 | Transfer From Checking XX4370 | 2,500.00- |
| | to Checking XX3139 | |
| 11/04 | DBT CRD 0643 11/02/19 06145499 | 1,334.55- |
| | WILKS TRUCK CENTER #6 A | |
| | ALBERTVILLE   AL | |
| | Card# 1211 | |
| 11/04 | DBT CRD 0828 11/03/19 11131324 | 87.20- |
| | MARSHALL FARMERS COOP-A | |
| | ARAB      AL | |
| | Card# 1211 | |
| 11/04 | DBT CRD 1321 11/03/19 11131213 | 8.47- |
| | MAPCO 1028 | |
| | CROSS PLAINS TN | |
| | Card# 1211 | |
| 11/04 | KYTCMotorC KY.Gov | 570.83- |
| | 1522077581      19/11/04 | |
| | ID#-502-875-3733 | |
| | TRACE#-096016933425696 | |
| 11/05 | EFTXXX    Multi Service | 10,619.53- |
| | 9431585374      19/11/05 | |
| | ID#- | |
| | TRACE#-081000037192225 | |
| 11/06 | USATAXPYMT IRS | 2,720.03- |
| | 3387702000      19/11/06 | |
| | ID#-227971066194342 | |
| | TRACE#-061036010098324 | |
| 11/06 | USATAXPYMT IRS | 2,942.11- |
| | 3387702000      19/11/06 | |
| | ID#-227971066194344 | |
| | TRACE#-061036010098325 | |
| 11/06 | PREM PMT   BCBS OF AL | 10,476.36- |
| | G163013830      19/11/06 | |
| | ID#-76598999 | |
| | TRACE#-062000010491818 | |
| 11/06 | DBT CRD 1313 11/06/19 22118610 | 100.00- |
| | SNAP ON TOOLS | |
| | 256-659-3040 AL | |
| | Card# 1211 | |
| 11/08 | PAYROLL    PAYROLL | 320.29- |
| | 4462800242      19/11/08 | |
| | ID#-8357022 | |
| | TRACE#-111000023714538 | |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714539 | 693.63- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714540 | 822.15- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714541 | 923.34- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714542 | 940.67- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714543 | 968.83- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714544 | 996.85- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714545 | 1,028.38- |
| 11/08 | PAYROLL    PAYROLL<br>4462800242        19/11/08<br>ID#-8357022<br>TRACE#-111000023714546 | 1,168.62- |
| 11/12 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 11/12 | DBT CRD 1148 11/12/19 53106417<br>AMAZON PRIME<br>AMZN.COM/BILLWA<br>Card# 1211 | 14.03- |
| 11/13 | ACH Collec AlaCOMP<br>9631061602        19/11/13<br>ID#-6808662<br>TRACE#-021201383514389 | 2,441.00- |
| 11/13 | EFTXXX    Multi Service<br>9431585374        19/11/13<br>ID#-<br>TRACE#-081000032891798 | 8,883.82- |
| 11/14 | DBT CRD 0652 11/13/19 54109016<br>INTUIT *QUICKBOOKS | 72.80- |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                              ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

