## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Bunnini Farms LLC    CASE NO.: 19-82716    MONTH ENDING: Dec 31, 2019

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES___ NO____   All post petition individual taxes have been paid and the deposit slips are attached.

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|-------------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES √ NO____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:    TYPE_____not in force.

              TYPE_____not in force.

3. YES √ NO____   New books and records were opened and are being maintained daily.

4. YES √ NO____   Copies of all banks statements and reconciliations are attached.

5. YES √ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES √ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020                              RESPONSIBLE PARTY

Phone No. 256-621-1121

           Bankruptcy Administrator Form - Business BA-01

Case 19-82716-CRJ11    Doc 166    Filed 02/07/20    Entered 02/07/20 12:39:07    Desc
Main Document     Page 1 of 24
Case 19-82716-CRJ11    Doc 169    Filed 02/10/20    Entered 02/10/20 14:38:14    Desc
Main Document     Page 1 of 24

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Ronnie L Farms, LLc    CASE NO.: 19-82716    MONTH ENDING: December 31 2019

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES............................................. | $ | |
| ADVERTISING................................................ | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............... | | |
| COMMISSIONS/CONTRACT LABOR................................. | | 134355.15 |
| INSURANCE (TOTAL).......................................... | | 25555.58 |
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| HEALTH | | |
| PROPERTY | | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER | | |
| INTEREST PAID............................................. | | |
| INVENTORY PURCHASED....................................... | | |
| LEGAL FEES................................................ | | |
| POSTAGE................................................... | | |
| RENT-LEASE PAYMENTS ON REAL ESTATE........................ | | 8480.06 |
| REPAIRS & MAINTENANCE..................................... | | 35738.34 |
| SALARIES/WAGES PAID....................................... | | 13452.10 |
| SECURED LOAN PAYMENTS (TOTAL FROM BA-02(C)................ | | 353.40 |
| SUPPLIES (TOTAL).......................................... | | |
| OFFICE | $ 353.40 | |
| OPERATING | | |
| TRAVEL & ENTERTAINMENT.................................... | | 235.12 |
| TAXES (TOTAL OF ALL TAXES FROM BA-02(D).................. | | 13973.86 |
| UNSECURED LOAN PAYMENTS................................... | | 1418.28 |
| UTILITIES (TOTAL)......................................... | | |
| ELECTRICITY | $ 716.30 | |
| GAS | | |
| TELEPHONE | 701.98 | |
| WATER | | |
| OTHER | | |
| OTHER BUSINESS DISBURSEMENTS  Fuel | | |
| (specify) | $ | 77466.69 |
| TOTAL BUSINESS DISBURSEMENTS.............................. | $ | 311008.48 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court – Northern District of Alabama

CASE NAME: _Runnin/ Farms, LLC_      CASE NO.: _19-82716_      MONTH ENDING: _12/31/19_

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Peoples Trust Bank | 2011 Kenworth T660 | | | | 18456255 |
| | 2007 Peterbilt 386 | | | | |
| | 2012 Kenworth T660 | | | | |
| | 2012 Kubota UTV | | | | |
| Peoples Trust Bank | 2007 Peterbilt 386 | | | | 99508.61 |
| | 1997 Peterbilt 379 | | | | |
| | 1997 Peterbilt 379 | | | | |
| | 2007 Peterbilt 386 | | | | |
| Peoples Trust Bank | 2006 Freightliner | | | | 18850567 |
| | 2006 Freightliner | | | | |
| | 2016 Peterbilt 389 | | | | |
| Stearns Bank | 2018 Timpte Trailer | | | | 42544.02 |
| Sumitomo Finance | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2/7/2020_                              _[signature]_
                                             RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Rusmon L Farms, LLC    CASE NO.: 19-82716    MONTH ENDING: 12/31/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Peoples Trust Bank | 2011 Kenworth T660 | | | | 124562.55 |
| | 2007 Peterbilt 386 | | | | |
| | 2012 Kenworth T660 | | | | |
| | 2012 Kubota UTV | | | | |
| Peoples Trust Bank | 2007 Peterbilt 386 | | | | 99508.61 |
| | 1997 Peterbilt 379 | | | | |
| | 1997 Peterbilt 379 | | | | |
| | 2007 Peterbilt 386 | | | | |
| Peoples Trust Bank | 2006 Freightliner | | | | 128505.67 |
| | 2006 Freightliner | | | | |
| | 2016 Peterbilt 389 | | | | |
| Stearns Bank | 2018 Timpte Trailer | | | | 42544.02 |
| Sumitomo Finance | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Runnin L Farms, LLC    **CASE NO.:** 19-82716    **MONTH ENDING:** 12/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples | | 6410.09 | 12/31 | |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Barry Lindsey | $ | 15,500. |
| Officer #2    (Name) | $ | |
| Other Officer    (Name) | $ | |
| Employees (Number) | $ | |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ N/A |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020    RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Bunnn CFarms,LLC     CASE NO.: 19-82711     MONTH ENDING: 12|31|19

