CHAPTER 11 OPERATING ORDER FORM    04/00                    BUSINESS BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Rummel Farms LLC_   CASE NO.: _19-82716_   MONTH ENDING: _1/31/2020_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✓ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ✓ NO____  All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   TYPE OF TAX                          AMOUNT
   _____  $_____
   _____  $_____
   _____  $_____
   _____  $_____

2. YES ✓ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:   TYPE_____not in force.
                   TYPE_____not in force.

3. YES ✓ NO____  New books and records were opened and are being maintained daily.

4. YES ✓ NO____  Copies of all banks statements and reconciliations are attached.

5. YES ✓ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✓ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2.20.2020_

Phone No. _____   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-01

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Runnin 2 Farms LLC_    CASE NO.: _19-82716_    MONTH ENDING: _1/31/2020_

## Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   -Cash |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1.   REVENUE FROM TOTAL SALES                     $29775665 |
| A.   CASH ON HAND (Beginning) 6040.09 | 2.   LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)   26489088 |
| B.   RECEIPTS:<br><br>    Accounts Receivable from Form BA-02(A)-Line II(C) 29775665 | 3.   EQUALS GROSS PROFIT (1 minus 2)   3286577 |
|     Cash Sales                  _____ | 4.   LESS OPERATING EXPENSES            _____ |
|     Loan Proceeds from_____ | 5.   EQUALS NET PROFIT OPERATIONS (3 minus 4) |
|     Sale of Property (Not in ordinary course of business)  _____ | 6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
|     Other_____<br>    _____ | |
| C.   TOTAL RECEIPTS (Total of B)   _____ | _____<br>_____ |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   26489088 | _____ |
| E.   SURPLUS OR DEFICIT (C minus D)   _____ | 7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   3286577 |
| F.   CASH ON HAND (End) 9427586 (A plus E) | * **Please itemize Cost of Sales and Expenses on a separate sheet of paper.** |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2-26-2020_

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Russell Farms LLC_    CASE NO.: _19-82716_    MONTH ENDING: _1/31/2020_

### Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.    Amount collected this month in accounts receivable charged and paid this month.    $ 89775G.65

    B.    Amount collected this month in accounts receivable charged in prior months and paid this month.    $ _____

    C.    TOTAL collected this month in accounts receivable.    $ 89775G.65

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| TOTALS | $         |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2-26-2020_ _____

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Rippin L Farms LLC_    CASE NO.: _19-82716_    MONTH ENDING: _1/31/2020_

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.............................................. $ | |
| ADVERTISING.................................................. | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)................. | 6884.27 |
| COMMISSIONS/CONTRACT LABOR................................... | 81570.79 |
| INSURANCE (TOTAL)........................................... | 37149.36 |
|    AUTO          $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER _____ | |
| INTEREST PAID............................................... | |
| INVENTORY PURCHASED......................................... | |
| LEGAL FEES.................................................. | 7535.20 |
| POSTAGE..................................................... | 43.85 |
| RENT/LEASE PAYMENTS ON REAL ESTATE.......................... | |
| REPAIRS & MAINTENANCE. PARTS................................ | 6364.05 |
| SALARIES/WAGES PAID......................................... | 68142.62 |
| SECURED LOAN PAYMENTS (TOTAL FROM BA-02(C))................. | |
| SUPPLIES (TOTAL)............................................ | 505332 |
|    OFFICE        $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT...................................... | 311.56 |
| TAXES (TOTAL OF ALL TAXES FROM BA-02(D))................... | |
| UNSECURED LOAN PAYMENTS..................................... | |
| UTILITIES (TOTAL)........................................... | 851.94 |
|    ELECTRICITY   $ | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER _____ | |

OTHER BUSINESS DISBURSEMENTS _Fuel 52933.82_
(Specify) _____    $ _52933.82_

TOTAL BUSINESS DISBURSEMENTS.......................$ _264890.88_

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2-26-2020_

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Runnin L Farms LLC_    CASE NO.: _19-8271L_    MONTH ENDING: _1/31/2020_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| see attached QB sheets | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2.26.2020_

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Ruppin L Farms LLC_    CASE NO.: _19-82716_    MONTH ENDING: _1/31/2020_

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples Bank | ████4370 | 9427.86 | 1/31/2020 | |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) _Barry Lindsey_ | $ | 12,500.00 |
| Officer #2    (Name) _____ | $ | |
| Other Officer    (Name) _____ | $ | |
| Employees (Number) _____ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _2-26-2020_

