# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Runnin L Farms, LLC<br>EIN: xx-xxx0864 | ) ) ) | Case No.: 19-82716-CRJ-11 |
| Debtor. | ) ) ) | CHAPTER 11 |

## REPORT ON BALLOTS FILED CONCERNING
## DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

COMES NOW Runnin L Farms, LLC (the **"Debtor"**), and, pursuant to 11 U.S.C. § 1126 and this Court's order, files this report on ballots filed concerning its pending Third Amended Plan of Reorganization [Doc. 185] (the "**Plan**"):

## VOTING RESULTS BY CLASS

| CLASS | VOTING RESULTS |
|---|---|
| **Class 1** | **Class Voted to Reject the Plan.** |

Creditor Northland Capital Financial Services, LLC voted to Reject the Plan [Doc. 183]. This Class is impaired and eligible to vote.

| | |
|---|---|
| **Class 2** | **Class Voted to Accept the Plan.** |

Creditor BMO Harris (proofs of claim ## 6, 7, and 9) voted to Accept the Plan [Doc. 227]. This Class is impaired and eligible to vote.

| | |
|---|---|
| **Class 3** | **Class Voted to Accept the Plan.** |

Creditor BMO Harris (proofs of claim ## 8 and 10) voted to Accept the Plan [Doc. 227]. This Class is impaired and eligible to vote.

| | |
|---|---|
| **Class 4** | **Class Voted to Accept the Plan.** |

Creditor Sterns National Bank Association voted to Accept the Plan [Doc. 185]. This Class is impaired and eligible to vote.

| **Class 5** | **Class Voted to Accept the Plan.** |

Creditor People's Trust Bank voted to Accept the Plan [Doc. 217-221]. This Class is impaired and eligible to vote.

| **Class 6** | **Class Voted to Accept the Plan.** |

Creditor Falcon Leasing voted to Accept the Plan [Doc. 212]. This Class is impaired and eligible to vote.

| **Class 7** | **Class Voted to Accept the Plan.** |

Creditor EvaBank voted to Accept the Plan [Doc. 209]. This Class is impaired and eligible to vote.

| **Class 8** | **Class Voted to Accept the Plan.** |

Creditor ENGS Commercial Finance Co. voted to Accept the Plan [Doc. 228]. This Class is impaired and eligible to vote.

| **Class 9** | **Class Voted to Accept the Plan.** |

Creditor Sumitomo Mitsui Finance Limited Co. voted to Accept the Plan [Doc. 226]. This Class is impaired and eligible to vote.

| **Class 10** | **The Holders of Claims in this Class Are Ineligible to Vote on the Plan.** |

| **Class 11** | **The Holders of Claims in this Class Are Ineligible to Vote on the Plan.** |

| **Class 12** | **Class Voted to Accept the Plan.** |

Creditor ENGS Commercial Finance Co. voted to Accept the Plan [Doc. 228]. This Class is impaired and eligible to vote.

| **Class 13** | **The Holders of Claims in this Class Are Ineligible to Vote on the Plan.** |

## CONCLUSION

The creditors in nine impaired Classes eligible to vote cast ballots in favor of accepting the Plan. One secured Class voted to reject the Plan. The three remaining Classes were ineligible to vote.

The Plan is eligible for confirmation pursuant to 11 U.S.C. § 1129(b).

The United States of America, on behalf of the Internal Revenue Service (the "**IRS**"), filed an objection to confirmation alleging that the Debtor has failed to file certain pre-petition employment tax returns. The Debtor intends to resolve the IRS's objection prior to confirmation. No other parties-in-interest filed any written objections to confirmation.

Respectfully submitted this the 14th day of April, 2020.

        */s/ Tazewell T. Shepard IV*
        Tazewell T. Shepard III
        Tazewell T. Shepard IV
        *Attorneys to Chapter 11 Debtor*

        **SPARKMAN, SHEPARD & MORRIS, P.C.**
        P.O. Box 19045
        Huntsville, AL 35804
        Tel: (256) 512-9924
        ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 14th day of April, 2020 served the foregoing document upon all addressees on the Clerk's Mailing Matrix, all parties requesting notice, and the Office of the Bankruptcy Administrator by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

        */s/ Tazewell T. Shepard IV*
        Tazewell T. Shepard IV