## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Runnin L Farm_     CASE NO.: _19-82716_     MONTH ENDING: _March 2020_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _✓_ NO____ All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES _✓_ NO____ All post petition individual taxes have been paid and the deposit slips are
    attached.

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

    TYPE OF TAX                          AMOUNT
    _____    $ _____
    _____    $ _____
    _____    $ _____
    _____    $ _____

2.  YES _✓_ NO____ Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES _✓_ NO____ New books and records were opened and are being maintained daily.

4.  YES _✓_ NO____ Copies of all banks statements and reconciliations are attached.

5.  YES _✓_ NO____ I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _✓_ NO____ All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _4/15/2020_                    _____
                                    RESPONSIBLE PARTY
Phone No. _____

Bankruptcy Administrator Form - Business BA-01

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Runni Farms LLC      **CASE NO.:** 19-82716      **MONTH ENDING** March 2020

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 5657.24 |
| COMMISSIONS/CONTRACT LABOR | | 138,424.98 |
| INSURANCE (TOTAL) | $ | |
|   AUTO | | |
|   LIABILITY | 17879.08 | |
|   LIFE | | |
|   MEDICAL | 16,063.29 | |
|   CASUALTY | | |
|   FIRE & THEFT | | |
|   WORKMAN'S COMP. | 2417.00 | |
|   OTHER AFLAC | 2203.60 | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 13,058.40 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE Parts | | 15,177.13 |
| SALARIES/WAGES PAID | | 50,271.31 |
| SECURED LOAN PAYMENTS (TOTAL FROM BA-12(C) | | |
| SUPPLIES (TOTAL) | | |
|   OFFICE | $ 1461 60 | |
|   OPERATING | | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES (TOTAL OF ALL TAXES FROM BA-12(D) | | 4115.86 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | |
|   ELECTRICITY | $ 661 00 | |
|   GAS | | |
|   TELEPHONE | 156.76 + 134.85 = 291.61 | |
|   WATER | | |
|   OTHER | | |
| OTHER BUSINESS DISBURSEMENTS  Fuel - 51,451 43 | | |
| (Specify)  Factoring - 4447.51 | $ | |
| TOTAL BUSINESS DISBURSEMENTS | $ | 333,581 04 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 4/15/2020                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## Total Cost Report

Runnin L Farms, LLC

Mar 01 - Mar 31, 2020

| TOTAL PAY | AMT |
|---|---|
| Paycheck Wages | $52,111.31 |
| Non-Paycheck Wages | $0.00 |
| Reimbursements | $393.71 |
| Total | $52,505.02 |
| COMPANY CONTRIBUTIONS | |
| | |
| Total | $0.00 |
| EMPLOYER TAXES | |
| Social Security Employer | $3,116.82 |
| Medicare Employer | $728.93 |
| FUTA Employer | $33.65 |
| AL SUI Employer | $33.09 |
| AL Employment Security Assessment Tax | $3.37 |
| Total | $3,915.86 |

| Total Cost | $56,420.88 |
|---|---|

## Tax Payments

Mar 01 - Mar 31, 2020

| PAYMENT DATE | TAX PAYMENT | AMOUNT | PERIOD START | PERIOD END | NOTES |
|---|---|---|---|---|---|
| 04/30/2020 | AL Income Tax | $1,967.22 | 03/01/2020 | 03/31/2020 | |
| 04/30/2020 | AL Unemployment Tax | $569.95 | 01/01/2020 | 03/31/2020 | |
| 04/01/2020 | Federal Taxes (941/944) | $3,323.32 | 03/25/2020 | 03/27/2020 | |
| 03/25/2020 | Federal Taxes (941/944) | $3,298.51 | 03/18/2020 | 03/20/2020 | |
| 03/18/2020 | Federal Taxes (941/944) | $3,108.40 | 03/11/2020 | 03/13/2020 | |
| 03/11/2020 | Federal Taxes (941/944) | $2,942.22 | 03/04/2020 | 03/06/2020 | |

# United States Bankruptcy Court – Northern District of Alabama

CASE NAME: Ruppert Farms LLC    CASE NO.: 19-80716    MONTH ENDING: March 2020

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month.
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Falcon Leasing | 2017 Timpte Trailer | | | | 27907.35 |
| Northland Capital | 2012 Timpte Trailer | | | | 26760.25 |
| Northland Capital | 2017 Timpte Trailer | | | | 22218.07 |
| Northland Capital | 2016 Timpte Trailer | | | | 20196.50 |
| Engs Commercial Finance | 2016 Peterbilt 389 | | | | 108609.14 |
| Bmo | 2014 Peterbilt 389 | | | | (66205.19) |
| Bmo | 2015 Peterbilt 389 | | | | 177148.63 |
| Bmo | 2017 Timpte Trailer | | | | 31374.10 |
| Bmo | 2016 Peterbilt 389 | | | | 111812.09 |
| Bmo | 2017 Timpte Trailer | | | | 23929.26 |
| Peoples Trust Bank | 1998 Mount Trailer | | | | 106483.41 |
| | 2001 Peterbilt 379 | | | | |
| | 1998 Freightliner | | | | |
| | 2000 International | | | | |
| | 2009 Timpte Trailer | | | | |
| | 2014 Timpte Trailer | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4/15/2020    RESPONSIBLE PARTY

## United States Bankruptcy Court – Northern District of Alabama

CASE NAME: _Bunyan Farms, LLC_   CASE NO.: _19-82716_   MONTH ENDING: _March 2020_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

### ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Peoples Trust Bank | 2011 Kenworth T660 | | | | 134562.55 |
| | 2007 Peterbilt 386 | | | | |
| | 2012 Kenworth T660 | | | | |
| | 2012 Kubota UTV | | | | |
| Peoples Trust Bank | 2007 Peterbilt 386 | | | | 94508.6 |
| | 1997 Peterbilt 379 | | | | |
| | 1997 Peterbilt 379 | | | | |
| | 2007 Peterbilt 386 | | | | |
| Peoples Trust Bank | 2006 Freightliner | | | | 128505.67 |
| | 2006 Freightliner | | | | |
| | 2016 Peterbilt 389 | | | | |
| Stearns Bank | 2018 Timpte Trailer | | | | 43544.02 |
| Signature Finance | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _4/15/2020_   RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Runnin L Farms LLC   CASE NO.: 19-82716   MONTH ENDING: March 2020

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples Bank | ▆▆▆4370 | 82,014.32 | 3/31/20 | |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name)_____ | $_____ | |
| Officer #2 (Name)_____ | $_____ | |
| Other Officer (Name)_____ | $_____ | |
| Employees (Number)_____ | $_____ | |
| Employees (Relatives)_____ | $_____ | |
| Name _____ | $_____ | |
| Name _____ | $_____ | |

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)     $_____
Inventory - Purchased this Month - CASH    $_____
Inventory - Purchased this Month - CREDIT   $_____
Inventory - End of Month (COST)           $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4/15/2020

RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Russell Farms LLC     CASE NO.: 19-82716     MONTH ENDING: March 2020

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    (Circle One)    -Cash |
| CASH ON HAND (Beginning) is the same figure as Cash on Hand (End) of last month. | |
| | 1. REVENUE FROM TOTAL SALES      $334,393.09 |
| A. CASH ON HAND (Beginning) 71,202.27 | 2. LESS COST OF THOSE SALES      323,581.04 |
| B. RECEIPTS: | (Cost of materials, labor, etc.) |
| Accounts Receivable from Form BA-10(A)-Line 10(c) 334,393.09 | 3. EQUALS GROSS PROFIT (1 minus 2)   10,812.05 |
| Cash Sales _____ | 4. LESS OPERATING EXPENSES _____ |
| Loan Proceeds from _____ | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) |
| Sale of Property (Not in ordinary course of business) _____ | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other _____ | _____ |
| _____ | _____ |
| C. TOTAL RECEIPTS (Total of B) 334,393.09 | _____ |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-12(B) 323,581.04 | _____ |
| E. SURPLUS OR DEFICIT (C minus D) 10,812.05 | 7. EQUALS NET PROFIT OF NET LOSS (5 plus or minus 6)  $10,812.05 |
| F. CASH ON HAND (End) 8,201.4.32 (A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4/15/2020                    _____
                                 RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Rvdnal Farms LLC     CASE NO.: 19-82716     MONTH ENDING March 2020

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES.......................................... | $ | |
| ADVERTISING.............................................. | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............. | | 565.74 |
| COMMISSIONS/CONTRACT LABOR............................... | | 138,424.48 |
| INSURANCE (TOTAL)........................................ | $ | |
|    AUTO | | |
|    LIABILITY | 17879.08 | |
|    LIFE | | |
|    MEDICAL | 16,063.29 | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | 2417.00 | |
|    OTHER AFLAC | 2203.60 | |
| INTEREST PAID........................................... | | |
| INVENTORY PURCHASED..................................... | | |
| LEGAL FEES.............................................. | | 13,058.40 |
| POSTAGE................................................. | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE...................... | | |
| REPAIRS & MAINTENANCE Parts............................. | | 15,177.13 |
| SALARIES/WAGES PAID..................................... | | 50,271.31 |
| SECURED LOAN PAYMENTS (TOTAL FROM BA-02(C)............. | | |
| SUPPLIES (TOTAL)........................................ | | |
|    OFFICE | $ 1461.60 | |
|    OPERATING | | |
| TRAVEL & ENTERTAINMENT.................................. | | |
| TAXES (TOTAL OF ALL TAXES FROM BA-02(D).............. | | 4115.86 |
| UNSECURED LOAN PAYMENTS................................. | | |
| UTILITIES (TOTAL)...................................... | | |
|    ELECTRICITY | $ 661.00 | |
|    GAS | | |
|    TELEPHONE | 156.76 + 134.85 = 291.61 | |
|    WATER | | |
|    OTHER _____ | | |
| OTHER BUSINESS DISBURSEMENTS Fuel - 51,451.43 | | |
| (Specify) Factoring - 4447.51 | $ | |
| TOTAL BUSINESS DISBURSEMENTS............................ | $ | 323,581.04 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 4/15/2020

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (B)