|       |                                                                    |            |
|-------|--------------------------------------------------------------------|------------|
|       | 800-446-8848 CA                                                    |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 0747 11/13/19 54109146                                     | 80.60-     |
|       | INTUIT *PAYROLL                                                    |            |
|       | 888-537-7794 CA                                                    |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 1131 11/13/19 53108733                                     | 104.60-    |
|       | E 470 EXPRESS TOLLS                                                |            |
|       | AURORA      CO                                                     |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 1312 11/13/19 54108936                                     | 72.45-     |
|       | CHECKSFORLESS.COM                                                 |            |
|       | 800-245-5775 ME                                                   |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 1353 11/13/19 53108858                                     | 100.00-    |
|       | SNAP ON TOOLS                                                      |            |
|       | 256-659-3040 AL                                                   |            |
|       | Card# 1211                                                         |            |
| 11/14 | USATAXPYMT IRS                                                     | 3,247.00-  |
|       | 3387702000          19/11/14                                      |            |
|       | ID#-227971866148808                                               |            |
|       | TRACE#-061036010074893                                            |            |
| 11/14 | Payment    ATT                                                    | 414.01-    |
|       | 9864031005          19/11/14                                      |            |
|       | ID#-032683003MYW9J      WEB                                        |            |
|       | TRACE#-031100209430719                                            |            |
| 11/14 | ELEC BILL   CULLMAN  ELEC DR                                       | 672.00-    |
|       | 1630052772          19/11/14                                      |            |
|       | ID#-1000051335      WEB                                            |            |
|       | TRACE#-062000013715743                                            |            |
| 11/14 | INSURANCE   FIRST INSURANCE                                        | 4,419.66-  |
|       | 2363437365          19/11/14                                      |            |
|       | ID#-900-8955189      WEB                                           |            |
|       | TRACE#-071925330967766                                            |            |
| 11/14 | DBT CRD 0927 11/14/19 39108382                                     | 50.13-     |
|       | COKER TRACTOR COMPANY I                                            |            |
|       | ARAB        AL                                                     |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 1207 11/14/19 41108764                                     | 766.80-    |
|       | AMZN MKTP US*H42PM18G3                                             |            |
|       | AMZN.COM/BILLWA                                                   |            |
|       | Card# 1211                                                         |            |
| 11/14 | DBT CRD 1436 11/14/19 40108516                                     | 37.52-     |
|       | NTTA CUST SVC ONLINE                                               |            |
|       | 972-818-6882 TX                                                   |            |
|       | Card# 1211                                                         |            |
| 11/15 | PAYROLL    PAYROLL                                                 | 320.29-    |
|       | 4462800242          19/11/15                                      |            |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

**** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| | ID#-8357022 TRACE#-111000021748049 | |
| 11/15 | PAYROLL     PAYROLL | 693.64- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748050 | |
| 11/15 | PAYROLL     PAYROLL | 828.42- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748051 | |
| 11/15 | PAYROLL     PAYROLL | 976.34- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748052 | |
| 11/15 | PAYROLL     PAYROLL | 1,019.68- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748053 | |
| 11/15 | PAYROLL     PAYROLL | 1,053.35- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748054 | |
| 11/15 | PAYROLL     PAYROLL | 1,092.57- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748055 | |
| 11/15 | PAYROLL     PAYROLL | 1,102.58- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748056 | |
| 11/15 | PAYROLL     PAYROLL | 1,262.20- |
| | 4462800242         19/11/15 | |
| | ID#-8357022 TRACE#-111000021748057 | |
| 11/15 | TELE BILL   OTELCO | 132.45- |
| | 1010140670     \EFFDAT   PPD | |
| 11/15 | DBT CRD 1412 11/15/19 48115738 | 36.00- |
| | FIRE GRILL 231 | |
| | ARAB        AL | |
| | Card# 1211 | |
| 11/18 | DBT CRD 1610 11/16/19 31137874 | 356.25- |
| | ARAB RENTAL AND SALES | |
| | ARAB        AL | |
| | Card# 1211 | |
| 11/18 | DIRECT DBT   AL-DEPT OF REV | 1,782.73- |
| | ADORCCD000       19/11/18 | |
| | ID#-    1234186624 | |
| | TRACE#-062001182224148 | |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---:|
| 11/18 | DBT CRD 1236 11/18/19 28130108<br>AMAZON PRIME<br>AMZN.COM/BILLWA<br>Card# 1211 | 14.03- |
| 11/19 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 11/19 | EFTXXX      Multi Service<br>9431585374         19/11/19<br>ID#-<br>TRACE#-081000034289462 | 7,070.68- |
| 11/20 | USATAXPYMT IRS<br>3387702000          19/11/20<br>ID#-227972466163904<br>TRACE#-061036010083073 | 2,989.49- |
| 11/20 | DBT CRD 1354 11/20/19 36117255<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 11/21 | DBT CRD 0119 11/21/19 42117402<br>APPLE.COM/BILL<br>866-712-7753 CA<br>Card# 1211 | .99- |
| 11/21 | DBT CRD 1617 11/21/19 43117687<br>AMZN MKTP US*9N4QN93K3<br>AMZN.COM/BILLWA<br>Card# 1211 | 39.72- |
| 11/22 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 11/22 | PAYROLL     PAYROLL<br>4462800242         19/11/22<br>ID#-8357022<br>TRACE#-111000027467305 | 320.29- |
| 11/22 | PAYROLL     PAYROLL<br>4462800242         19/11/22<br>ID#-8357022<br>TRACE#-111000027467306 | 680.49- |
| 11/22 | PAYROLL     PAYROLL<br>4462800242         19/11/22<br>ID#-8357022<br>TRACE#-111000027467307 | 693.63- |
| 11/22 | PAYROLL     PAYROLL<br>4462800242         19/11/22<br>ID#-8357022<br>TRACE#-111000027467308 | 822.15- |
| 11/22 | PAYROLL     PAYROLL<br>4462800242         19/11/22<br>ID#-8357022<br>TRACE#-111000027467309 | 831.18- |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| 11/22 | PAYROLL    PAYROLL<br>4462800242        19/11/22<br>ID#-8357022<br>TRACE#-111000027467310 | 859.36- |
| 11/22 | PAYROLL    PAYROLL<br>4462800242        19/11/22<br>ID#-8357022<br>TRACE#-111000027467311 | 882.84- |
| 11/22 | PAYROLL    PAYROLL<br>4462800242        19/11/22<br>ID#-8357022<br>TRACE#-111000027467312 | 1,026.68- |
| 11/22 | PAYROLL    PAYROLL<br>4462800242        19/11/22<br>ID#-8357022<br>TRACE#-111000027467313 | 1,214.09- |
| 11/22 | POS DEB 0817 11/22/19 00758483<br>TRACTOR SUPPLY #<br>ARAB        AL<br>Card# 1211 | 29.95- |
| 11/22 | DBT CRD 1155 11/22/19 02120380<br>VISTAPR*VISTAPRINT.COM<br>866-8936743  MA<br>Card# 1211 | 39.95- |
| 11/22 | DBT CRD 1451 11/22/19 02120279<br>TONKA SUPPLY INC<br>CLEVELAND   AL<br>Card# 1211 | 151.00- |
| 11/25 | INSURANCE  AFLAC<br>2580663085        19/11/25<br>ID#-KWG01690891<br>TRACE#-021000021477963 | 1,762.88- |
| 11/25 | DBT CRD 1309 11/23/19 16134678<br>AMZN MKTP US*PR4B49RP3<br>AMZN.COM/BILLWA<br>Card# 1211 | 302.23- |
| 11/26 | EFTXXX     Multi Service<br>9431585374        19/11/26<br>ID#-<br>TRACE#-081000037418960 | 9,505.73- |
| 11/26 | DELLPAY    DELL FINANCIAL<br>1222528269        19/11/26<br>ID#-000001131363687<br>TRACE#-051000018843915 | 2,112.84- |
| 11/27 | USATAXPYMT IRS<br>3387702000        19/11/27<br>ID#-227973166130146<br>TRACE#-061036010066206 | 2,611.36- |