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

## I.  ASSETS

**Current:**

| | | | | |
|---|---|---|---|---|
| Cash | | | $ | 41410.09 |
| Inventory | | | $ | |
| Accounts Receivable | | | $ | |
| Other | | | $ | |
| Total Current Assets | | (a) | $ | 41410.09 |

**Fixed:**

| | | | | |
|---|---|---|---|---|
| Property & Equipment | | | $ | 245,294. |
| Accumulated Depreciation | | | $ | <2,038,166> |
| Other | | | $ | |
| Total Fixed Assets | | (b) | $ | 4,374,428 |

**Total Assets**      (a + b) = (c)    $ 498 838.09

## II. LIABILITIES

**Current:**

| | | | |
|---|---|---|---|
| Post Chapter 11 Payables | | $ | |
| Taxes Payable | | $ | |
| Accrued Professional Fees | | $ | |
| Accrued Expenses | | $ | |
| Notes Payable | | $ | |
| Current Portion Long Term Debt | | $ | |
| Other | | $ | |
| Total Current Liabilities | (d) | $ | |

**Long Term Debt:**

| | | | |
|---|---|---|---|
| Pre-Chapter 11 Payables | | $ | |
| Notes & Loans Payable | | $ | |
| Less Current Portion | | $ | < > |
| Other | | $ | |
| Total Long Term Debt | (e) | $ | |

**Total Liabilities**    (d + e) = (f)    $

| | | | |
|---|---|---|---|
| STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH | | | |
| Capital Stock | (g) | $ | |
| Retained Earnings (Deficit) | (h) | $ | |
| Current Surplus (Deficit) | (i) | $ | |
| Total Liabilities & Stockholder | | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $ | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Bunn Lfarms LLC     CASE NO.: 19-82716     MONTH ENDING: December 31, 2019

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    (Circle One)    -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND (Beginning) $91,484.46

B.   RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(c)  280,934.11

Cash Sales _____

Loan Proceeds from _____

Sale of Property (Not in ordinary course of business)

Other _____

C.   TOTAL RECEIPTS  280,934.11
     (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  311,008.48

E.   SURPLUS OR DEFICIT _____
     (C minus D)

F.   CASH ON HAND (End)  61,410.09
     (A plus E)

1.   REVENUE FROM TOTAL SALES  $280,934.11

2.   LESS COST OF THOSE SALES  311,008.48
     (Cost of materials, Labor, etc.)

3.   EQUALS GROSS PROFIT (1 minus 2) _____

4.   LESS OPERATING EXPENSES

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  ($30,074.37)

\* *Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/7/2020

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court ~ Northern District of Alabama

CASE NAME: _Buronal Farms. LLC_     CASE NO.: _19-82716_     MONTH ENDING: _12/31/19_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ **I.** NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

**II.** COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

     **A.** Amount collected this month on accounts receivable charged and paid this month.    $ _280931.11_

     **B.** Amount collected this month on accounts receivable charged in prior months and paid this month.    $ _____

     **C.** TOTAL collected this month on accounts receivable.    $ _280934.11_

**III.** PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2/7/2020_            RESPONSIBLE PARTY

### Bankruptcy Administrator Form ~ Business BA-02 (A)



**PEOPLES BANK**
**of ALABAMA**
**IN GOD WE TRUST**

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087-6249

PEOPLES BANK OF ALABAMA WILL NEVER CONTACT YOU VIA PHONE OR E-MAIL FOR PERSONAL
OR ACCOUNT INFORMATION. SAFEGUARD YOUR PERSONAL INFORMATION SUCH AS YOUR
ACCOUNT NUMBER, DEBIT CARD NUMBER AND ALL PIN NUMBERS.