_____
RESPONSIBLE PARTY

## Payroll Summary Report

Runnin L Farms, LLC

**Jan 03, 2020**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | Bohannon, Kevin | $577.09 | 0.00 | $250.11 | $205.39 | $1,032.59 | $91.90 | $0.00 | $1,124.49 | 7358 |
| 01/03/2020 | Franklin, Jason | $1,175.14 | 0.00 | $291.29 | $0.00 | $1,466.43 | $130.51 | $0.00 | $1,596.94 | DD |
| 01/03/2020 | Griffin, Jerry | $997.18 | 0.00 | $263.19 | $219.63 | $1,480.00 | $111.26 | $0.00 | $1,591.26 | DD |
| 01/03/2020 | Husky, James M. | $779.22 | 0.00 | $223.05 | $304.00 | $1,306.27 | $116.26 | $0.00 | $1,422.53 | DD |
| 01/03/2020 | Huthcins, Jerry E. | $694.89 | 0.00 | $318.44 | $236.67 | $1,250.00 | $111.26 | $0.00 | $1,361.26 | DD |
| 01/03/2020 | Kinley, Jerry | $691.83 | 0.00 | $151.91 | $0.00 | $843.74 | $75.09 | $0.00 | $918.83 | DD |
| 01/03/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 01/03/2020 | Peterson, C J | $1,062.96 | 33.00 | $257.04 | $0.00 | $1,320.00 | $117.48 | $0.00 | $1,437.48 | 7359 |
| 01/03/2020 | Reliford, Steven | $735.80 | 0.00 | $153.63 | $232.25 | $1,121.68 | $72.24 | $0.00 | $1,193.92 | DD |
| 01/03/2020 | Thomas, Jonathan | $553.71 | 0.00 | $170.01 | $50.00 | $773.72 | $68.85 | $0.00 | $842.57 | DD |
| 01/03/2020 | Thompson, Jeffery | $721.36 | 0.00 | $147.60 | $0.00 | $868.96 | $77.34 | $0.00 | $946.30 | DD |
| **Totals** | | **$8,309.54** | **73.00** | **$2,305.91** | **$1,247.94** | **$11,863.39** | **$1,007.79** | **$0.00** | **$12,871.18** | |

**Payroll Summary Report**                                                    Runnin L Farms, LLC

### Jan 10, 2020

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | Bohannon, Kevin | $538.10 | 0.00 | $230.42 | $205.39 | $973.91 | $86.67 | $0.00 | $1,060.58 | 7385 |
| 01/10/2020 | Franklin, Jason | $918.78 | 0.00 | $210.11 | $0.00 | $1,128.89 | $100.47 | $0.00 | $1,229.36 | DD |
| 01/10/2020 | Griffin, Jerry | $822.50 | 0.00 | $207.87 | $219.63 | $1,250.00 | $90.77 | $0.00 | $1,340.77 | DD |
| 01/10/2020 | Husky, James M. | $780.08 | 0.00 | $158.71 | $100.00 | $1,038.79 | $92.45 | $0.00 | $1,131.24 | 7386 |
| 01/10/2020 | Husky, James M. | $294.63 | 0.00 | $121.78 | $457.00 | $873.41 | $77.74 | $0.00 | $951.15 | 7392 |
| 01/10/2020 | Huthcins, Jerry E. | $694.90 | 0.00 | $318.43 | $236.67 | $1,250.00 | $111.24 | $0.00 | $1,361.24 | DD |
| 01/10/2020 | Huthcins, Jerry E. | $444.66 | 0.00 | $192.08 | $236.67 | $873.41 | $77.72 | $0.00 | $951.13 | DD |
| 01/10/2020 | Kinley, Jerry | $897.14 | 0.00 | $216.95 | $0.00 | $1,114.09 | $99.16 | $0.00 | $1,213.25 | DD |
| 01/10/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 01/10/2020 | Peterson, C J | $1,336.38 | 42.00 | $343.62 | $0.00 | $1,680.00 | $149.52 | $0.00 | $1,829.52 | DD |
| 01/10/2020 | Reliford, Steven | $988.71 | 0.00 | $259.04 | $232.25 | $1,480.00 | $111.24 | $0.00 | $1,591.24 | DD |
| 01/10/2020 | Thomas, Jonathan | $952.18 | 0.00 | $361.04 | $50.00 | $1,363.22 | $121.34 | $0.00 | $1,484.56 | DD |
| 01/10/2020 | Thompson, Jeffery | $1,076.51 | 0.00 | $260.04 | $0.00 | $1,336.55 | $118.94 | $0.00 | $1,455.49 | DD |
| **Totals** | | **$10,064.93** | **82.00** | **$2,959.73** | **$1,737.61** | **$14,762.27** | **$1,272.86** | **$0.00** | **$16,035.13** | |

Case 19-82716-CRJ11    Doc 181    Filed 02/27/20    Entered 02/27/20 15:39:30    Desc
Main Document        Page 8 of 25