# Payroll Summary Report

Runnin L Farms, LLC

Mar 01 - Mar 31, 2020

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2020 | Bohannon, Kevin | $611.46 | 0.00 | $254.85 | $180.39 | $1,046.70 | $80.07 | $0.00 | $1,126.77 | 7601 |
| 03/27/2020 | Cannon, Robert | $1,268.88 | 0.00 | $309.83 | $0.00 | $1,578.71 | $140.50 | $0.00 | $1,719.21 | DD |
| 03/27/2020 | Franklin, Jason | $1,120.96 | 0.00 | $281.35 | $48.71 | $1,451.02 | $109.02 | $0.00 | $1,560.04 | DD |
| 03/27/2020 | Griffin, Jerry | $796.52 | 0.00 | $207.87 | $245.61 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 03/27/2020 | Huthcins, Jerry E. | $1,164.33 | 0.00 | $507.89 | $236.67 | $1,908.89 | $138.43 | $0.00 | $2,047.32 | DD |
| 03/27/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 03/27/2020 | Peterson, C J | $1,093.34 | 34.00 | $266.66 | $0.00 | $1,360.00 | $104.04 | $0.00 | $1,464.04 | DD |
| 03/27/2020 | Reliford, Steven | $1,195.39 | 0.00 | $285.75 | $232.25 | $1,713.39 | $104.12 | $0.00 | $1,817.51 | DD |
| 03/27/2020 | Thomas, Jonathan | $1,083.89 | 0.00 | $402.30 | $0.00 | $1,486.19 | $113.70 | $0.00 | $1,599.89 | DD |
| 03/27/2020 | Thompson, Jaffery | $1,047.78 | 0.00 | $250.96 | $0.00 | $1,298.74 | $99.36 | $0.00 | $1,398.10 | DD |
| 03/20/2020 | Bohannon, Kevin | $638.17 | 0.00 | $268.34 | $180.39 | $1,086.90 | $83.15 | $0.00 | $1,170.05 | 7576 |
| 03/20/2020 | Cannon, Robert | $1,158.60 | 0.00 | $252.10 | $0.00 | $1,410.70 | $119.15 | $0.00 | $1,529.85 | DD |
| 03/20/2020 | Franklin, Jason | $1,294.95 | 0.00 | $321.03 | $0.00 | $1,615.98 | $121.64 | $0.00 | $1,737.62 | DD |
| 03/20/2020 | Griffin, Jerry | $1,172.64 | 0.00 | $318.73 | $219.63 | $1,711.00 | $113.29 | $0.00 | $1,824.29 | DD |
| 03/20/2020 | Huthcins, Jerry E. | $694.90 | 0.00 | $318.43 | $236.67 | $1,250.00 | $95.62 | $0.00 | $1,345.62 | DD |
| 03/20/2020 | Kinloy, Jerry | $935.72 | 0.00 | $229.14 | $0.00 | $1,164.86 | $89.11 | $0.00 | $1,253.97 | DD |
| 03/20/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 03/20/2020 | Peterson, C J | $1,123.72 | 35.00 | $276.28 | $0.00 | $1,400.00 | $107.10 | $0.00 | $1,507.10 | DD |
| 03/20/2020 | Reliford, Steven | $1,068.27 | 0.00 | $283.11 | $232.25 | $1,583.63 | $103.27 | $0.00 | $1,686.90 | DD |
| 03/20/2020 | Thomas, Jonathan | $739.15 | 0.00 | $228.24 | $0.00 | $967.39 | $74.00 | $0.00 | $1,041.39 | DD |
| 03/20/2020 | Thompson, Jeffery | $986.53 | 0.00 | $231.56 | $0.00 | $1,218.09 | $93.18 | $0.00 | $1,311.27 | DD |
| 03/13/2020 | Bohannon, Kevin | $644.22 | 0.00 | $271.39 | $180.39 | $1,096.00 | $83.85 | $0.00 | $1,179.85 | 7558 |
| 03/13/2020 | Bohannon, Kevin | $154.52 | 0.00 | $29.10 | $0.00 | $183.62 | $14.04 | $0.00 | $197.66 | 7568 |
| 03/13/2020 | Cannon, Robert | $898.54 | 0.00 | $192.56 | $0.00 | $1,091.10 | $97.11 | $0.00 | $1,188.21 | DD |
| 03/13/2020 | Franklin, Jason | $1,149.86 | 0.00 | $283.27 | $0.00 | $1,433.13 | $109.63 | $0.00 | $1,542.76 | DD |
| 03/13/2020 | Griffin, Jerry | $857.57 | 0.00 | $218.98 | $219.63 | $1,296.18 | $81.57 | $0.00 | $1,377.75 | DD |
| 03/13/2020 | Huthcins, Jerry E. | $694.89 | 0.00 | $318.44 | $236.67 | $1,250.00 | $95.63 | $0.00 | $1,345.63 | DD |
| 03/13/2020 | Kinley, Jerry | $815.55 | 0.00 | $191.10 | $0.00 | $1,006.65 | $77.01 | $0.00 | $1,083.66 | DD |
| 03/13/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 03/13/2020 | Peterson, C J | $1,184.48 | 37.00 | $295.52 | $0.00 | $1,480.00 | $113.22 | $0.00 | $1,593.22 | DD |
| 03/13/2020 | Reliford, Steven | $814.02 | 0.00 | $203.73 | $232.25 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 03/13/2020 | Thomas, Jonathan | $866.79 | 0.00 | $281.46 | $0.00 | $1,148.25 | $86.15 | $0.00 | $1,234.40 | DD |
| 03/13/2020 | Thompson, Jeffery | $1,106.84 | 0.00 | $269.66 | $0.00 | $1,376.50 | $105.30 | $0.00 | $1,481.80 | DD |
| 03/06/2020 | Bohannon, Kevin | $424.04 | 0.00 | $210.70 | $280.39 | $915.13 | $70.00 | $0.00 | $985.13 | 7539 |
| 03/06/2020 | Franklin, Jason | $1,359.64 | 0.00 | $349.72 | $0.00 | $1,709.36 | $130.77 | $0.00 | $1,840.13 | DD |
| 03/06/2020 | Griffin, Jerry | $822.50 | 0.00 | $207.87 | $219.63 | $1,250.00 | $78.03 | $0.00 | $1,328.03 | DD |
| 03/06/2020 | Huthcins, Jerry E. | $694.90 | 0.00 | $318.43 | $236.67 | $1,250.00 | $95.62 | $0.00 | $1,345.62 | DD |
| 03/06/2020 | Kinley, Jerry | $1,045.43 | 0.00 | $263.89 | $0.00 | $1,309.32 | $100.16 | $0.00 | $1,409.48 | DD |
| 03/06/2020 | Lindsey, Levi | $320.36 | 40.00 | $79.64 | $0.00 | $400.00 | $35.60 | $0.00 | $435.60 | DD |
| 03/06/2020 | Peterson, C J | $1,123.72 | 35.00 | $276.28 | $0.00 | $1,400.00 | $107.10 | $0.00 | $1,507.10 | DD |
| 03/06/2020 | Reliford, Steven | $1,101.55 | 0.00 | $294.79 | $232.25 | $1,628.59 | $107.00 | $0.00 | $1,735.59 | DD |
| 03/06/2020 | Thomas, Jonathan | $866.99 | 0.00 | $281.54 | $0.00 | $1,148.53 | $86.16 | $0.00 | $1,234.69 | DD |
| | **Totals** | **$38,060.65** | **301.00** | **$10,793.92** | **$3,650.45** | **$52,505.02** | **$3,915.86** | **$0.00** | **$56,420.88** | |