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---|
| 11/27 | DBT CRD 0735 11/27/19 05123350<br>PETRO BUCKSVILLE<br>MCCALLA      AL<br>Card# 1211 | 952.30- |
| 11/29 | DBT CRD 0947 11/28/19 41127508<br>MCAFEE *WWW.MCAFEE.COM<br>866-622-3911 TX<br>Card# 1211 | 36.39- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290743 | 320.29- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290744 | 558.04- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290745 | 693.64- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290746 | 822.15- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290747 | 918.91- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290748 | 932.56- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290749 | 949.34- |
| 11/29 | PAYROLL    PAYROLL<br>4462800242        19/11/29<br>ID#-8357022<br>TRACE#-111000024290750 | 988.34- |

------------------------------------------------------------------------

#### **** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/19 | 7133 | 215.68 | 11/06 | 7168 | 345.00 | 11/04 | 7171 | 224.13 |
| 11/08 | 7166* | 10,960.95 | 11/04 | 7169 | 113.37 | 11/01 | 7172 | 508.63 |
| 11/01 | 7167 | 5,224.47 | 11/08 | 7170 | 530.99 | 11/06 | 7173 | 320.29 |

* Denotes missing check number

Date 11/29/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/05 | 7174 | 2,357.94 | 11/12 | 7201 | 1,586.62 | 11/18 | 7226 | 1,800.64 |
| 11/05 | 7175 | 2,200.06 | 11/13 | 7202 | 2,864.80 | 11/19 | 7227 | 1,186.34 |
| 11/06 | 7176 | 1,736.76 | 11/12 | 7203 | 3,051.33 | 11/19 | 7228 | 2,104.82 |
| 11/04 | 7177 | 3,806.30 | 11/12 | 7204 | 3,230.10 | 11/20 | 7229 | 3,678.45 |
| 11/05 | 7178 | 2,322.99 | 11/08 | 7205 | 3,105.00 | 11/20 | 7230 | 1,114.11 |
| 11/05 | 7179 | 2,024.40 | 11/13 | 7206 | 319.68 | 11/19 | 7231 | 260.00 |
| 11/04 | 7180 | 2,259.83 | 11/13 | 7207 | 2,417.46 | 11/25 | 7232 | 123.02 |
| 11/04 | 7181 | 824.68 | 11/12 | 7208 | 4,960.51 | 11/22 | 7233 | 496.83 |
| 11/01 | 7182 | 4,382.41 | 11/19 | 7209 | 471.00 | 11/27 | 7234 | 2,230.56 |
| 11/05 | 7183 | 899.74 | 11/21 | 7210 | 51.09 | 11/26 | 7235 | 1,825.31 |
| 11/06 | 7184 | 3,076.31 | 11/15 | 7211 | 1,016.02 | 11/25 | 7236 | 3,487.83 |
| 11/06 | 7187* | 595.81 | 11/15 | 7212 | 150.00 | 11/25 | 7237 | 2,734.74 |
| 11/06 | 7188 | 108.20 | 11/18 | 7213 | 600.00 | 11/25 | 7238 | 3,871.72 |
| 11/08 | 7189 | 5,050.58 | 11/14 | 7214 | 18.81 | 11/26 | 7239 | 1,642.12 |
| 11/08 | 7190 | 512.03 | 11/18 | 7215 | 418.40 | 11/25 | 7240 | 1,515.52 |
| 11/12 | 7191 | 45.00 | 11/15 | 7216 | 507.83 | 11/26 | 7241 | 1,078.47 |
| 11/06 | 7192 | 303.68 | 11/18 | 7217 | 60.00 | 11/22 | 7242 | 4,068.01 |
| 11/04 | 7193 | 10,000.00 | 11/19 | 7218 | 2,333.24 | 11/27 | 7243 | 1,069.25 |
| 11/08 | 7194 | 1,300.00 | 11/20 | 7219 | 2,687.12 | 11/26 | 7244 | 231.02 |
| 11/12 | 7195 | 554.55 | 11/18 | 7220 | 3,830.91 | 11/27 | 7245 | 306.92 |
| 11/12 | 7196 | 714.46 | 11/20 | 7221 | 2,820.11 | 11/27 | 7246 | 466.78 |
| 11/13 | 7197 | 1,537.88 | 11/18 | 7222 | 4,741.56 | 11/29 | 7247 | 4,514.58 |
| 11/13 | 7198 | 2,036.90 | 11/19 | 7223 | 2,472.77 | 11/27 | 7248 | 552.60 |
| 11/13 | 7199 | 2,594.54 | 11/15 | 7224 | 4,132.04 | 11/29 | 7250* | 578.24 |
| 11/12 | 7200 | 1,599.97 | 11/19 | 7225 | 1,954.80 | | | |

* Denotes missing check number

--------------------------------------------------------------------------

#### **** DAILY BALANCE INFORMATION ****

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/01 | 59,260.40 | 11/13 | 75,758.64 | 11/21 | 85,146.09 |
| 11/04 | 38,890.67 | 11/14 | 65,702.26 | 11/22 | 95,754.07 |
| 11/05 | 54,463.28 | 11/15 | 87,136.80 | 11/25 | 84,690.87 |
| 11/06 | 67,383.31 | 11/18 | 91,233.13 | 11/26 | 76,314.48 |
| 11/08 | 78,207.69 | 11/19 | 98,627.17 | 11/27 | 76,738.40 |
| 11/12 | 76,692.67 | 11/20 | 85,237.89 | 11/29 | 91,484.46 |