---- CHECKING ACCOUNT ----

'''PRIVACY NOTICE'''
Federal law requires us to tell you how we collect, share, and protect your
personal information. Our privacy policy has not changed and you may review
our policy and practices with respect to your personal information at
www.peoplesbankal.com or we will mail you a free copy upon request if you call
us at 1-877-788-0288.

BUSINESS CHECKING
Account Number                    4370
Previous Balance              91,484.46
  20 Deposits/Credits        315,954.31
  178 Checks/Debits          346,028.68
Service Charge                      .00
Interest Paid                       .00
Ending Balance                61,410.09

Number of Enclosures                      91
Statement Dates  12/02/19 thru 12/31/19
Days in the statement period            30
Average Ledger                    96,094.04
Average Collected                 95,212.65

--------------------------------------------------------------------

**** DEPOSITS AND ADDITIONS ****

| Date | Description | Amount |
|---|---|---|
| 12/04 | DRAFTS       WALLACE FACTORIN<br>810862306          19/12/04<br>ID#-<br>TRACE#-084201050000604 | 16,934.74 |
| 12/06 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/06<br>ID#-175558<br>TRACE#-111000024031946 | 1,641.17 |
| 12/06 | DRAFTS       WALLACE FACTORIN<br>810862306          19/12/06<br>ID#-<br>TRACE#-084201050000644 | 15,557.98 |
| 12/06 | AP PAYMENT DARLING INTERNAT<br>7362495346          19/12/06<br>ID#-1230363<br>TRACE#-111000754777298 | 19,880.94 |
| 12/09 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/09<br>ID#-176000<br>TRACE#-111000027250289 | 15,425.26 |
| 12/10 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/10<br>ID#-176249<br>TRACE#-111000029744026 | 10,508.73 |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

**BUSINESS CHECKING**                    ████4370   (Continued)

**** DEPOSITS AND ADDITIONS ****

| Date | Description | Amount |
|---|---|---|
| 12/10 | DRAFTS       WALLACE FACTORIN<br>810862306          19/12/10<br>ID#-<br>TRACE#-084201050000671 | 18,410.70 |
| 12/11 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/11<br>ID#-176887<br>TRACE#-111000025034145 | 4,268.26 |
| 12/13 | AP PAYMENT DARLING INTERNAT<br>7362495346          19/12/13<br>ID#-1240512<br>TRACE#-111000750793219 | 28,299.55 |
| 12/16 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/16<br>ID#-178299<br>TRACE#-111000023013416 | 12,180.47 |
| 12/16 | REGULAR DEPOSIT | 7,213.05 |
| 12/17 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/17<br>ID#-178770<br>TRACE#-111000027216308 | 673.38 |
| 12/17 | DRAFTS       WALLACE FACTORIN<br>810862306          19/12/17<br>ID#-<br>TRACE#-084201050000736 | 24,397.54 |
| 12/19 | REGULAR DEPOSIT | 10,457.43 |
| 12/20 | AP PAYMENT DARLING INTERNAT<br>7362495346          19/12/20<br>ID#-1244335<br>TRACE#-111000756988056 | 29,488.26 |
| 12/23 | CORP PMT    GAVILON GRAIN, L<br>2461101181          19/12/23<br>ID#-180724<br>TRACE#-111000020894759 | 14,203.79 |
| 12/23 | REGULAR DEPOSIT | 9,371.37 |
| 12/27 | AP PAYMENT DARLING INTERNAT<br>7362495346          19/12/27<br>ID#-1246775<br>TRACE#-111000755033643 | 28,730.85 |
| 12/27 | AP PAYMENT DARLING INTERNAT<br>7362495346          19/12/27<br>ID#-1246711<br>TRACE#-111000755264872 | 35,020.20 |
| 12/30 | DRAFTS       WALLACE FACTORIN<br>810862306          19/12/30<br>ID#-<br>TRACE#-~084201050000087 | 13,290.64 |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

---------------------------------------------------------------------------------

**** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| 12/02 | Transfer From Checking XX4370 to Checking XX3139 | 2,500.00- |
| 12/03 | INSURANCE   FIRST INSURANCE 2363437365         19/12/03 ID#-900-8955189          WEB TRACE#-071925337020817 | 4,209.91- |
| 12/03 | EFTXXX     Multi Service 9431585374        19/12/03 ID#- TRACE#-081000039023326 | 7,865.97- |
| 12/04 | USATAXPYMT IRS 3387702000        19/12/04 ID#-227973866160492 TRACE#-061036010081233 | 2,858.60- |
| 12/04 | CONS CP    NASTC 1621419621      \EFFDAT    PPD | 300.00- |
| 12/04 | POS DEB 1038 12/04/19 58511100 O REILLY AUTO PARTS 1312 ARAB        AL Card# 1211 | 77.38- |
| 12/04 | DBT CRD 1321 12/04/19 55131784 SNAP ON TOOLS 256-659-3040 AL Card# 1211 | 100.00- |
| 12/05 | Transfer From Checking XX4370 to Checking XX3139 | 2,500.00- |
| 12/05 | DBT CRD 0842 12/05/19 28127843 FLEETPRIDE120 CULLMAN      AL Card# 1211 | 264.73- |
| 12/05 | DBT CRD 1129 12/05/19 28128084 MIDAS BURGER ARAB        AL Card# 1211 | 8.25- |
| 12/05 | DBT CRD 1318 12/05/19 28127984 DEANCO AUCTION CO PHILADELPHIA MS Card# 1211 | 1,859.80- |
| 12/06 | PAYROLL    PAYROLL 4462800242        19/12/06 ID#-8357022 TRACE#-111000020973408 | 320.29- |
| 12/06 | PAYROLL    PAYROLL 4462800242        19/12/06 ID#-8357022 TRACE#-111000020973409 | 559.43- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    4370   (Continued)

**** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---|
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973410 | 638.76- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973411 | 643.09- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973412 | 678.59- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973413 | 691.74- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973414 | 693.63- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973415 | 925.59- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973416 | 996.84- |
| 12/06 | PAYROLL    PAYROLL<br>4462800242        19/12/06<br>ID#-8357022<br>TRACE#-111000020973417 | 1,122.95- |
| 12/06 | PREM PMT   BCBS OF AL<br>G163013830        19/12/06<br>ID#-76598999<br>TRACE#-062000017224883 | 9,292.59- |
| 12/06 | POS DEB 0932 12/06/19 07927300<br>ADVANCE AUTO PARTS #9030<br>ARAB        AL<br>Card# 1211 | 137.59- |
| 12/06 | DBT CRD 1136 12/06/19 32128809<br>WITTS DISCOUNT TIRE LLC<br>HAYDEN      AL<br>Card# 1211 | 52.05- |
| 12/06 | POS DEB 1341 12/06/19 59501081<br>NNT JOE V CLAYTON C580818<br>ARAB        AL<br>Card# 1211 | 30.41- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### \*\*\*\* DEBITS AND WITHDRAWALS \*\*\*\*