# Payroll Summary Report

Runnin L Farms, LLC

**Jan 17, 2020**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | Bohannon, Kevin | $431.28 | 0.00 | $189.13 | $230.39 | $850.80 | $75.72 | $0.00 | $926.52 | 7404 |
| 01/17/2020 | Franklin, Jason | $914.36 | 0.00 | $208.72 | $0.00 | $1,123.08 | $99.96 | $0.00 | $1,223.04 | DD |
| 01/17/2020 | Griffin, Jerry | $997.19 | 0.00 | $263.18 | $219.63 | $1,480.00 | $111.25 | $0.00 | $1,591.25 | DD |
| 01/17/2020 | Huthcins, Jerry E. | $694.89 | 0.00 | $318.44 | $236.67 | $1,250.00 | $111.26 | $0.00 | $1,361.26 | DD |
| 01/17/2020 | Kinley, Jerry | $1,011.69 | 0.00 | $253.21 | $0.00 | $1,264.90 | $112.57 | $0.00 | $1,377.47 | DD |
| 01/17/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 01/17/2020 | Peterson, C J | $1,214.86 | 38.00 | $305.14 | $0.00 | $1,520.00 | $135.28 | $0.00 | $1,655.28 | DD |
| 01/17/2020 | Reliford, Steven | $922.51 | 0.00 | $238.11 | $232.25 | $1,392.87 | $103.50 | $0.00 | $1,496.37 | DD |
| 01/17/2020 | Thomas, Jonathan | $1,157.09 | 0.00 | $464.49 | $50.00 | $1,671.58 | $148.77 | $0.00 | $1,820.35 | DD |
| 01/17/2020 | Thompson, Jeffery | $1,097.23 | 0.00 | $266.62 | $0.00 | $1,363.85 | $121.40 | $0.00 | $1,485.25 | DD |
| | **Totals** | **$8,761.46** | **78.00** | **$2,586.68** | **$968.94** | **$12,317.08** | **$1,055.31** | **$0.00** | **$13,372.39** | |

Case 19-82716-CRJ11　　Doc 181　　Filed 02/27/20　　Entered 02/27/20 15:39:30　　Desc
Main Document　　Page 9 of 25

# Payroll Summary Report

Runnin L Farms, LLC

## Jan 24, 2020

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | Bohannon, Kevin | $365.45 | 0.00 | $159.60 | $205.39 | $730.44 | $65.02 | $0.00 | $795.46 | 7428 |
| 01/24/2020 | Franklin, Jason | $974.64 | 0.00 | $227.79 | $0.00 | $1,202.43 | $107.00 | $0.00 | $1,309.43 | DD |
| 01/24/2020 | Griffin, Jerry | $997.18 | 0.00 | $263.19 | $219.63 | $1,480.00 | $111.25 | $0.00 | $1,591.25 | DD |
| 01/24/2020 | Huthcins, Jerry E. | $694.90 | 0.00 | $318.43 | $236.67 | $1,250.00 | $111.24 | $0.00 | $1,361.24 | DD |
| 01/24/2020 | Kinley, Jerry | $1,373.78 | 0.00 | $367.86 | $0.00 | $1,741.64 | $155.01 | $0.00 | $1,896.65 | DD |
| 01/24/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 01/24/2020 | Peterson, C J | $1,214.86 | 38.00 | $305.14 | $0.00 | $1,520.00 | $135.28 | $0.00 | $1,655.28 | DD |
| 01/24/2020 | Reliford, Steven | $898.35 | 0.00 | $230.45 | $232.25 | $1,361.05 | $100.67 | $0.00 | $1,461.72 | DD |
| 01/24/2020 | Thomas, Jonathan | $690.08 | 0.00 | $228.70 | $50.00 | $968.78 | $86.22 | $0.00 | $1,055.00 | DD |
| 01/24/2020 | Thompson, Jeffery | $1,022.80 | 0.00 | $243.04 | $0.00 | $1,265.84 | $112.65 | $0.00 | $1,378.49 | DD |
| | **Totals** | **$8,552.40** | **78.00** | **$2,423.84** | **$943.94** | **$11,920.18** | **$1,019.94** | **$0.00** | **$12,940.12** | |

**Payroll Summary Report**

Runnin L Farms, LLC

**Jan 31, 2020**

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | Bohannon, Kevin | $553.01 | 0.00 | $250.57 | $230.39 | $1,033.97 | $92.02 | $0.00 | $1,125.99 | 7443 |
| 01/31/2020 | Franklin, Jason | $1,033.98 | 0.00 | $246.59 | $0.00 | $1,280.57 | $113.99 | $0.00 | $1,394.56 | DD |
| 01/31/2020 | Griffin, Jerry | $892.81 | 0.00 | $230.13 | $219.63 | $1,342.57 | $99.03 | $0.00 | $1,441.60 | DD |
| 01/31/2020 | Huthcins, Jerry E. | $694.89 | 0.00 | $318.44 | $236.67 | $1,250.00 | $110.52 | $0.00 | $1,360.52 | DD |
| 01/31/2020 | Kinley, Jerry | $591.56 | 0.00 | $120.18 | $0.00 | $711.74 | $63.35 | $0.00 | $775.09 | DD |
| 01/31/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 01/31/2020 | Peterson, C J | $1,154.10 | 36.00 | $285.90 | $0.00 | $1,440.00 | $125.28 | $0.00 | $1,565.28 | DD |
| 01/31/2020 | Reliford, Steven | $872.53 | 0.00 | $222.25 | $232.25 | $1,327.03 | $97.63 | $0.00 | $1,424.66 | DD |
| 01/31/2020 | See, Darrell | $611.46 | 0.00 | $142.20 | $0.00 | $753.66 | $67.08 | $0.00 | $870.74 | 7453 |
| 01/31/2020 | Thomas, Jonathan | $768.58 | 0.00 | $268.34 | $50.00 | $1,086.92 | $96.74 | $0.00 | $1,183.66 | DD |
| 01/31/2020 | Thompson, Jeffery | $1,035.06 | 0.00 | $246.94 | $0.00 | $1,282.00 | $114.10 | $0.00 | $1,396.10 | DD |
| | **Totals** | **$8,528.34** | **76.00** | **$2,411.18** | **$968.94** | **$11,908.46** | **$1,015.34** | **$0.00** | **$12,923.80** | |