Case 19-82716-CRJ11    Doc 244    Filed 05/19/20    Entered 05/19/20 10:39:20    Desc
Main Document    Page 10 of 27

Payroll Summary Report

| CHECK DATE | NAME | NET AMOUNT | TOTAL HOURS | TAXES WITHHELD | TOTAL DEDUCTIONS | TOTAL PAY | EMPLOYER TAXES | COMPANY CONTRIBUTIONS | TOTAL COST | CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2020 | Thompson, Jeffery | $957.96 | 0.00 | $222.51 | $0.00 | $1,180.47 | $90.30 | $0.00 | $1,270.77 | DD |
| | Totals | $38,060.65 | 301.00 | $10,793.92 | $3,650.45 | $52,505.02 | $3,915.86 | $0.00 | $56,420.88 | |



**PEOPLES BANK**
of **ALABAMA**
IN GOD WE TRUST

Date   3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087-6249

PEOPLES BANK OF ALABAMA WILL NEVER CONTACT YOU VIA PHONE OR E-MAIL FOR PERSONAL
OR ACCOUNT INFORMATION. SAFEGUARD YOUR PERSONAL INFORMATION SUCH AS YOUR
ACCOUNT NUMBER, DEBIT CARD NUMBER AND ALL PIN NUMBERS.

---- CHECKING ACCOUNT ----

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | ████4370 | Number of Enclosures | 81 |
| Previous Balance | 71,202.27 | Statement Dates  3/02/20 thru 3/31/20 | |
| 17 Deposits/Credits | 334,393.09 | Days in the statement period | 30 |
| 175 Checks/Debits | 323,581.04 | Average Ledger | 97,907.93 |
| Service Charge | .00 | Average Collected | 96,727.99 |
| Interest Paid | .00 | | |
| Ending Balance | 82,014.32 | | |

------------------------------------------------------------------------

**** DEPOSITS AND ADDITIONS ****

| | | |
|---|---|---|
| 3/02 | CORP PMT   GAVILON GRAIN, L<br>2461101181         20/03/02<br>ID#-202283<br>TRACE#-111000028562844 | 22,615.57 |
| 3/03 | CORP PMT   GAVILON GRAIN, L<br>2461101181         20/03/03<br>ID#-202654<br>TRACE#-111000028559472 | 4,102.45 |
| 3/03 | REGULAR DEPOSIT | 18,649.58 |
| 3/06 | AP PAYMENT DARLING INTERNAT<br>7362495346         20/03/06<br>ID#-1312401<br>TRACE#-111000750275248 | 30,449.84 |
| 3/06 | DRAFTS     WALLACE FACTORIN<br>810862306          20/03/06<br>ID#-<br>TRACE#-084201050000347 | 35,578.01 |
| 3/10 | DRAFTS     WALLACE FACTORIN<br>810862306          20/03/10<br>ID#-<br>TRACE#-084201050000374 | 21,581.29 |
| 3/10 | CREDIT  1449 03/10/20 48126025<br>QUALITY INN BURKEVILLE<br>BURKEVILLE    VA<br>Card# 1211 | 185.38 |
| 3/12 | CORP PMT   GAVILON GRAIN, L<br>2461101181         20/03/12<br>ID#-206020<br>TRACE#-111000024149795 | 10,696.83 |
| 3/13 | AP PAYMENT DARLING INTERNAT<br>7362495346         20/03/13 | 26,303.71 |

Date   3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ████4370   (Continued)

#### **** DEPOSITS AND ADDITIONS ****

| | | |
|---|---|---:|
| | ID#-1315498 | |
| | TRACE#-111000756276712 | |
| 3/18 | DRAFTS      WALLACE FACTORIN | 29,303.76 |
| | 810862306        20/03/18 | |
| | ID#- | |
| | TRACE#-084201050000469 | |
| 3/18 | REGULAR DEPOSIT | 17,148.74 |
| 3/19 | DRAFTS      WALLACE FACTORIN | 4,772.04 |
| | 810862306        20/03/19 | |
| | ID#- | |
| | TRACE#-084201050000482 | |
| 3/20 | AP PAYMENT DARLING INTERNAT | 31,059.99 |
| | 7362495346        20/03/20 | |
| | ID#-1321524 | |
| | TRACE#-111000752377105 | |
| 3/23 | CORP PMT   GAVILON GRAIN, L | 24,005.48 |
| | 2461101181        20/03/23 | |
| | ID#-209152 | |
| | TRACE#-111000028594895 | |
| 3/26 | DRAFTS      WALLACE FACTORIN | 25,660.25 |
| | 810862306        20/03/26 | |
| | ID#- | |
| | TRACE#-084201050000540 | |
| 3/26 | AP PAYMENT DARLING INTERNAT | 31,589.55 |
| | 7362495346        20/03/26 | |
| | ID#-1324219 | |
| | TRACE#-111000750831032 | |
| 3/31 | AP PAYMENT DARLING INTERNAT | 690.62 |
| | 7362495346        20/03/31 | |
| | ID#-1327165 | |
| | TRACE#-111000753989514 | |

-------------------------------------------------------------------------

#### **** DEBITS AND WITHDRAWALS ****

| | | |
|---|---|---:|
| 3/02 | POS DEB 1904 03/01/20 19415900 | 81.01- |
| | SHELL SERVICE STATION | |
| | MT PLEASANT  MS | |
| | Card# 1211 | |
| 3/02 | ELEC BILL  CULLMAN  ELEC DR | 330.00- |
| | 1630052772       \EFFDAT    PPD | |
| 3/03 | EFTXXX     Multi Service | 9,841.45- |
| | 9431585374        20/03/03 | |
| | ID#- | |
| | TRACE#-081000035881792 | |
| 3/04 | USATAXPYMT IRS | 3,076.97- |
| | 3387702000        20/03/04 | |