Primary Account: ████4370



Ck#7133  Date11/19/2019 $215.68

Ck#7166  Date11/8/2019 $10,960.95

Ck#7167  Date11/1/2019 $5,224.47

Ck#7168  Date11/6/2019 $345.00

Ck#7169  Date11/4/2019 $113.37

Ck#7170  Date11/8/2019 $530.99

Ck#7171  Date11/4/2019 $224.13

Ck#7172  Date11/1/2019 $508.63

Ck#7173  Date11/6/2019 $320.29

Ck#7174  Date11/5/2019 $2,357.94

Ck#7175  Date11/5/2019 $2,200.06

Ck#7176  Date11/6/2019 $1,736.76

Ck#7177  Date11/4/2019 $3,806.30

Ck#7178  Date11/5/2019 $2,322.99

Ck#7179  Date11/5/2019 $2,024.40

Ck#7180  Date11/4/2019 $2,259.83

Ck#7181  Date11/4/2019 $824.68

Ck#7182  Date11/1/2019 $4,382.41



Ck#7183   Date11/5/2019 $899.74

Ck#7184   Date11/6/2019 $3,076.31

Ck#7187   Date11/6/2019 $595.81

Ck#7189   Date11/6/2019 $108.20

Ck#7189   Date11/8/2019 $5,050.58

Ck#7190   Date11/8/2019 $512.03

Ck#7191   Date11/12/2019 $45.00

Ck#7192   Date11/6/2019 $303.68

Ck#7193   Date11/4/2019 $10,000.00

Ck#7194   Date11/8/2019 $1,300.00

Ck#7195   Date11/12/2019 $554.55

Ck#7196   Date11/12/2019 $714.46

Ck#7197   Date11/13/2019 $1,537.88

Ck#7198   Date11/13/2019 $2,036.90

Ck#7199   Date11/13/2019 $2,594.54

Ck#7200   Date11/12/2019 $1,599.97

Ck#7201   Date11/12/2019 $1,586.62

Ck#7202   Date11/13/2019 $2,864.80

Primary Account: ●●●●●4370



Ck#7203  Date11/12/2019 $3,051.33     Ck#7204  Date11/12/2019 $3,230.10     Ck#7205  Date11/8/2019 $3,105.00

Ck#7206  Date11/13/2019 $319.68     Ck#7207  Date11/13/2019 $2,417.46     Ck#7208  Date11/12/2019 $4,960.51

Ck#7209  Date11/19/2019 $471.00     Ck#7210  Date11/21/2019 $51.09     Ck#7211  Date11/15/2019 $1,016.02

Ck#7212  Date11/15/2019 $150.00     Ck#7213  Date11/18/2019 $600.00     Ck#7214  Date11/14/2019 $18.81

Ck#7215  Date11/18/2019 $418.40     Ck#7216  Date11/15/2019 $507.83     Ck#7217  Date11/18/2019 $60.00

Ck#7218  Date11/19/2019 $2,333.24     Ck#7219  Date11/20/2019 $2,687.12     Ck#7220  Date11/18/2019 $3,830.91



Ck#7221  Date11/20/2019 $2,820.11
Ck#7222  Date11/18/2019 $4,741.56
Ck#7223  Date11/19/2019 $2,472.77
Ck#7224  Date11/15/2019 $4,132.04
Ck#7225  Date11/19/2019 $1,954.60
Ck#7226  Date11/18/2019 $1,800.64
Ck#7227  Date11/19/2019 $1,186.34
Ck#7228  Date11/19/2019 $2,104.82
Ck#7229  Date11/20/2019 $3,678.45
Ck#7230  Date11/20/2019 $1,114.11
Ck#7231  Date11/19/2019 $260.00
Ck#7232  Date11/25/2019 $123.02
Ck#7233  Date11/22/2019 $496.83
Ck#7234  Date11/27/2019 $2,230.56
Ck#7235  Date11/26/2019 $1,825.31
Ck#7236  Date11/25/2019 $3,487.83
Ck#7237  Date11/26/2019 $2,734.74
Ck#7238  Date11/25/2019 $3,871.72

Primary Account ████4370



Ck#7239   Date11/26/2019 $1,642.12
Ck#7240   Date11/25/2019 $1,515.52
Ck#7241   Date11/26/2019 $1,078.47
Ck#7242   Date11/22/2019 $4,068.01
Ck#7243   Date11/27/2019 $1,069.25
Ck#7244   Date11/26/2019 $231.02
Ck#7245   Date11/27/2019 $306.92
Ck#7246   Date11/27/2019 $466.78
Ck#7247   Date11/29/2019 $4,514.58
Ck#7248   Date11/27/2019 $552.60
Ck#7250   Date11/29/2019 $578.24