| Date | Description | Amount |
|---|---|---|
| 12/10 | EFTXXX      Multi Service<br>9431585374         19/12/10<br>ID#-<br>TRACE#-081000039388395 | 11,151.54- |
| 12/10 | POS DEB 1432 12/09/19 10743400<br>ADVANCE AUTO PARTS #9030<br>ARAB      AL<br>Card# 1211 | 57.33- |
| 12/11 | USATAXPYMT IRS<br>3387702000         19/12/11<br>ID#-22797456144168<br>TRACE#-061036010073067 | 2,533.98- |
| 12/11 | DBT CRD 1431 12/11/19 53121438<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 12/12 | DBT CRD 1456 12/12/19 58120450<br>PORKYS PRIDE SMOKE HOUS<br>HAYDEN      AL<br>Card# 1211 | 110.00- |
| 12/13 | DBT CRD 0622 12/13/19 27128273<br>INTUIT *PAYROLL<br>888-537-7794 CA<br>Card# 1211 | 80.60- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348036 | 320.29- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348037 | 795.76- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348038 | 851.44- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348039 | 874.55- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348040 | 900.27- |
| 12/13 | PAYROLL      PAYROLL<br>4462800242         19/12/13<br>ID#-8357022<br>TRACE#-111000026348041 | 910.29- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370    (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| 12/13 | PAYROLL    PAYROLL<br>4462800242        19/12/13<br>ID#-8357022<br>TRACE#-111000026348042 | 979.64- |
| 12/13 | PAYROLL    PAYROLL<br>4462800242        19/12/13<br>ID#-8357022<br>TRACE#-111000026348043 | 996.83- |
| 12/13 | PAYROLL    PAYROLL<br>4462800242        19/12/13<br>ID#-8357022<br>TRACE#-111000026348044 | 1,152.74- |
| 12/13 | DBT CRD 0805 12/13/19 27128213<br>INTUIT *QUICKBOOKS<br>800-446-8848 CA<br>Card# 1211 | 72.80- |
| 12/16 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 12/16 | TELE BILL  OTELCO<br>1010140670        \EFFDAT    PPD | 133.02- |
| 12/17 | EFTXXX     Multi Service<br>9431585374        19/12/17<br>ID#-<br>TRACE#-081000037240402 | 11,702.14- |
| 12/17 | DIRECT DBT    AL-DEPT OF REV<br>ADORCCD000        19/12/17<br>ID#-    1824960896<br>TRACE#-062001185610066 | 2,247.18- |
| 12/18 | INS. PREM  AUTO-OWNERS<br>1380315280        19/12/18<br>ID#-OB015860352        WEB<br>TRACE#-072000919403102 | 997.61- |
| 12/18 | USATAXPYMT IRS<br>3387702000        19/12/18<br>ID#-227975266167266<br>TRACE#-061036010084732 | 3,041.19- |
| 12/18 | DBT CRD 1106 12/18/19 24127483<br>TRUCK PRO<br>DECATUR    AL<br>Card# 1211 | 212.77- |
| 12/18 | DBT CRD 1222 12/18/19 25127792<br>AMAZON PRIME<br>AMZN.COM/BILLWA<br>Card# 1211 | 14.03- |
| 12/18 | DBT CRD 1343 12/18/19 25127732<br>LOVES COUNTRY STORE #3<br>CLANTON    AL<br>Card# 1211 | 573.53- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| 12/18 | DBT CRD 1402 12/18/19 24127437<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 12/20 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 12/20 | POS DEB 1943 12/19/19 11415800<br>COSTCO WHSE #0356<br>HUNTSVILLE   AL<br>Card# 1211 | 716.30- |
| 12/20 | CASH TRANS ACCOUNT SERVICES<br>1274135407        19/12/20<br>ID#-(855) 636-9502<br>TRACE#-111000021839456 | 134.85- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474523 | 320.29- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474524 | 415.66- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474525 | 693.63- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474526 | 776.81- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474527 | 822.15- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474528 | 932.67- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474529 | 936.72- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20<br>ID#-8357022<br>TRACE#-111000023474530 | 955.45- |
| 12/20 | PAYROLL    PAYROLL<br>4462800242        19/12/20 | 1,180.70- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---:|
| | ID#-8357022 | |
| | TRACE#-111000023474531 | |
| 12/20 | DBT CRD 1044 12/20/19 46132511 | 89.30- |
| | MARCOS PIZZA - 8501 | |
| | CULLMAN      AL | |
| | Card# 1211 | |
| 12/20 | DBT CRD 1232 12/20/19 46132519 | 67.00- |
| | MAPCO 1028 | |
| | CROSS PLAINS TN | |
| | Card# 1211 | |
| 12/20 | DBT CRD 1653 12/20/19 46132458 | 192.22- |
| | AT T AUTH RETAILER | |
| | HARTSELLE    AL | |
| | Card# 1211 | |
| 12/23 | DBT CRD 0119 12/21/19 16148027 | .99- |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA | |
| | Card# 1211 | |
| 12/23 | DBT CRD 1555 12/22/19 12135311 | 375.75- |
| | AT&T 9G8N4 341 | |
| | HARTSELLE    AL | |
| | Card# 1211 | |
| 12/24 | EFTXXX    Multi Service | 12,623.60- |
| | 9431585374        19/12/24 | |
| | ID#- | |
| | TRACE#-081000035363228 | |
| 12/26 | USATAXPYMT IRS | 2,500.53- |
| | 3387702000        19/12/26 | |
| | ID#-227976066153784 | |
| | TRACE#-061036010077868 | |
| 12/26 | DBT CRD 1232 12/25/19 14119073 | 27.57- |
| | CHOW KING BUFFET & GRIL | |
| | ALBERTVILLE  AL | |
| | Card# 1211 | |
| 12/26 | DBT CRD 1305 12/25/19 14119217 | 100.00- |
| | SNAP ON TOOLS | |
| | 256-659-3040 AL | |
| | Card# 1211 | |
| 12/27 | INSURANCE  AFLAC | 1,762.88- |
| | 2580663085        19/12/27 | |
| | ID#-KWG01114269 | |
| | TRACE#-021000026275019 | |
| 12/27 | CONSUMER   NASTC | 140.00- |
| | 1621419621      \EFFDAT   PPD | |
| 12/27 | PAYROLL    PAYROLL | 320.29- |
| | 4462800242        19/12/27 | |
| | ID#-8357022 | |
| | TRACE#-111000028345818 | |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ▆▆▆▆4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345819 | 447.73- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345820 | 512.95- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345821 | 710.13- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345822 | 720.89- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345823 | 863.96- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345824 | 996.84- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345825 | 998.60- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345826 | 1,013.78- |
| 12/27 | PAYROLL     PAYROLL<br>4462800242          19/12/27<br>ID#-8357022<br>TRACE#-111000028345827 | 1,473.78- |
| 12/30 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 12/30 | DBT CRD 1826 12/29/19 45112662<br>SQ *JHA SADDLE AND TAC<br>RAINSVILLE    AL<br>Card# 1211 | 670.00- |
| 12/30 | REVERSAL    DARLING INTERNAT<br>7362495346          19/12/30<br>ID#-1246711<br>TRACE#-111000756444145 | 35,020.20- |
| 12/30 | POS DEB 1342 12/30/19 23502551<br>NNT JOE V CLAYTON C331329 | 458.15- |