Case 19-82716-CRJ11    Doc 181    Filed 02/27/20    Entered 02/27/20 15:39:30    Desc Main Document    Page 11 of 25



## PEOPLES BANK
### of ALABAMA
#### IN GOD WE TRUST

Date   1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087-6249

PEOPLES BANK OF ALABAMA WILL NEVER CONTACT YOU VIA PHONE OR E-MAIL FOR PERSONAL
OR ACCOUNT INFORMATION. SAFEGUARD YOUR PERSONAL INFORMATION SUCH AS YOUR
ACCOUNT NUMBER, DEBIT CARD NUMBER AND ALL PIN NUMBERS.

#### ---- CHECKING ACCOUNT ----

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 89 |
| Account Number | ████4370 | Statement Dates 1/01/20 thru 2/02/20 | |
| Previous Balance | 61,410.09 | Days in the statement period | 33 |
| 27 Deposits/Credits | 344,077.35 | Average Ledger | 85,914.31 |
| 191 Checks/Debits | 311,211.58 | Average Collected | 82,825.58 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 94,275.86 | | |

--------------------------------------------------------------------

#### **** DEPOSITS AND ADDITIONS ****

| Date | Description | Amount |
|---|---|---|
| 1/03 | AP PAYMENT DARLING INTERNAT<br>7362495346          20/01/03<br>ID#-1250072<br>TRACE#-111000753344168 | 16,739.06 |
| 1/03 | DRAFTS      WALLACE FACTORIN<br>810862306          20/01/03<br>ID#-<br>TRACE#-084201050000118 | 19,935.99 |
| 1/03 | REGULAR DEPOSIT | 8,948.17 |
| 1/06 | CORP PMT    GAVILON GRAIN, L<br>2461101181          20/01/06<br>ID#-183919<br>TRACE#-111000021119162 | 881.09 |
| 1/07 | CORP PMT    GAVILON GRAIN, L<br>2461101181          20/01/07<br>ID#-184626<br>TRACE#-111000024881662 | 18,590.93 |
| 1/08 | CORP PMT    GAVILON GRAIN, L<br>2461101181          20/01/08<br>ID#-185134<br>TRACE#-111000020369829 | 9,481.75 |
| 1/08 | DRAFTS      WALLACE FACTORIN<br>810862306          20/01/08<br>ID#-<br>TRACE#-084201050000149 | 11,150.47 |
| 1/08 | REGULAR DEPOSIT | 7,823.50 |
| 1/09 | CORP PMT    GAVILON GRAIN, L<br>2461101181          20/01/09<br>ID#-185579<br>TRACE#-111000026756327 | 2,100.25 |
| 1/09 | DRAFTS      WALLACE FACTORIN<br>810862306          20/01/09 | 5,320.40 |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

#### **** DEPOSITS AND ADDITIONS ****

| Date | Description | Amount |
|---|---|---|
| 1/28 | CORP PMT   GAVILON GRAIN, L<br>2461101181        20/01/28<br>ID#-191732<br>TRACE#-111000029046787 | 11,963.66 |
| 1/28 | DRAFTS       WALLACE FACTORIN<br>810862306        20/01/28<br>ID#-<br>TRACE#-084201050000333 | 21,602.03 |
| 1/31 | AP PAYMENT DARLING INTERNAT<br>7362495346        20/01/31<br>ID#-1276188<br>TRACE#-111000752477011 | 21,731.33 |
| 1/31 | REGULAR DEPOSIT | 10,257.89 |