Date   3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ██████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

|       |                                   |            |
|-------|-----------------------------------|-----------:|
|       | ID#-227046466206294               |            |
|       | TRACE#-061036010104267            |            |
| 3/04  | KYTCMotorC KY.Gov                 | 805.97-    |
|       | 1522077581         20/03/04       |            |
|       | ID#-502-875-3733                  |            |
|       | TRACE#-096016936473167            |            |
| 3/04  | DBT CRD 0917 03/04/20 25137770    | 574.64-    |
|       | RABEN TIRE #20 HENDERSO           |            |
|       | HENDERSON      KY                 |            |
|       | Card# 1211                        |            |
| 3/04  | DBT CRD 1343 03/04/20 25137858    | 100.00-    |
|       | SNAP ON TOOLS                     |            |
|       | 256-659-3040 AL                   |            |
|       | Card# 1211                        |            |
| 3/05  | POS DEB 0918 03/05/20 09091830    | 897.87-    |
|       | FITZGERALD PB HV                  |            |
|       | MADISON       AL                  |            |
|       | Card# 1211                        |            |
| 3/05  | DBT CRD 1315 03/05/20 05137296    | 121.75-    |
|       | NEELY COBLE COMPANY INC           |            |
|       | 256-3501630  AL                   |            |
|       | Card# 1211                        |            |
| 3/06  | PAYROLL    PAYROLL                | 320.36-    |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636684            |            |
| 3/06  | PAYROLL    PAYROLL                | 694.90-    |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636685            |            |
| 3/06  | PAYROLL    PAYROLL                | 822.50-    |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636686            |            |
| 3/06  | PAYROLL    PAYROLL                | 866.99-    |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636687            |            |
| 3/06  | PAYROLL    PAYROLL                | 957.96-    |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636688            |            |
| 3/06  | PAYROLL    PAYROLL                | 1,045.43-  |
|       | 4462800242         20/03/06       |            |
|       | ID#-8357022                       |            |
|       | TRACE#-111000029636689            |            |
| 3/06  | PAYROLL    PAYROLL                | 1,101.55-  |
|       | 4462800242         20/03/06       |            |

Date  3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                ██████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

|  |  |  |
|---|---|---|
| | ID#-8357022<br>TRACE#-111000029636690 | |
| 3/06 | PAYROLL    PAYROLL<br>4462800242        20/03/06 | 1,123.72- |
| | ID#-8357022<br>TRACE#-111000029636691 | |
| 3/06 | PAYROLL    PAYROLL<br>4462800242        20/03/06 | 1,359.64- |
| | ID#-8357022<br>TRACE#-111000029636692 | |
| 3/06 | DBT CRD 1913 03/06/20 19139680<br>JOEL MAYO MATCO TOOLS<br>ARAB        AL<br>Card# 1211 | 95.13- |
| 3/09 | DBT CRD 1423 03/07/20 50155081<br>SNEAD HYDRAULICS<br>SNEAD       AL<br>Card# 1211 | 14.13- |
| 3/09 | POS DEB 0923 03/08/20 60215200<br>O REILLY AUTO PARTS 1312<br>ARAB        AL<br>Card# 1211 | 18.88- |
| 3/09 | DBT CRD 1103 03/08/20 51142510<br>TRUCK PRO<br>DECATUR     AL<br>Card# 1211 | 287.23- |
| 3/09 | DBT CRD 1139 03/09/20 32145314<br>FREEDOM RACING TOOL AND<br>641-784-8665 IA<br>Card# 1211 | 134.15- |
| 3/09 | DBT CRD 2316 03/09/20 32145246<br>QUALITY INN BURKEVILLE<br>434-767-3750 VA<br>Card# 1211 | 96.02- |
| 3/10 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 3/10 | EFTXXX     Multi Service<br>9431585374        20/03/10<br>ID#-<br>TRACE#-081000030711649 | 10,047.50- |
| 3/10 | DBT CRD 1450 03/10/20 48126024<br>QUALITY INN BURKEVILLE<br>434-767-3750 VA<br>Card# 1211 | 185.38- |
| 3/10 | DBT CRD 1620 03/10/20 48126023<br>QUALITY INN BURKEVILLE<br>434-767-3750 VA<br>Card# 1211 | 89.36- |

Date  3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ▓▓▓▓4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|-------:|
| 3/10 | DBT CRD 1620 03/10/20 48126022<br>QUALITY INN BURKEVILLE<br>434-767-3750 VA<br>Card# 1211 | 185.38- |
| 3/11 | USATAXPYMT IRS<br>3387702000        20/03/11<br>ID#-227047166159234<br>TRACE#-061036010080529 | 2,942.22- |
| 3/11 | DBT CRD 1333 03/11/20 07131139<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 3/12 | ACH Collec AlaCOMP<br>9631061602        20/03/12<br>ID#-7296527<br>TRACE#-021201383091688 | 3,397.00- |
| 3/13 | DBT CRD 0641 03/13/20 52136248<br>INTUIT *PAYROLL<br>888-537-7794 CA<br>Card# 1211 | 80.60- |
| 3/13 | DBT CRD 0707 03/13/20 52136167<br>INTUIT *QUICKBOOKS<br>800-446-8848 CA<br>Card# 1211 | 72.80- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980458 | 320.36- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980459 | 694.89- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980460 | 814.02- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980461 | 815.55- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980462 | 857.57- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980463 | 866.79- |

Date 3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING ██████4370 (Continued)

**** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980464 | 898.54- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980465 | 1,106.84- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980466 | 1,149.86- |
| 3/13 | PAYROLL    PAYROLL<br>4462800242        20/03/13<br>ID#-8357022<br>TRACE#-111000026980467 | 1,184.48- |
| 3/13 | Payment    BXS Insurance<br>1841393599        20/03/13<br>ID#-296924860<br>TRACE#-091000011293276 | 11,540.84- |
| 3/16 | POS DEB 1203 03/14/20 12344504<br>LOWE S #1176<br>DECATUR       AL<br>Card# 1211 | 79.48- |
| 3/16 | DBT CRD 0354 03/15/20 31135906<br>MARVINS - ARAB<br>ARAB          AL<br>Card# 1211 | 26.03- |
| 3/16 | DBT CRD 0958 03/15/20 30135471<br>HAVOLINE XPRESS LUBE<br>ARAB          AL<br>Card# 1211 | 110.07- |
| 3/16 | DBT CRD 1136 03/15/20 31135635<br>TRUCK PRO<br>DECATUR       AL<br>Card# 1211 | 238.54- |
| 3/16 | DBT CRD 1753 03/15/20 31135612<br>JOEL MAYO MATCO TOOLS<br>ARAB          AL<br>Card# 1211 | 33.00- |
| 3/16 | DBT CRD 1004 03/16/20 27131526<br>KURT S TRUCK & PARTS CO<br>DECATUR       AL<br>Card# 1211 | 421.34- |
| 3/16 | TELE BILL  OTELCO<br>1010140670       \EFFDAT   PPD | 156.76- |
| 3/17 | EFTXXX     Multi Service<br>9431585374        20/03/17 | 10,022.15- |

Date  3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING          ████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| | ID#-<br>TRACE#-081000038005980 | |
| 3/17 | DIRECT DBT   AL-DEPT OF REV<br>ADORCCD000        20/03/17<br>ID#-    1361664384<br>TRACE#-062001187455915 | 1,890.54- |
| 3/18 | USATAXPYMT IRS<br>3387702000        20/03/18<br>ID#-227047866154310<br>TRACE#-061036010078187 | 3,108.40- |
| 3/18 | POS DEB 0943 03/18/20 00000383<br>USPS PO 01448008<br>AL<br>Card# 1211 | 13.75- |
| 3/18 | DBT CRD 1124 03/18/20 27115717<br>J&M CYLINDER GASES<br>2563552426    AL<br>Card# 1211 | 204.65- |
| 3/18 | DBT CRD 1319 03/18/20 26115328<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 3/18 | DBT CRD 1342 03/18/20 27115670<br>AMAZON PRIME*6O57Y27L3<br>AMZN.COM/BILLWA<br>Card# 1211 | 14.03- |
| 3/20 | INSURANCE AFLAC<br>2580663085        20/03/20<br>ID#-KWG01382695<br>TRACE#-021000028237164 | 2,203.60- |
| 3/20 | CASH TRANS ACCOUNT SERVICES<br>1274135407        20/03/20<br>ID#-(855) 636-9502<br>TRACE#-111000021940269 | 134.85- |
| 3/20 | PAYROLL    PAYROLL<br>4462800242        20/03/20<br>ID#-8357022<br>TRACE#-111000023894166 | 320.36- |
| 3/20 | PAYROLL    PAYROLL<br>4462800242        20/03/20<br>ID#-8357022<br>TRACE#-111000023894167 | 694.90- |
| 3/20 | PAYROLL    PAYROLL<br>4462800242        20/03/20<br>ID#-8357022<br>TRACE#-111000023894168 | 739.15- |
| 3/20 | PAYROLL    PAYROLL<br>4462800242        20/03/20 | 935.72- |

Date   3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING                    ▆▆▆▆4370   (Continued)

**** DEBITS AND WITHDRAWALS ****

```
           ID#-8357022
           TRACE#-111000023894169
3/20       PAYROLL    PAYROLL                        986.53-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894170
3/20       PAYROLL    PAYROLL                      1,068.27-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894171
3/20       PAYROLL    PAYROLL                      1,123.72-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894172
3/20       PAYROLL    PAYROLL                      1,158.60-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894173
3/20       PAYROLL    PAYROLL                      1,172.64-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894174
3/20       PAYROLL    PAYROLL                      1,294.95-
           4462800242        20/03/20
           ID#-8357022
           TRACE#-111000023894175
3/20       POS DEB 1158 03/20/20 00115817            93.16-
           JERRY DAMSON FORD
           ARAB       AL
           Card# 1211
3/23       INS. PREM  AUTO-OWNERS                  2,013.60-
           1380315280        20/03/23
           ID#-OB015860352          WEB
           TRACE#-072000910708033
3/23       DBT CRD 0120 03/21/20 51116338              .99-
           APPLE.COM/BILL
           866-712-7753 CA
           Card# 1211
3/23       DBT CRD 1643 03/22/20 06102428            32.35-
           JOEL MAYO MATCO TOOLS
           ARAB       AL
           Card# 1211
3/23       POS DEB 1031 03/23/20 00029441           236.49-
           OFFICE MAX/OFFI
           CULLMAN    AL
           Card# 1211
3/24       EFTXXX     Multi Service               9,598.24-
           9431585374        20/03/24
```