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | | |
|------|---|---|
| | ARAB          AL | |
| | Card# 1211 | |
| 12/31 | EFTXXX     Multi Service | 9,679.64- |
| | 9431585374      19/12/31 | |
| | ID#- | |
| | TRACE#-081000039150629 | |
| 12/31 | PREM PMT   BCBS OF AL | 9,292.59- |
| | G163013830      19/12/31 | |
| | ID#-76598999 | |
| | TRACE#-062000015755990 | |

---

#### **** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/04 | 7125 | 200.00 | 12/17 | 7291 | 814.16 |
| 12/03 | 7249* | 289.08 | 12/17 | 7292 | 1,172.33 |
| 12/02 | 7251* | 1,122.95 | 12/18 | 7293 | 2,147.62 |
| 12/03 | 7252 | 1,237.72 | 12/13 | 7294 | 3,658.97 |
| 12/03 | 7253 | 2,494.78 | 12/17 | 7295 | 2,216.09 |
| 12/02 | 7254 | 3,772.84 | 12/16 | 7296 | 3,775.40 |
| 12/04 | 7255 | 1,563.05 | 12/17 | 7297 | 3,242.31 |
| 12/02 | 7256 | 3,185.69 | 12/16 | 7298 | 3,261.27 |
| 12/03 | 7257 | 1,223.22 | 12/16 | 7299 | 3,043.56 |
| 12/02 | 7258 | 3,098.55 | 12/16 | 7300 | 255.02 |
| 12/03 | 7259 | 4,046.25 | 12/18 | 7302* | 865.82 |
| 12/02 | 7260 | 1,435.06 | 12/17 | 7303 | 343.70 |
| 12/02 | 7261 | 952.21 | 12/17 | 7304 | 4,159.51 |
| 12/06 | 7262 | 2,011.51 | 12/19 | 7305 | 2,500.00 |
| 12/06 | 7263 | 489.17 | 12/19 | 7306 | 497.00 |
| 12/09 | 7264 | 391.94 | 12/20 | 7307 | 495.88 |
| 12/10 | 7266* | 1,200.00 | 12/24 | 7308 | 2,344.80 |
| 12/09 | 7267 | 3,000.00 | 12/23 | 7309 | 1,638.98 |
| 12/11 | 7268 | 1,812.25 | 12/24 | 7310 | 3,980.84 |
| 12/06 | 7277* | 2,311.79 | 12/23 | 7311 | 3,507.03 |
| 12/10 | 7278 | 1,996.84 | 12/24 | 7312 | 3,184.15 |
| 12/09 | 7279 | 1,901.42 | 12/23 | 7313 | 3,370.04 |
| 12/10 | 7280 | 683.95 | 12/24 | 7314 | 2,183.56 |
| 12/09 | 7281 | 2,612.57 | 12/23 | 7316* | 3,331.71 |
| 12/10 | 7282 | 2,879.91 | 12/26 | 7317 | 2,014.84 |
| 12/09 | 7283 | 1,174.68 | 12/24 | 7318 | 6,322.00 |
| 12/10 | 7284 | 1,083.48 | 12/26 | 7319 | 2,910.10 |
| 12/10 | 7285 | 740.34 | 12/20 | 7320 | 300.00 |
| 12/10 | 7286 | 346.29 | 12/24 | 7321 | 117.46 |
| 12/11 | 7287 | 570.39 | 12/24 | 7322 | 117.46 |
| 12/13 | 7288 | 207.05 | 12/24 | 7323 | 117.46 |
| 12/17 | 7289 | 6,486.06 | 12/24 | 7324 | 92.10 |
| 12/13 | 7290 | 497.26 | 12/20 | 7325 | 3,000.00 |