--------------------------------------------------------------------------------

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| 1/02 | USATAXPYMT IRS<br>3387702000        20/01/02<br>ID#-227040266111432<br>TRACE#-061036010056511 | 3,241.11- |
| 1/02 | DBT CRD 1341 01/01/20 44118745<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03<br>ID#-8357022<br>TRACE#-111000021033537 | 320.36- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03<br>ID#-8357022<br>TRACE#-111000021033538 | 553.71- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03<br>ID#-8357022<br>TRACE#-111000021033539 | 691.83- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03<br>ID#-8357022<br>TRACE#-111000021033540 | 694.89- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03<br>ID#-8357022<br>TRACE#-111000021033541 | 721.36- |
| 1/03 | PAYROLL     PAYROLL<br>4462800242        20/01/03 | 735.80- |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| | ID#-8357022 TRACE#-111000021033542 | |
| 1/03 | PAYROLL    PAYROLL 4462800242       20/01/03 | 779.22- |
| | ID#-8357022 TRACE#-111000021033543 | |
| 1/03 | PAYROLL    PAYROLL 4462800242       20/01/03 | 997.18- |
| | ID#-8357022 TRACE#-111000021033544 | |
| 1/03 | PAYROLL    PAYROLL 4462800242       20/01/03 | 1,175.14- |
| | ID#-8357022 TRACE#-111000021033545 | |
| 1/03 | BMOACHPMT  BMO HARRIS BANK 5362085229       20/01/03 | 6,322.00- |
| | ID#-000000004849291 TRACE#-071000281837270 | |
| 1/06 | Transfer From Checking XX4370 to Checking XX3139 | 2,500.00- |
| 1/06 | POS DEB 2314 01/04/20 39801000 AM EXPRESS PORTLAND      TN Card# 1211 | 90.00- |
| 1/07 | EFTXXX     Multi Service 9431585374       20/01/07 | 10,467.18- |
| | ID#- TRACE#-081000035823773 | |
| 1/07 | DBT CRD 1236 01/07/20 14109174 STEAK OUT DECATUR DECATUR      AL Card# 1211 | 68.00- |
| 1/08 | USATAXPYMT IRS 3387702000       20/01/08 | 2,735.85- |
| | ID#-227040866142734 TRACE#-061036010072223 | |
| 1/08 | Payment    BXS Insurance 1841393599       20/01/08 | 12,694.62- |
| | ID#-283736615 TRACE#-091000015955091 | |
| 1/08 | POS DEB 1117 01/08/20 00000172 USPS PO 01448008 AL | 33.55- |
| | Card# 1211 | |
| 1/08 | DBT CRD 1434 01/08/20 23115306 SNAP ON TOOLS 256-659-3040 AL Card# 1211 | 100.00- |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---:|
| 1/09 | DBT CRD 0852 01/09/20 26112884 | 35.00- |
| | PREMIER FAMILY CARE ARA | |
| | ARAB          AL | |
| | Card# 1211 | |
| 1/10 | PAYROLL      PAYROLL | 320.36- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539784 | |
| 1/10 | PAYROLL      PAYROLL | 694.90- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539785 | |
| 1/10 | PAYROLL      PAYROLL | 822.50- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539786 | |
| 1/10 | PAYROLL      PAYROLL | 897.14- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539787 | |
| 1/10 | PAYROLL      PAYROLL | 918.78- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539788 | |
| 1/10 | PAYROLL      PAYROLL | 952.18- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539789 | |
| 1/10 | PAYROLL      PAYROLL | 988.71- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539790 | |
| 1/10 | PAYROLL      PAYROLL | 1,076.51- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539791 | |
| 1/10 | PAYROLL      PAYROLL | 1,336.38- |
| | 4462800242        20/01/10 | |
| | ID#-8357022 | |
| | TRACE#-111000028539792 | |
| 1/10 | DBT CRD 1008 01/10/20 33117114 | 38.99- |
| | WILKS TIRE #21 DECATUR | |
| | DECATUR       AL | |
| | Card# 1211 | |
| 1/13 | Transfer From Checking XX4370 | 2,500.00- |
| | to Checking XX3139 | |
| 1/13 | DBT CRD 0831 01/11/20 48131833 | 468.00- |
| | BULK LOADS NOW LLC | |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

|       |                                                                              |           |
|-------|------------------------------------------------------------------------------|-----------|
|       | 800-5189240   MO<br>Card# 1211                                               |           |
| 1/13  | POS DEB 1047 01/11/20 00378166<br>TRACTOR SUPPLY #<br>ARAB       AL<br>Card# 1211 | 203.76-   |
| 1/13  | DBT CRD 0806 01/13/20 55118505<br>INTUIT *QUICKBOOKS<br>800-446-8848 CA<br>Card# 1211 | 72.80-    |
| 1/13  | PAYROLL     PAYROLL<br>4462800242         20/01/13<br>ID#-8357022<br>TRACE#-111000024188686 | 444.66-   |
| 1/13  | POS DEB 0952 01/13/20 09095226<br>FITZGERALD PB HV<br>MADISON      AL<br>Card# 1211 | 2,088.20- |
| 1/13  | POS DEB 1404 01/13/20 27922300<br>O REILLY AUTO PARTS 1312<br>ARAB       AL<br>Card# 1211 | 45.77-    |
| 1/14  | EFTXXX     Multi Service<br>9431585374         20/01/14<br>ID#-<br>TRACE#-081000037226518 | 11,029.49- |
| 1/14  | DBT CRD 0353 01/14/20 48106018<br>AL DEPT OF REVENUE<br>MONTGOMERY  AL<br>Card# 1211 | 353.60-   |
| 1/14  | DBT CRD 0702 01/14/20 49106429<br>INTUIT *PAYROLL<br>888-537-7794 CA<br>Card# 1211 | 80.60-    |
| 1/14  | POS DEB 0926 01/14/20 09227595<br>SNAP-ON TOOLS<br>GARDENDALE  AL<br>Card# 1211 | 266.75-   |
| 1/15  | INSURANCE   FIRST INSURANCE<br>2363437365         20/01/15<br>ID#-900-8955189       WEB<br>TRACE#-071925338625210 | 4,419.66- |
| 1/15  | DBT CRD 1002 01/15/20 27113133<br>AMZN MKTP US*W11JR11F3<br>AMZN.COM/BILLWA<br>Card# 1211 | 99.45-    |
| 1/15  | DBT CRD 1338 01/15/20 26112820<br>SNAP ON TOOLS                               | 100.00-   |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