Date   3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING            ████4370   (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|---|---|---|
| | ID#-<br>TRACE#-081000032387604 | |
| 3/25 | Transfer From Checking XX4370<br>to Checking XX3139 | 2,500.00- |
| 3/25 | USATAXPYMT IRS<br>3387702000       20/03/25<br>ID#-227048566139022<br>TRACE#-061036010070517 | 3,298.51- |
| 3/25 | DBT CRD 1256 03/25/20 40093887<br>SNAP ON TOOLS<br>256-659-3040 AL<br>Card# 1211 | 100.00- |
| 3/26 | POS DEB 1432 03/25/20 00209123<br>USPS PO 01764009<br>SOMERVILLE    AL<br>Card# 1211 | 8.80- |
| 3/26 | INSURANCE   FIRST INSURANCE<br>2363437365        20/03/26<br>ID#-900-8955189        WEB<br>TRACE#-071925338275998 | 4,324.64- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901914 | 320.36- |
| 3/27 | CONSUMER   NASTC<br>1621419621      \EFFDAT   PPD | 490.00- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901915 | 796.52- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901916 | 1,047.78- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901917 | 1,083.89- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901918 | 1,093.34- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27<br>ID#-8357022<br>TRACE#-111000020901919 | 1,120.96- |
| 3/27 | PAYROLL    PAYROLL<br>4462800242       20/03/27 | 1,164.33- |

Date  3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING              ████4370  (Continued)

#### **** DEBITS AND WITHDRAWALS ****

| Date | Description | Amount |
|------|-------------|--------|
| | ID#-8357022 | |
| | TRACE#-111000020901920 | |
| 3/27 | PAYROLL    PAYROLL | 1,195.39- |
| | 4462800242        20/03/27 | |
| | ID#-8357022 | |
| | TRACE#-111000020901921 | |
| 3/27 | PAYROLL    PAYROLL | 1,268.88- |
| | 4462800242        20/03/27 | |
| | ID#-8357022 | |
| | TRACE#-111000020901922 | |
| 3/30 | Transfer From Checking XX4370 | 2,500.00- |
| | to Checking XX3139 | |
| 3/30 | DBT CRD 1623 03/29/20 33097911 | 30.00- |
| | JOEL MAYO MATCO TOOLS | |
| | ARAB      AL | |
| | Card# 1211 | |
| 3/31 | EFTXXX    Multi Service | 10,526.63- |
| | 9431585374        20/03/31 | |
| | ID#- | |
| | TRACE#-081000031448150 | |
| 3/31 | ELEC BILL  CULLMAN  ELEC DR | 331.00- |
| | 1630052772      \EFFDAT  PPD | |

---

#### **** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/09 | 7517 | 100.00 | 3/19 | 7541 | 1,140.60 | 3/18 | 7563 | 3,189.23 |
| 3/09 | 7518 | 100.00 | 3/06 | 7542 | 2,015.45 | 3/17 | 7564 | 2,480.07 |
| 3/05 | 7519 | 770.25 | 3/09 | 7543 | 984.55 | 3/16 | 7565 | 2,782.66 |
| 3/02 | 7521* | 1,129.84 | 3/10 | 7544 | 3,948.04 | 3/16 | 7566 | 3,537.45 |
| 3/03 | 7522 | 469.84 | 3/12 | 7545 | 3,387.96 | 3/18 | 7567 | 1,480.90 |
| 3/02 | 7524* | 2,922.49 | 3/09 | 7546 | 4,473.38 | 3/16 | 7568 | 154.52 |
| 3/04 | 7525 | 3,948.04 | 3/09 | 7547 | 2,952.38 | 3/17 | 7569 | 1,600.00 |
| 3/03 | 7526 | 1,296.05 | 3/10 | 7548 | 3,053.98 | 3/18 | 7570 | 317.42 |
| 3/03 | 7527 | 3,075.61 | 3/06 | 7549 | 4,762.06 | 3/20 | 7571 | 1,491.84 |
| 3/02 | 7528 | 2,913.95 | 3/11 | 7550 | 2,410.91 | 3/19 | 7572 | 1,700.00 |
| 3/03 | 7529 | 3,160.25 | 3/11 | 7551 | 245.21 | 3/19 | 7573 | 998.62 |
| 3/04 | 7531* | 1,608.11 | 3/16 | 7552 | 804.00 | 3/20 | 7574 | 4,732.53 |
| 3/03 | 7532 | 1,400.38 | 3/17 | 7553 | 466.90 | 3/20 | 7575 | 161.01 |
| 3/04 | 7533 | 223.79 | 3/13 | 7554 | 2,720.14 | 3/20 | 7576 | 638.17 |
| 3/13 | 7534 | 6,233.40 | 3/12 | 7555 | 3,037.32 | 3/24 | 7577 | 291.69 |
| 3/13 | 7535 | 1,950.00 | 3/12 | 7556 | 2,863.56 | 3/26 | 7578 | 1,376.67 |
| 3/13 | 7536 | 4,875.00 | 3/16 | 7558* | 644.22 | 3/25 | 7579 | 3,303.84 |
| 3/06 | 7537 | 2,190.77 | 3/16 | 7559 | 1,803.77 | 3/23 | 7580 | 3,785.28 |
| 3/10 | 7538 | 6,218.24 | 3/17 | 7560 | 4,422.71 | 3/23 | 7581 | 2,899.35 |
| 3/09 | 7539 | 424.04 | 3/16 | 7561 | 3,925.51 | 3/24 | 7582 | 1,956.49 |
| 3/09 | 7540 | 6,322.00 | 3/19 | 7562 | 2,930.25 | 3/24 | 7583 | 4,065.77 |

* Denotes missing check number

Date  3/31/20

RUNNIN L FARMS LLC
231 MARDIS POINT RD
JOPPA AL 35087

BUSINESS CHECKING          ████4370  (Continued)

**** CHECKS IN NUMBER ORDER ****

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/23 | 7584 | 2,542.66 | 3/31 | 7590 | 240.00 | 3/30 | 7598 | 2,670.78 |
| 3/23 | 7585 | 4,195.45 | 3/25 | 7591 | 2,398.87 | 3/27 | 7599 | 4,292.74 |
| 3/25 | 7586 | 2,858.82 | 3/30 | 7593* | 2,488.73 | 3/27 | 7601* | 611.46 |
| 3/24 | 7587 | 1,678.23 | 3/31 | 7594 | 4,123.37 | 3/31 | 7602 | 2,210.78 |
| 3/27 | 7588 | 800.00 | 3/30 | 7596* | 3,536.76 | | | |
| 3/31 | 7589 | 1,441.00 | 3/31 | 7597 | 2,176.81 | | | |