* Denotes missing check number

Date 12/31/19

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/24 | 7326 | 475.00 | 12/31 | 7339 | 2,482.17 |
| 12/24 | 7327 | 397.20 | 12/30 | 7340 | 2,848.85 |
| 12/24 | 7328 | 2,477.57 | 12/30 | 7341 | 1,441.15 |
| 12/31 | 7330* | 2,819.20 | 12/30 | 7343* | 1,062.19 |
| 12/27 | 7332* | 387.74 | 12/31 | 7347* | 1,011.16 |
| 12/31 | 7333 | 450.32 | 12/30 | 7348 | 908.14 |
| 12/30 | 7334 | 3,324.44 | 12/31 | 7349 | 1,131.13 |
| 12/31 | 7335 | 2,049.21 | 12/31 | 7350 | 705.06 |
| 12/31 | 7336 | 4,018.34 | 12/31 | 7352* | 231.28 |
| 12/30 | 7337 | 2,949.15 | 12/31 | 7354* | 5,062.26 |
| 12/31 | 7338 | 2,115.33 | 12/03 | 51609580* | 3,000.00 |

* Denotes missing check number

-------------------------------------------------------------------------------

#### **** DAILY BALANCE INFORMATION ****

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/02 | 75,417.16 | 12/11 | 88,113.27 | 12/20 | 117,583.51 |
| 12/03 | 51,050.23 | 12/12 | 88,003.27 | 12/23 | 128,934.17 |
| 12/04 | 62,885.94 | 12/13 | 104,004.33 | 12/24 | 94,500.97 |
| 12/05 | 58,253.16 | 12/16 | 113,473.14 | 12/26 | 86,947.93 |
| 12/06 | 73,737.23 | 12/17 | 103,117.02 | 12/27 | 140,349.41 |
| 12/09 | 80,081.88 | 12/18 | 95,164.45 | 12/30 | 102,457.78 |
| 12/10 | 88,861.63 | 12/19 | 102,624.88 | 12/31 | 61,410.09 |

Primary Account:x***4370



Ck#7125   Date12/4/2019 $200.00 | Ck#7249   Date12/3/2019 $289.08 | Ck#7251   Date12/2/2019 $1,122.95

Ck#7252   Date12/3/2019 $1,237.72 | Ck#7253   Date12/3/2019 $2,494.78 | Ck#7254   Date12/2/2019 $3,772.84

Ck#7255   Date12/4/2019 $1,563.05 | Ck#7256   Date12/2/2019 $3,185.69 | Ck#7257   Date12/3/2019 $1,223.22

Ck#7258   Date12/2/2019 $3,098.55 | Ck#7259   Date12/3/2019 $4,046.25 | Ck#7260   Date12/2/2019 $1,435.06

Ck#7261   Date12/2/2019 $952.21 | Ck#7262   Date12/6/2019 $2,011.51 | Ck#7263   Date12/6/2019 $489.17