. BUSINESS CHECKING                    ████4370   (Continued)

**** DEBITS AND WITHDRAWALS ****

|  |  |  |
|---|---|---|
|  | 256-659-3040 AL | |
|  | Card# 1211 | |
| 1/15 | TELE BILL   OTELCO | 172.82- |
|  | 1010140670      \EFFDAT    PPD | |
| 1/16 | INSURANCE  AFLAC | 2,203.60- |
|  | 2580663085          20/01/16 | |
|  | ID#-KWG01564476 | |
|  | TRACE#-021000028533013 | |
| 1/16 | USATAXPYMT IRS | 3,503.65- |
|  | 3387702000          20/01/16 | |
|  | ID#-227041666010536 | |
|  | TRACE#-061036010005464 | |
| 1/16 | Payment    ATT | 481.53- |
|  | 9864031005          20/01/16 | |
|  | ID#-720035003MYW9U       WEB | |
|  | TRACE#-031100203267938 | |
| 1/16 | DIRECT DBT    AL-DEPT OF REV | 1,776.64- |
|  | ADORCCD000          20/01/16 | |
|  | ID#-   1824270720 | |
|  | TRACE#-062001188565939 | |
| 1/16 | DBT CRD 1737 01/16/20 25118765 | 215.99- |
|  | AMZN MKTP US*QW8F57LS3 | |
|  | AMZN.COM/BILLWA | |
|  | Card# 1211 | |
| 1/17 | DBT CRD 0755 01/17/20 52123353 | 155.00- |
|  | DIRECT, INC | |
|  | DECATUR       AL | |
|  | Card# 1211 | |
| 1/17 | PAYROLL      PAYROLL | 320.36- |
|  | 4462800242          20/01/17 | |
|  | ID#-8357022 | |
|  | TRACE#-111000023255303 | |
| 1/17 | PAYROLL      PAYROLL | 694.89- |
|  | 4462800242          20/01/17 | |
|  | ID#-8357022 | |
|  | TRACE#-111000023255304 | |
| 1/17 | PAYROLL      PAYROLL | 914.36- |
|  | 4462800242          20/01/17 | |
|  | ID#-8357022 | |
|  | TRACE#-111000023255305 | |
| 1/17 | PAYROLL      PAYROLL | 922.51- |
|  | 4462800242          20/01/17 | |
|  | ID#-8357022 | |
|  | TRACE#-111000023255306 | |
| 1/17 | PAYROLL      PAYROLL | 997.19- |
|  | 4462800242          20/01/17 | |
|  | ID#-8357022 | |
|  | TRACE#-111000023255307 | |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---|
| 1/17 | PAYROLL     PAYROLL<br>4462800242          20/01/17<br>ID#-8357022<br>TRACE#-111000023255308 | 1,011.69- |
| 1/17 | PAYROLL     PAYROLL<br>4462800242          20/01/17<br>ID#-8357022<br>TRACE#-111000023255309 | 1,097.23- |
| 1/17 | PAYROLL     PAYROLL<br>4462800242          20/01/17<br>ID#-8357022<br>TRACE#-111000023255310 | 1,157.09- |
| 1/17 | PAYROLL     PAYROLL<br>4462800242          20/01/17<br>ID#-8357022<br>TRACE#-111000023255311 | 1,214.86- |
| 1/17 | DBT CRD 1234 01/17/20 52123327<br>FITZGERALD PB BRM<br>BIRMINGHAM    AL<br>Card# 1211 | 79.87- |
| 1/17 | DBT CRD 1940 01/17/20 51123191<br>ICHIBAN STEAKHOUSE<br>SPRINGFIELD   TN<br>Card# 1211 | 108.49- |
| 1/21 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 1/21 | DBT CRD 1213 01/18/20 53136111<br>AMAZON PRIME*GS9GB1BJ3<br>AMZN.COM/BILLWA<br>Card# 1211 | 14.03- |
| 1/21 | POS DEB 1403 01/19/20 80935100<br>SHELL SERVICE STATION<br>ROBINSONVILLEMS<br>Card# 1211 | 105.47- |
| 1/21 | DBT CRD 1757 01/20/20 39127949<br>SAMS TOWN GREAT BUFFET<br>ROBINSONVILLEMS<br>Card# 1211 | 89.07- |
| 1/21 | DBT CRD 0119 01/21/20 32108586<br>APPLE.COM/BILL<br>866-712-7753 CA<br>Card# 1211 | .99- |
| 1/21 | CASH TRANS ACCOUNT SERVICES<br>1274135407          20/01/21<br>ID#-(855) 636-9502<br>TRACE#-111000029192086 | 134.85- |
| 1/22 | EFTXXX      Multi Service<br>9431585374          20/01/22 | 10,186.16- |