* Denotes missing check number

--------------------------------------------------------------------------------

**** DAILY BALANCE INFORMATION ****

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 3/02 | 86,440.55 | 3/12 | 98,437.68 | 3/24 | 91,805.56 |
| 3/03 | 89,949.00 | 3/13 | 88,559.71 | 3/25 | 77,345.52 |
| 3/04 | 79,611.48 | 3/16 | 73,842.36 | 3/26 | 128,885.21 |
| 3/05 | 77,821.61 | 3/17 | 52,959.99 | 3/27 | 113,599.56 |
| 3/06 | 126,493.00 | 3/18 | 90,984.11 | 3/30 | 102,373.29 |
| 3/09 | 110,586.24 | 3/19 | 88,986.68 | 3/31 | 82,014.32 |
| 3/10 | 106,125.03 | 3/20 | 101,096.67 | | |
| 3/11 | 100,426.69 | 3/23 | 109,395.98 | | |



Ck#7517  Date3/9/2020  $100.00
Ck#7518  Date3/9/2020  $100.00
Ck#7519  Date3/5/2020  $770.25

Ck#7521  Date3/2/2020  $1,129.84
Ck#7522  Date3/3/2020  $469.84
Ck#7524  Date3/2/2020  $2,922.49

Ck#7525  Date3/4/2020  $3,948.04
Ck#7526  Date3/3/2020  $1,296.05
Ck#7527  Date3/3/2020  $3,075.61

Ck#7528  Date3/2/2020  $2,913.95
Ck#7529  Date3/3/2020  $3,160.25
Ck#7531  Date3/4/2020  $1,608.11

Ck#7532  Date3/3/2020  $1,400.38
Ck#7533  Date3/4/2020  $223.79
Ck#7534  Date3/13/2020  $6,233.40

Ck#7535  Date3/13/2020  $1,950.00
Ck#7536  Date3/13/2020  $4,875.00
Ck#7537  Date3/6/2020  $2,190.77

Primary Account: ████4370



| Ck#7538 Date3/10/2020 $6,218.24 | Ck#7539 Date3/9/2020 $424.04 | Ck#7540 Date3/9/2020 $6,322.00 |
| Ck#7541 Date3/19/2020 $1,140.60 | Ck#7542 Date3/6/2020 $2,015.45 | Ck#7543 Date3/9/2020 $984.55 |
| Ck#7544 Date3/10/2020 $3,948.04 | Ck#7545 Date3/12/2020 $3,387.96 | Ck#7546 Date3/9/2020 $4,473.38 |
| Ck#7547 Date3/9/2020 $2,952.38 | Ck#7548 Date3/10/2020 $3,053.98 | Ck#7549 Date3/6/2020 $4,762.06 |
| Ck#7550 Date3/11/2020 $2,410.91 | Ck#7551 Date3/11/2020 $245.21 | Ck#7552 Date3/16/2020 $804.00 |
| Ck#7553 Date3/17/2020 $466.90 | Ck#7554 Date3/13/2020 $2,720.14 | Ck#7555 Date3/12/2020 $3,037.32 |



| Ck#7556 Date3/12/2020 $2,863.56 | Ck#7558 Date3/16/2020 $644.22 | Ck#7559 Date3/16/2020 $1,803.77 |
| --- | --- | --- |
| Ck#7560 Date3/17/2020 $4,422.71 | Ck#7561 Date3/16/2020 $3,925.51 | Ck#7562 Date3/19/2020 $2,930.25 |
| Ck#7563 Date3/18/2020 $3,189.23 | Ck#7564 Date3/17/2020 $2,480.07 | Ck#7565 Date3/16/2020 $2,782.66 |
| Ck#7566 Date3/16/2020 $3,537.45 | Ck#7567 Date3/18/2020 $1,480.90 | Ck#7568 Date3/16/2020 $154.52 |
| Ck#7569 Date3/17/2020 $1,600.00 | Ck#7570 Date3/18/2020 $317.42 | Ck#7571 Date3/20/2020 $1,491.84 |
| Ck#7572 Date3/19/2020 $1,700.00 | Ck#7573 Date3/19/2020 $998.62 | Ck#7574 Date3/20/2020 $4,732.53 |



Ck#7575 Date3/20/2020 $161.01

Ck#7576 Date3/20/2020 $638.17

Ck#7577 Date3/24/2020 $291.69

Ck#7578 Date3/26/2020 $1,376.67

Ck#7579 Date3/25/2020 $3,303.84

Ck#7580 Date3/23/2020 $3,785.28

Ck#7581 Date3/23/2020 $2,899.35

Ck#7582 Date3/24/2020 $1,956.49

Ck#7583 Date3/24/2020 $4,065.77

Ck#7584 Date3/23/2020 $2,542.66

Ck#7585 Date3/23/2020 $4,195.45

Ck#7586 Date3/25/2020 $2,858.82

Ck#7587 Date3/24/2020 $1,678.23

Ck#7588 Date3/27/2020 $800.00

Ck#7589 Date3/31/2020 $1,441.00

Ck#7590 Date3/31/2020 $240.00

Ck#7591 Date3/25/2020 $2,398.87

Ck#7593 Date3/30/2020 $2,488.73

Primary Account ████4370




Ck#7594   Date3/31/2020  $4,123.37




Ck#7596   Date3/30/2020  $3,536.76



Ck#7597   Date3/31/2020  $2,176.81



Ck#7598   Date3/30/2020  $2,670.78



Ck#7599   Date3/27/2020  $4,292.74



Ck#7601   Date3/27/2020  $611.46



Ck#7602   Date3/31/2020  $2,210.78