Ck#7264   Date12/9/2019 $391.94 | Ck#7266   Date12/10/2019 $1,200.00 | Ck#7267   Date12/9/2019 $3,000.00



Ck#7268  Date12/11/2019 $1,812.25
Ck#7277  Date12/6/2019 $2,311.79
Ck#7278  Date12/10/2019 $1,996.84
Ck#7279  Date12/9/2019 $1,901.42
Ck#7280  Date12/10/2019 $683.95
Ck#7281  Date12/9/2019 $2,612.57
Ck#7282  Date12/10/2019 $2,879.91
Ck#7283  Date12/9/2019 $1,174.68
Ck#7284  Date12/10/2019 $1,083.48
Ck#7285  Date12/10/2019 $740.34
Ck#7286  Date12/10/2019 $346.29
Ck#7287  Date12/11/2019 $570.39
Ck#7288  Date12/13/2019 $207.05
Ck#7289  Date12/17/2019 $6,486.06
Ck#7290  Date12/13/2019 $497.26
Ck#7291  Date12/17/2019 $814.16
Ck#7292  Date12/17/2019 $1,172.33
Ck#7293  Date12/18/2019 $2,147.62

Primary Account: ████4370



Ck#7294   Date12/13/2019  $3,658.97

Ck#7295   Date12/17/2019  $2,216.09

Ck#7296   Date12/16/2019  $3,775.40

Ck#7297   Date12/17/2019  $3,242.31

Ck#7298   Date12/16/2019  $3,261.27

Ck#7299   Date12/17/2019  $3,043.56

Ck#7300   Date12/16/2019  $255.02

Ck#7302   Date12/18/2019  $865.82

Ck#7303   Date12/17/2019  $343.70

Ck#7304   Date12/17/2019  $4,159.51

Ck#7305   Date12/19/2019  $2,500.00

Ck#7306   Date12/19/2019  $497.00

Ck#7307   Date12/20/2019  $495.88

Ck#7308   Date12/24/2019  $2,344.80

Ck#7309   Date12/23/2019  $1,638.98

Ck#7310   Date12/24/2019  $3,980.84

Ck#7311   Date12/23/2019  $3,507.03

Ck#7312   Date12/24/2019  $3,184.15



Ck#7313  Date12/23/2019  $3,370.04
Ck#7314  Date12/24/2019  $2,183.56
Ck#7316  Date12/23/2019  $3,331.71
Ck#7317  Date12/26/2019  $2,014.84
Ck#7318  Date12/24/2019  $6,322.00
Ck#7319  Date12/26/2019  $2,910.10
Ck#7320  Date12/20/2019  $300.00
Ck#7321  Date12/24/2019  $117.46
Ck#7322  Date12/24/2019  $117.46
Ck#7323  Date12/24/2019  $117.46
Ck#7324  Date12/24/2019  $92.10
Ck#7325  Date12/20/2019  $3,000.00
Ck#7326  Date12/24/2019  $475.00
Ck#7327  Date12/24/2019  $397.20
Ck#7328  Date12/24/2019  $2,477.57
Ck#7330  Date12/31/2019  $2,819.20
Ck#7332  Date12/27/2019  $387.74
Ck#7333  Date12/31/2019  $450.32

Primary Account: ●●●●4370



Ck#7334  Date12/30/2019  $3,324.44

Ck#7335  Date12/31/2019  $2,049.21

Ck#7336  Date12/31/2019  $4,018.34

Ck#7337  Date12/30/2019  $2,949.15

Ck#7338  Date12/31/2019  $2,115.33

Ck#7339  Date12/31/2019  $2,482.17

Ck#7340  Date12/30/2019  $2,848.85

Ck#7341  Date12/30/2019  $1,441.15

Ck#7343  Date12/30/2019  $1,062.19

Ck#7347  Date12/31/2019  $1,011.16

Ck#7348  Date12/30/2019  $908.14

Ck#7349  Date12/31/2019  $1,131.13

Ck#7350  Date12/31/2019  $705.06

Ck#7352  Date12/31/2019  $231.28

Ck#7354  Date12/31/2019  $5,062.26

Ck#51609580  Date12/3/2019  $3,000.00