Date 1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                     ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| | ID#-<br>TRACE#-081000031654822 | |
| 1/22 | ACH Collec AlaCOMP<br>9631061602          20/01/22<br>ID#-7094012 | 3,766.00- |
| | TRACE#-021201388765616 | |
| 1/22 | DBT CRD 0817 01/22/20 34114052<br>CRACKER BARREL #33 GOOD<br>GOODLETTSVILLTN<br>Card# 1211 | 46.00- |
| 1/22 | DBT CRD 1401 01/22/20 34114127<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 1/23 | USATAXPYMT IRS<br>3387702000          20/01/23<br>ID#-227042366067462 | 3,030.77- |
| | TRACE#-061036010034302 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 320.36- |
| | TRACE#-111000022370939 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 690.08- |
| | TRACE#-111000022370940 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 694.90- |
| | TRACE#-111000022370941 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 898.35- |
| | TRACE#-111000022370942 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 974.64- |
| | TRACE#-111000022370943 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24<br>ID#-8357022 | 997.18- |
| | TRACE#-111000022370944 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24 | 1,022.80- |
| | TRACE#-111000022370945 | |
| 1/24 | PAYROLL     PAYROLL<br>4462800242          20/01/24 | 1,214.86- |

Date  1/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370  (Continued)

**** DEBITS AND WITHDRAWALS ****

|       |                                                                 |            |
|-------|-----------------------------------------------------------------|-----------:|
|       | ID#-8357022                                                     |            |
|       | TRACE#-111000022370946                                          |            |
| 1/24  | PAYROLL     PAYROLL                                             | 1,373.78-  |
|       | 4462800242         20/01/24                                     |            |
|       | ID#-8357022                                                     |            |
|       | TRACE#-111000022370947                                          |            |
| 1/24  | POS DEB 1001 01/24/20 00210897                                  | 25.50-     |
|       | USPS PO 01285004                                                |            |
|       | EVA         AL                                                  |            |
|       | Card# 1211                                                      |            |
| 1/24  | DBT CRD 1200 01/24/20 04118460                                  | 100.02-    |
|       | LOVE S COUNTRY STORE #                                          |            |
|       | COLUMBIA       TN                                               |            |
|       | Card# 1211                                                      |            |
| 1/27  | Transfer From Checking XX4370                                   | 2,500.00-  |
|       | to Checking XX3139                                              |            |
| 1/27  | DBT CRD 1238 01/25/20 19133712                                  | 28.88-     |
|       | NIKIS WEST                                                      |            |
|       | BIRMINGHAM   AL                                                 |            |
|       | Card# 1211                                                      |            |
| 1/27  | CONSUMER    NASTC                                               | 140.00-    |
|       | 1621419621        \EFFDAT    PPD                                |            |
| 1/27  | EPAY         CHASE CREDIT CRD                                   | 13,347.71- |
|       | 5760039224         20/01/27                                     |            |
|       | ID#-4507713191          TEL                                     |            |
|       | TRACE#-021000020875638                                          |            |
| 1/28  | EFTXXX      Multi Service                                       | 9,853.19-  |
|       | 9431585374         20/01/28                                     |            |
|       | ID#-                                                            |            |
| 1/28  | TRACE#-081000030448527                                          |            |
|       | DBT CRD 0458 01/28/20 07110366                                  | 20.69-     |
|       | MARVINS - ARAB                                                  |            |
|       | ARAB        AL                                                  |            |
|       | Card# 1211                                                      |            |
| 1/29  | USATAXPYMT IRS                                                  | 2,851.47-  |
|       | 3387702000         20/01/29                                     |            |
|       | ID#-227042966158270                                             |            |
| 1/29  | TRACE#-061036010080143                                          |            |
|       | DBT CRD 0628 01/29/20 06116080                                  | 124.79-    |
|       | MCAFEE *WWW.MCAFEE.COM                                          |            |
|       | 866-622-3911 TX                                                 |            |
|       | Card# 1211                                                      |            |
| 1/29  | DBT CRD 1643 01/29/20 06116074                                  | 100.00-    |
|       | SNAP ON TOOLS                                                   |            |
|       | 256-659-3040 AL                                                 |            |
|       | Card# 1211                                                      |            |
| 1/30  | Tax      Payroll                                                | 85.51-     |
|       | 1943345425         20/01/30                                     |            |



Ck#7265  Date1/2/2020 $13,268.52
Ck#7329  Date1/2/2020 $91.99
Ck#7342  Date1/2/2020 $1,893.79
Ck#7344  Date1/8/2020 $796.86
Ck#7345  Date1/2/2020 $117.46
Ck#7346  Date1/2/2020 $119.21
Ck#7355  Date1/2/2020 $1,400.00
Ck#7356  Date1/2/2020 $205.61
Ck#7357  Date1/3/2020 $299.47
Ck#7358  Date1/6/2020 $577.09
Ck#7359  Date1/6/2020 $1,062.96
Ck#7360  Date1/7/2020 $238.81
Ck#7361  Date1/6/2020 $924.24
Ck#7362  Date1/6/2020 $921.19
Ck#7363  Date1/7/2020 $3,593.68
Ck#7364  Date1/6/2020 $1,193.08
Ck#7365  Date1/7/2020 $2,140.01
Ck#7366  Date1/6/2020 $626.06



Ck#7367 Date1/13/2020 $1,467.39
Ck#7368 Date1/7/2020 $986.59
Ck#7370 Date1/8/2020 $833.62
Ck#7371 Date1/8/2020 $394.72
Ck#7372 Date1/8/2020 $2,280.84
Ck#7373 Date1/8/2020 $5,000.00
Ck#7374 Date1/9/2020 $45.25
Ck#7375 Date1/10/2020 $2,665.27
Ck#7376 Date1/14/2020 $1,154.94
Ck#7377 Date1/13/2020 $1,405.23
Ck#7378 Date1/14/2020 $2,591.50
Ck#7379 Date1/13/2020 $602.50
Ck#7380 Date1/14/2020 $2,445.44
Ck#7381 Date1/13/2020 $1,992.25
Ck#7382 Date1/14/2020 $2,103.91
Ck#7383 Date1/10/2020 $2,546.88
Ck#7384 Date1/15/2020 $355.20
Ck#7385 Date1/10/2020 $538.10



Ck#7386   Date1/15/2020 $780.08    Ck#7387   Date1/13/2020 $500.00    Ck#7388   Date1/14/2020 $849.47

Ck#7389   Date1/13/2020 $690.29    Ck#7390   Date1/15/2020 $217.07    Ck#7391   Date1/14/2020 $894.35

Ck#7392   Date1/15/2020 $294.63    Ck#7393   Date1/15/2020 $612.68    Ck#7394   Date1/15/2020 $4,159.23

Ck#7395   Date1/22/2020 $2,533.07    Ck#7396   Date1/22/2020 $129.48    Ck#7397   Date1/17/2020 $750.00

Ck#7398   Date1/22/2020 $7,535.20    Ck#7399   Date1/27/2020 $1,140.61    Ck#7400   Date1/22/2020 $234.92

Ck#7401   Date1/17/2020 $103.55    Ck#7402   Date1/17/2020 $1,124.69    Ck#7403   Date1/21/2020 $692.33



Ck#7404  Date1/21/2020 $431.28
Ck#7414  Date1/21/2020 $2,508.34
Ck#7415  Date1/21/2020 $1,124.45
Ck#7416  Date1/22/2020 $2,278.16
Ck#7417  Date1/22/2020 $3,443.74
Ck#7418  Date1/22/2020 $3,184.52
Ck#7419  Date1/21/2020 $3,450.84
Ck#7420  Date1/22/2020 $2,094.79
Ck#7421  Date1/22/2020 $1,963.28
Ck#7422  Date1/17/2020 $4,850.80
Ck#7424  Date1/23/2020 $660.49
Ck#7425  Date1/21/2020 $8,527.04
Ck#7426  Date1/23/2020 $23.88
Ck#7427  Date1/24/2020 $1,611.70
Ck#7428  Date1/27/2020 $365.45
Ck#7429  Date1/29/2020 $598.18
Ck#7430  Date1/28/2020 $4,812.01
Ck#7431  Date1/27/2020 $526.73

Primary Account: ████4370



Ck#7432  Date1/27/2020  $3,936.39
Ck#7433  Date1/27/2020  $1,741.32
Ck#7434  Date1/28/2020  $2,429.48
Ck#7435  Date1/29/2020  $1,642.96
Ck#7436  Date1/24/2020  $4,641.87
Ck#7437  Date1/31/2020  $1,140.60
Ck#7438  Date1/28/2020  $2,010.56
Ck#7440  Date1/30/2020  $193.15
Ck#7441  Date1/31/2020  $4,360.65
Ck#7442  Date1/30/2020  $729.75
Ck#7443  Date1/31/2020  $553.01
Ck#7451  Date1/31/2020  $3,376.15